UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS, | Case No.  3:21-cv-00380-RCJ-CLB |
| Plaintiff | **ORDER** |
| v. | |
| ELY STATE PRISON STAFF, | |
| Defendant | |

I.     **DISCUSSION**

On August 23, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a letter to the Court.  (ECF No. 1-1).  Plaintiff has not submitted a complaint in compliance with Local Special Rule 2-1 or an application to proceed *in forma pauperis* or paid the full $402 filing fee in this matter.

**Complaint**

The Court notes that Plaintiff's document at ECF No. 1-1 does not comply with Local Special Rule 2-1 ("LSR 2-1").  Under LSR 2-1, a civil rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by the court <u>or must be legible and contain substantially all the information called for by the court's form</u>.  As such, the Court grants Plaintiff a **one-time** extension until on or before **October 25, 2021** to submit complaint to the Court in compliance with LSR 2-1.  The Court will also provide Plaintiff a copy of the Court's § 1983 complaint form with instructions.

**Application to Proceed *in Forma Pauperis***

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** extension to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **October 25, 2021**. Absent unusual circumstances, the Court will not grant any further extensions of time. If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **October 25, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff has all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **October 25, 2021** to proceed with this case.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original document at Docket No. 1-1.

IT IS FURTHER ORDERD that Plaintiff will have until on or before **October 25, 2021** to submit complaint to the Court in compliance with LSR 2-1.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint in compliance with LSR 2-1 on or before **October 25, 2021**, this case will be subject to dismissal without

1  prejudice for Plaintiff to refile the case with the Court, under a new case number, when

2  Plaintiff is able to file a complaint in compliance with LSR 2-1.

3       IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the

4  approved form application to proceed *in forma pauperis* by an inmate, as well as the

5  document entitled information and instructions for filing an *in forma pauperis* application.

6       IT IS FURTHER ORDERED that on or before **October 25, 2021**, Plaintiff will either

7  pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

8  administrative fee) or file with the Court:

9       (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

10  Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

11  signatures on page 3),

12       (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

13  official (i.e. page 4 of this Court's approved form), and

14       (3) a copy of the **inmate's prison or jail trust fund account statement for the**

15  **previous six-month period**.

16       IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete

17  application to proceed *in forma pauperis* with all three documents or pay the full $402

18  filing fee for a civil action on or before **October 25, 2021**, this case will be subject to

19  dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case

20  number, when Plaintiff has all three documents needed to file a complete application to

21  proceed *in forma pauperis* or pays the full $402 filing fee.

22       DATED:  August 24, 2021

23

24       UNITED STATES MAGISTRATE JUDGE

25

26

27

28

- 3 -