Ammar Harris #1116547
HDSP; P.O. Box 650
Indian Springs, NV 89070
Plaintiff in Pro Se

United States District Court
District of Nevada

Ammar Harris,
    Plaintiff,

-vs-

State of Nevada, et al.
    Defendants.

3:21-CV-00380-RCJ-CLB

Motion for Class Action

COMES NOW, Plaintiff is requesting Class Certification pursuant to Rule 23 of the Fed.R.Civ.P on ALL Cause of Action alleged in his Complaint.

This motion before this Honorable Court is made and based on the interest of justice.

Points and Authorities
I. Factual Knowledge.

1.) Plaintiff's claims effect ALL inmates similarly situation, granting Class status will relieve this Court on the waste of Judicial Resources.

2.) Plaintiff is qualified for Class pursuant to Rule 23, in the interest of justice, and the court docket is full of claims against the same defendants.

## II. Conclusion

For all the foregoing reasons, Class should be granted. This motion is made on all papers, pleadings, and documents on file herein.

Dated this 2nd day of March, 2022.

/s/ A.H.
Ammar Harris