EXHIBIT - I - "Injury"

William Bee Ririe Hospital

44 Pages



ANTHONY P. SGRO
DAVID J. J. ROGER
JENNIFER W. ARLEDGE
COLLEEN N. SAVAGE
ALANNA C. BONDY
NICHOLAS V. SCOTTI
JAYME N. RICHARDSON
LORIN M. TAYLOR
HUGO E. HERNANDEZ
KELLY B. STOUT

December 9, 2021
**LEGAL MAIL**

<u>**VIA USPS**</u>
Ammar Harris, #1116547
PO Box 650
High Desert Prison
Indian Springs, Nevada 89070-0650

      **Re:**   *STATE OF NEVADA VS. AMMAR HARRIS*
               **CASE NO. A-19-797786 and C-19-289275**

Dear Mr. Harris:

      Enclosed are the medical records we received from William Bee Ririe Hospital.

      If you have any questions or concerns regarding the foregoing, please do not hesitate to contact our office.

                    Respectfully,

                    */s/Tanya Hayden*

                    TANYA HAYDEN., *Paralegal*
                    to Sgro & Roger

ACB/th

Enclosures: As stated

RECEIVED 12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:17  FAX 7752894206 Medical Records                    ☒011/053

fonttblTimes New Roman;Times New Roman;Arial;Wingdings;Courier;

**Patient: HARRIS, AMMAR**　　　　　　　**Clinical Report - Physicians/Mid Levels**
**MRN: 154965**　　　　　　　　　　　　　William Bee Ririe Critical Access Hospital
VisitID: 10273598　　　　　　　　　　　　1500 Avenue H, Ely, NV 89301 775-289-3001
34y, M　　　　　　　　　　　　　　　　Registration Date/Time: 08/28/2020 10:02

Time Seen: 10:05 08/28/2020; initial patient contact, initial documentation.
Arrived- By ambulance.  Historian- patient and EMS personnel.

**HISTORY OF PRESENT ILLNESS**
Location of injuries- head and face.  Chief Complaint: REPORTED PHYSICAL ASSAULT (He is a prisoner at  the prison. He was jumped with a home made shank.  He appears to be stabbed in the chin and left upper parietal area. He has a abrasion/laceration just under his left ear.  He appears confused. He has no abrasion of marks any where else on his body.).  This occurred just prior to arrival.

The patient sustained a blow and stab wound and was reportedly kicked.  (prison).

The patient complains of moderate pain.  The patient sustained a blow to the head, had loss of consciousness and was dazed.

**REVIEW OF SYSTEMS**
No numbness, dizziness, loss of vision, hearing loss or weakness.  No nausea or abdominal pain.  All other systems reviewed and are negative.

**PAST HISTORY**
Unknown.  Unobtainable.

**SOCIAL HISTORY**
No alcohol use.

**PHYSICAL EXAM**
Head: Left parietal area: 2.0 cm laceration.  Chin: moderate tenderness, subcutaneous laceration and small abrasion.
Eyes: Pupils equal, round and reactive to light.
ENT: No dental injury.  Left ear: superficial 2.0 cm laceration. SEE LACERATION PROCEDURE NOTE #3.
Neck: Neck non-tender.
CVS: Heart sounds normal.
Respiratory: Chest nontender.
Abdomen: No visible injury.  Soft.
Back: No tenderness.
Skin: Normal skin color.
Extremities: Pelvis stable.
Neuro: Oriented X 3.  No motor deficit.

**LABS, X-RAYS, AND EKG**
CT C-Spine: (Technique

CT scan of cervical spine without contrast. Coronal and sagittal reconstructed images obtained.

History : Pain, injury to cervical spine.

Findings

Images demonstrate there are mild degenerative endplate changes throughout the cervical spine. There is no acute fracture. There is no spondylolisthesis. There is no prevertebral soft tissue swelling.

RECEIVED  12/08/2021  05:27PM  7026654120          SGRO ROGER
12/08/2021  WED 17:18  FAX 7752894206 Medical Records                    Ø012/053

Impression :No acute cervical spine fracture.).
**CT Head: (Technique**

CT scan of head without contrast, Coronal and sagittal reconstructed images obtained.

History : Intra-cranial hemorrhage. Cerebrovascular accident.

Findings

Images demonstrate there is a large acute intraparenchymal hemorrhage in the left frontal lobe. There is acute hemorrhage along the falx within the midline. There is mild shift of the midline structures to the right. There is an acute fracture in the left parietal bone, anteriorly with a depressed fracture fragment. There is a metallic foreign body at the far inferior aspect of the right frontal lobe.

Impression
There is an acute depressed fracture in the left parietal bone, anteriorly. There is depression of the fracture fragment by approximately 5 mm. There is some overlying soft tissue swelling. There is a large acute intraparenchymal hemorrhage involving the left frontal lobe. There is acute hemorrhage along the falx within the midline. There is a metallic foreign body at the far inferior aspect of the right frontal lobe within the bone at the superolateral aspect of the right orbit.

**Laboratory Tests:**

CBC W/AUTO DIFF:    (COLL: 08/28/2020 10:40)                ( MsgRcvd 08/28/2020 10:53) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| CBC W/AUTO DIFF | | | | |
| COMPLETE BLOOD COUNT | | | | |
| WBC | 9.69 | | K/uL | (4.50 - 11.00) |
| RBC | 5.16 | | M/uL | (4.70 - 6.10) |
| HEMOGLOBIN | 15.59 | | g/dL | (12.00 - 18.00) |
| HEMATOCRIT | 48.4 | | % | (40.0 - 54.0) |
| MCV | 94 | | fL | (80 - 99) |
| MCH | 30.20 | | pg | (27.00 - 34.00) |
| MCHC | 32.2 | | g/dL | (31.0 - 36.0) |
| RDW | 11.4 | | % | (11.0 - 14.0) |
| PLATELETS | 255 | | K/uL | (140 - 450) |
| MPV | 7.3 | | fL | (6.6 - 12.2) |
| %NEUT | 83 | | % | |
| %LYMPH | 11 | | % | |
| %MONO | 5 | | % | |
| %EOS | 0 | | % | |
| %BASO | 1 | | % | |
| #NEUT | 8.04 | | K/uL | (1.50 - 9.50) |
| #LYMPH | 1.06 | L | K/uL | (1.50 - 5.00) |
| #MONO | 0.51 | | K/uL | (0.10 - 1.00) |
| #EOS | 0.02 | | K/uL | (0.00 - 0.30) |
| #BASO | 0.06 | | K/uL | (0.00 - 0.20) |
| BLOOD SMEAR REVIEW | | NOT INDICATED | | |
| [CB] | | | | |

Comp Metabolic Panel:    (COLL: 08/28/2020 10:40)                ( MsgRcvd 08/28/2020 11:06) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | |
| SODIUM | 139.00 | | mmol/L | (136 - 145) |
| POTASSIUM | 4.00 | | mmol/L | (3.50 - 5.10) |
| CHLORIDE | 109.00 | | mmol/L | (103 - 117) |
| CO2 | 19.17 | | mmol/L | (17.10 - 31.70) |
| ANION GAP | 15 | | | (10 - 20) |
| GLUCOSE. | 141.00 | H | mg/dL | (70.00 - 110) |
| BUN | 13.00 | | mg/dL | (9.00 - 26.00) |
| CREATININE | 1.50 | H | mg/dL | (0.57 - 1.25) |
| BUN/CREAT | 9 | | | (7 - 25) |
| AGE | 34 | | yrs | |
| NON-AA GFR | 54 | | mL/min | |
| AFR AMER GFR | 65 | | mL/min | |

| | | | |
|---|---|---|---|
| CALCIUM | 9.10 | mg/dL | (8.60 - 10.30) |
| TOTAL PROTEIN | 7.60 | g/dL | (6.40 - 8.30) |
| ALBUMIN | 4.200 | g/dL | (3.500 - 5.200) |
| ALKALINE PHOS | 70.00 | U/L | (40.00 - 150) |
| SGPT/ALT | 46.00 | U/L | (0.00 - 55.00) |
| SGOT/AST | 31.00 | U/L | (5.00 - 34.00) |
| BILIRUBIN TOT | 0.50 | mg/dL | (0.20 - 1.20) |

Alcohol Blood:   (COLL: 08/28/2020 10:40)                ( MsgRcvd 08/28/2020 11:06) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| ALCOHOL BLD | 10.50 | | mg/dL | (0.00 - 50.00) |

Use of blood alcohol results is restricted to medical (treatment) purposes only.Results >19 are positive for alcohol.

Lipase:   (COLL: 08/28/2020 10:40)                ( MsgRcvd 08/28/2020 11:06) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| LIPASE | 20.00 | | U/L | (8.00 - 78.00) |

CT C-Spine wo IV cont:                        ( MsgRcvd 08/28/2020 11:15) Final results

**Exam**
<Observation_Test_Name>CT CERV SPINE WO CONTRAST</
   <Observati <Observation_To (<Observation


CT Facial wo IV cont:                    ( MsgRcvd 08/28/2020 11:21) Final results

**Exam**
<Observation_Test_Name>CT SINUSES FACIAL AXIAL</Ob
   <Observati <Observation_To (<Observation_


## PROGRESS AND PROCEDURES

**Intubation:** Time: 11:35 08/28/2020.  Time-out completed immediately before the procedure.  ED physician and anesthesiologist at bedside.  Intubated with 7.5 cuffed endotracheal tube.  Head placed in sniffing position.  Size 4 MacIntosh blade used.  Intubated via orotracheal route.  Premedicated with fentanyl.  Administered induction agent-etomidate and neuromuscular blocking agent- rocuronium.  Complications of procedure; vomiting.  Placement confirmed by direct visualization, equal breath sounds and rise and fall of chest wall and end tidal CO2 monitor.  Tube secured with adhesive tape.  (Ketamine).  Tube marked (22 cm).  Technique: direct visualization.  Procedure successful; one attempt.

**Course of Care:** He has a large intracranial bleed.  I spoke with Dr Parco ( trauma doctor at UMC).  He suggest to intubate patient due to his GCS and will give Keppra for SZ prophalaxsis.

Critical care performed (60 minutes). Time includes: direct patient care, coordination of patient care, interpretation of data (laboratory data and pulse oximetry), review of patient's medical records and medical consultation- see progress notes. Procedures included in critical care time; phlebotomy and ventilator management. Procedures excluded from critical care time: intubation.

**Disposition:** Transferred to University Medical Center, Las Vegas Nevada.  Condition: serious.

## CLINICAL IMPRESSION

Open, penetrating head injury traumatic left cerebral hemorrhage. Parietal bone fracture. Loss of consciousness of unknown duration. Altered mental status. Neurological deficit. Coma.
Multiple deep lacerations to the scalp, head and nose. Foreign body present.

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:18  FAX 7752894206 Medical Records                    ☒014/053

(Electronically signed by Daniel W.  Rollins, MD 08/28/2020 16:39)

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:18  FAX 7752894206 Medical Records                    ☑015/053

fonttblTimes New Roman;Times New Roman;Arial;Wingdings;Courier;

**Patient: HARRIS, AMMAR**                    **Clinical Report - Nurses**
**MRN: 154965**                               William Bee Ririe Critical Access Hospital
VisitID: 10273598                             1500 Avenue H, Ely, NV 89301 775-289-3001
34y, M                                        Registration Date/Time: 08/28/2020 10:02


**TRIAGE**

Arrived by EMS, and in handcuffs from jail (on stretcher).   Historian: (correction officers).
Triage time: 10:06 08/28/2020.   Acuity: LEVEL 2.
Chief Complaint: INJURY TO HEAD, NOSE and CHIN and LEFT EAR (parietal area).
This occurred just prior to arrival.   Mechanism of injury: a blow.   The patient had loss of consciousness lasting
several minutes. (patient unable to speak).

Treatment PTA:
None.

Trauma activation: Pre-hospital notification of patient arrival was received.  --10:24 Kiruki, Evelyn, R.N.

10:07 08/28/20.   BP: 115/71. HR: 106. RR: 20. O2 saturation: 99%. Temp: 97.4 F. Pain level now unable to obtain
due to patient condition.  --10:24 Kiruki, Evelyn, R.N.

10:06 08/28/20.

ABUSE ASSESSMENT: Abuse assessment: unable to obtain.  --11:36 Kiruki, Evelyn, R.N.
Weight: 113.3 kg estimated. Height/Length: 69 inches Estimated. BMI: 36.9.  --10:07 Kiruki, Evelyn, R.N.

**Medications**
Unable to Obtain.  --11:37 Kiruki, Evelyn, R.N.

**Allergies**
Unable to Obtain.  --11:37 Kiruki, Evelyn, R.N.

**PROBLEMS:**
Unable to answer.  --11:38 Kiruki, Evelyn, R.N.

ADDITIONAL SURGERIES:
Unable to answer.  --11:38 Kiruki, Evelyn, R.N.

**History**
SOCIAL HX: Smoker - current status unknown.   Alcohol use. (unable to obtain).   History of drug use. (unable to
obtain).

SELF HARM ASSESSMENT: a self harm assessment was performed. The patient answered "no" to the question(s)
"Have you recently felt down, depressed, or hopeless?", "Have you noticed less interest or pleasure in doing things?",
"Do you have thoughts of harming or killing yourself?", "Are you here because you tried to hurt yourself?", "Have
you ever tried to hurt yourself before today?", "Have you recently had thoughts about harming or killing others?" and
"Do you have any dangerous items in your possession?".

NUTRITIONAL RISK ASSESSMENT: The nutritional risk assessment revealed no deficiencies.

FUNCTIONAL ASSESSMENT: Functional assessment: no impairments noted.

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:18  FAX 7752894206 Medical Records                    ☑016/053

LEARNING NEEDS ASSESSMENT: The learning needs assessment revealed no barriers.

SKIN INTEGRITY ASSESSMENT: Skin integrity risk assessment completed. No skin integrity risk identified.
--10:24 Kiruki, Evelyn, R.N.

10:06 08/28/20.
SOCIAL HX: The patient has not traveled outside the U.S. No infectious disease exposure.

SELF HARM ASSESSMENT: a self harm assessment was performed. The patient answered "no" to the question(s)
"Have you recently felt down, depressed, or hopeless?", "Have you noticed less interest or pleasure in doing things?",
"Do you have thoughts of harming or killing yourself?", "Are you here because you tried to hurt yourself?", "Have
you ever tried to hurt yourself before today?", "Have you recently had thoughts about harming or killing others?" and
"Do you have any dangerous items in your possession?".

FALL RISK ASSESSMENT: Fall risk assessment completed. Risk factors identified include patient history of fall.
--11:36 Kiruki, Evelyn, R.N.

**Interventions**
Identification band on patient.  To treatment room.  --10:24 Kiruki, Evelyn, R.N.

**PHYSICAL ASSESSMENT**
HEENT: Head: laceration present in the left parietal area.  Nasal injury: subcutaneous 1.0 cm laceration with
controlled bleeding involving the left nasolacrimal duct.  Mucous membranes are pink.
CVS: Capillary refill less than 2 seconds.
SKIN: Skin is warm and dry.  --10:26 Kiruki, Evelyn, R.N.

**NURSING PROGRESS NOTES**
10:06 08/28/20.  Reassurance given.  Two patient identifiers checked.  Bed placed in lowest position.  Brakes of
bed on.  Patient ready for evaluation- ED physician notified.  --10:27 Kiruki, Evelyn, R.N.

10:06 08/28/2020 Site #1 started prior to arrival by EMS via IV in the left hand with an 20g angiocath, with aseptic
technique and good blood return. Saline lock flushed with 5 mL saline.  --11:09 Kiruki, Evelyn, R.N.

10:48 08/28/20.  Patient transported to CT by stretcher with tech. (With 4 Cert officers at side).  --10:53 Barela,
Mary, CNA

10:50 08/28/20.  ( Patient shaved on the areas with lacerations).  --11:30 Kiruki, Evelyn, R.N.

11:00 08/28/2020 Arrived with bag #1 1000 mL IV Fluids IV NS; bolus of 500 mL wide open via site #1. Started by
EMS. Allergies verified and confirmed 5 rights. IV patency established. IV site checked: no pain, redness, or
swelling. IV flushed thoroughly pre- and post-medication administration. Information reviewed with patient including
reason for taking this medication, signs of allergic reaction and precautions. Verbalizes understanding.  --11:09
Kiruki, Evelyn, R.N.

11:02 08/28/20.  Patient returned by stretcher with tech. (With 4 cert officers).  --11:02 Kiruki, Evelyn, R.N.

11:15 08/28/20.  ( med x notified).  --11:15 Jill Desteunder, R.N.

11:26 08/28/20.  BP: 141/81. HR: 105. RR: 18. O2 saturation: 94%. Temp: 98.3 F. Pain level now: 0/10.  --11:26
Barela, Mary, CNA

11:15 08/28/20.  ( Foleys catheter inserted by Jeff RN, draining clear urine).  --11:31 Kiruki, Evelyn, R.N.

11:20 08/28/2020 Started 1000 mg of KEPPRA (LevETIRAcetam) IVPB in bag #1 100 mL; at 400 mL/hr over 15
minute(s) via site #1. Allergies verified. IV patency established. IV site checked: no pain, redness, or swelling. IV

RECEIVED 12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:18  FAX 7752894206 Medical Records                    ☒017/053

flushed thoroughly pre- and post-medication administration. Information reviewed with patient including reason for taking this medication, signs of allergic reaction and precautions. Verbalizes understanding (DRIP RATE CONFIRMED WITH PHARMACY). --11:28 Kiruki, Evelyn, R.N.

11:30 08/28/20.   ( Respiratory therapy, CRNA in attendance). --11:30 Kiruki, Evelyn, R.N.

11:38 08/28/20.   BP: 128/83. HR: 89, RR: 16. O2 saturation: 100%. Temp: 98 F. Pain level now unable to obtain due to patient condition. Additional comments: Patient intubated at this time. --11:43 Kiruki, Evelyn, R.N.

11:42 08/28/20. --11:43 Kiruki, Evelyn, R.N.

11:49 08/28/20.   BP: 126/78. HR: 100. RR: 12. O2 saturation: 100%. --11:50 Barela, Mary, CNA

11:53 08/28/20.   ( patient medical history faxed from Prisons). --11:53 Kiruki, Evelyn, R.N.

12:01 08/28/2020 IV Fluids IV NS Discontinued: bag #1 upon transfer. Total amount infused: 500 mL. IV patency established. IV site checked: no pain, redness, or swelling. IV flushed thoroughly. --12:03 Kiruki, Evelyn, R.N.

12:03 08/28/2020 ketamine 500 mg in 500 mls saline   * Drip IV 500mgs started by flight team --12:03 Kiruki, Evelyn, R.N.

**DISPOSITION / DISCHARGE**
11:49 08/28/20.   BP: 126/78. HR: 100. RR: 12. O2 saturation: 100%. --12:06 Kiruki, Evelyn, R.N.

11:49 08/28/2020   Temp: 98.0 F.   --12:15 Kiruki, Evelyn, R.N.

12:15 08/28/20.   Pain level now unable to obtain due to patient condition. --12:15 Kiruki, Evelyn, R.N.

11:49 08/28/20. --12:15 Kiruki, Evelyn, R.N.

12:02 08/28/20.
Departure time: 12:02 08/28/2020.   Condition at departure: unchanged.   Transferred to University Medical Center, Las Vegas Nevada. Emtala forms provided to transport team and EMS via paper.   Transported via stretcher by EMS with monitor, IV, ambu bag and ventilator. --12:06 Kiruki, Evelyn, R.N.

12:14 08/28/20.   Report was given via a phone call. Report included patient's care, treatment and condition (including any anticipated changes) and medications given to the patient in the ED. All questions were answered. Report was acknowledged and care was transferred. (Dominic). --12:14 Kiruki, Evelyn, R.N.

Locked/Released at 08/28/2020 17:27 by Kiruki, Evelyn, R.N.

RECEIVED 12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:18  FAX 7752894206 Medical Records                    ☑018/053

WILLIAM BEE RIRIE
1500 AVE H, ELY, NV 89301

```
---------NAME--------- NUMBER  SEX AGE   ADMIT    DISC.  XRAY# F/C  TYPE
HARRIS AMMAR          10273598 M   34  8/28/20          154965 DB3  E/R
  DATE OF BIRTH: 03/31/1986  M/R# 154965      PH#: 775-289-8800  RM ER02

  LOCATION:                          TRANSCRIBED: 08/28/20 11:45 MW
  CHEST 1V                  71045    COMPLETED:                    8283
  Reason for Study: Intubation Placement

  PHYSICIAN: ROLLINS DA
```

=========================================================================
R A D I O L O G Y   R E P O R T S
=========================================================================
William Bee Ririe Hospital
1500 Avenue H
Ely, NV 89301
(775) 289-3001Radiology Report


THIS INTERPRETATION IS BASED ON THE RADIOLOGICAL EXAMINATION AND
CORRELATION WITH CLINICAL EXAMINATION IS MANDATORY

Patient: Harris Ammar(M)
Reason for Visit:   Intubation Placement
Study Ref: 330828320200828
Date of Birth:    Mar-31-1986
Patient Number: 154965
Referring MD:  500496 ROLLINS DANIEL MD
Referring MD phone:
Modality Type:    CR
Institution: WILLIAM BEE RIRIE HOSPITAL
Exam Date: Aug-28-2020 11:40am
Exam Type: CHEST 1V


Technique
Chest x-ray, 1 view.

History
Status post intubation.

Findings
A single view of chest demonstrates there is no infiltrate or pleural
effusion. Cardiac silhouette is within normal limits.        Endotracheal tube
is in good position.

Impression

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:19  FAX 7752894206 Medical Records                    ☒019/053

Endotracheal tube is in good position.
DIGITAL SIGNATURE

Signer name: Eric Goldberg
Organization: William Bee Ririe Hospital
Signed: 2020/08/28,11:45:26


Electronically Signed By:
E GOLDBERG, M.D.                    , RADIOLOGIST
Date/Time: 08/28/20 11:45

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:19  FAX 7752894206 Medical Records                    ☑020/053

PRINT DATE: 12/06/21 024          WILLIAM BEE RIRIE HOSPITAL                    PAGE  1
MEDICAL DIRECTOR                      1500 AVENUE H                          CLIA NUMBER
DANIEL MOCKLER, MD              .   ELY, NEVADA 89301                        29D0711765
       TIME:  9:23            LABORATORY          -- COMPARATIVE REPORT

NAME.: HARRIS AMMAR           SEX......: M                     ATTENDING: ROLLINS DANIEL MD
ACCT#: 10273598               AGE......: 35 Y                  SECOND...:
ROOM.: ER02  DISCH 08/28/20 – NO PENDING ORDERS   DOB......: 03/31/1986      PRIM CARE.:WILLIAM BEE RIRIE HOSPIT
                              PAT. PHONE: 7752898800
ADMIT: 08/28/20               MR#.......: 154955

## CHEMISTRY

|  | 08/28/20 | REFERENCE | |
|---|---|---|---|
|  | 1040 | RANGE | UNITS |
| SODIUM | 139.00 | 136 –  145 | mmol/L |
| POTASSIUM | 4.00 | 3.50 –  5.10 | mmol/L |
| CHLORIDE | 109.00 | 103 –  117 | mmol/L |
| CO2 | 19.17 | 17.10 –  31.70 | mmol/L |
| ANION GAP | 15 | 10 –  20 | |
| GLUCOSE. | 141.00 H | 70.00 –  110 | mg/dL |
| BUN | 13.00 | 9.00 –  26.00 | mg/dL |
| BUN/CREAT | 9 | 7 –  25 | |
| CREATININE | 1.50 H | 0.57 –  1.25 | ng/dL |
| AGE | 34 |  | yrs |
| NON-AA GFR | 54 |  | mL/min |
| AFR AMER GFR | 65 |  | mL/min |
| CALCIUM | 9.10 | 8.60 –  10.30 | ng/dL |
| TOTAL PROTEIN | 7.60 | 6.40 –  8.30 | g/dL |
| ALBUMIN | 4.200 | 3.500 –  5.200 | g/dL |
| ALKALINE PHOS | 70.00 | 40.00 –  150 | U/L |
| SGPT/ALT | 46.00 | 0.00 –  55.00 | U/L |
| SGOT/AST | 31.00 | 5.00 –  34.00 | U/L |
| BILIRUBIN TOT | 0.50 | 0.20 –  1.20 | mg/dL |
| LIPASE | 20.00 | 8.00 –  78.00 | U/L |

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 8/28/20 1010 | 8/28/20 1040 | 8/28/20 1042 | 8/28/20 1106 | 8/28/20 1106 |
| 500 | JNC | JNC | CM | CM |

ALCOHOL BLD          10.50      mg/dL     (L=0.00    H=50.00   )

Use of blood alcohol results is restricted to medical (treatment) purposes only.
Results >19 are positive for alcohol.

## TDM & TOXICOLOGY

|  | 08/28/20 | REFERENCE | |
|---|---|---|---|
|  | 1115 | RANGE | UNITS |
| AMPHETAMINES | NEGATIVE | NORMAL: NEGATIVE | |
| BARBITURATES | NEGATIVE | NORMAL: NEGATIVE | |
| BENZO | NEGATIVE | NORMAL: NEGATIVE | |
| BUP | NEGATIVE | NORMAL: NEGATIVE | |
| COCAINE | NEGATIVE | NORMAL: NEGATIVE | |
| METHAMPHET | NEGATIVE | NORMAL: NEGATIVE | |

PRINT: 12/06/21 09:23  HARRIS AMMAR                           024 Page: 1 CONTINUED

LEGEND: L-Low, H-High, C-Critical, A-Abnormal, *E-Error

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:19  FAX 7752894206 Medical Records                    Ø2021/053

```
PRINT DATE: 12/06/21 024        WILLIAM BEE RIRIE HOSPITAL              PAGE    2
MEDICAL DIRECTOR                    1500 AVENUE H                    CLIA NUMBER
DANIEL MOCKLER, MD                  ELY, NEVADA 89301                 2900711765
      TIME:  9:23                LABORATORY        -- COMPARATIVE REPORT

NAME.: HARRIS AMMAR             SEX.......: M              ATTENDING: ROLLINS DANIEL MD
ACCT#: 10273598                 AGE.......: 35 Y           SECOND...:
ROOM.: ER02  DISCH 08/28/20 - NO PENDING ORDERS   DOB.......: 03/31/1986    PRIM CARE.:WILLIAM BEE RIRIE HOSPIT
                                PAT. PHONE: 7752898000
ADMIT: 08/28/20                 MR#......: 154965
```

### TDM & TOXICOLOGY

|  | 08/28/20 | REFERENCE | |
|---|---|---|---|
|  | 1115 | RANGE | UNITS |
| MTD | NEGATIVE | NORMAL: NEGATIVE | |
| OPIATES | NEGATIVE | NORMAL: NEGATIVE | |
| OXYCODONE | NEGATIVE | NORMAL: NEGATIVE | |
| PCP | NEGATIVE | NORMAL: NEGATIVE | |
| PPX | NEGATIVE | NORMAL: NEGATIVE | |
| TCA | NEGATIVE | NORMAL: NEGATIVE | |
| THC | NEGATIVE | NORMAL: NEGATIVE | |

DRUG OF ABUSE INTERPRETATION
Interpret results utilizing appropriate cut-off values, clinical history,
and knowledge of interfering substances (See "Drug Reactivity Table" in the ER).
These are unconfirmed results and can only be used for medical (treatment) purposes.
For confirmation, please submit a written request along with another urine specimen if needed.

```
                        Cut-off values are listed below:
                        THC           50 ng/mL
                        PCP           25 ng/mL
                        COCAINE      150 ng/mL
                        METHAMPHET   500 ng/mL
                        OPIATES      100 ng/mL
                        AMPHETAMINES 500 ng/mL
                        BENZO        150 ng/mL
                        TCA          300 ng/mL
                        MTD          200 ng/mL
                        BARBITURATES 200 ng/mL
                        OXYCODONE    100 ng/mL
                        PPX          300 ng/mL
                        BUP           10 ng/mL
```

### HEMATOLOGY

|  | 08/28/20 | REFERENCE | |
|---|---|---|---|
|  | 1040 | RANGE | UNITS |
| WBC | 9.69 | 4.50 -  11.00 K/uL |
| RBC | 5.16 | 4.70 -   6.10 M/uL |
| HEMOGLOBIN | 15.59 | 12.00 -  18.00 g/dL |
| HEMATOCRIT | 48.4 | 40.0 -  54.0 % |
| MCV | 94 | 80 -    99 fL |
| MCH | 30.20 | 27.00 -  34.00 pg |
| MCHC | 32.2 | 31.0 -  36.0 g/dL |
| RDW | 11.4 | 11.0 -  14.0 % |
| PLATELETS | 255 | 140 -   450 K/uL |

PRINT: 12/06/21 09:23  **HARRIS AMMAR**                          024 Page:    2 CONTINUED

LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, *E-Error

```
PRINT DATE: 12/06/21 024          WILLIAM BEE RIRIE HOSPITAL                    PAGE    3
MEDICAL DIRECTOR                  1500 AVENUE H                          CLIA NUMBER
DANIEL MOCKLER, MD                ELY, NEVADA 89301                      29D0711765
    TIME:  9:23                   LABORATORY        -- COMPARATIVE REPORT

NAME.: HARRIS AMMAR               SEX.......: M                ATTENDING: ROLLINS DANIEL MD
ACCT#: 10273598                   AGE.......: 35 Y             SECOND...:
ROOM: ER02  01SCH 08/28/20 - NO PENDING ORDERS   DOB.......: 03/31/1986      PRIM CARE.:WILLIAM BEE RIRIE HOSPIT
                                  PAT. PHONE: 7752898000
ADMIT: 08/28/20                   MR#.......: 154965
```

## HEMATOLOGY

| | 08/28/20 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| | 1040 | | |
| MPV | 7.3 | 6.6 - 12.2 fL | |
| %NEUT | 83 | | % |
| %LYMPH | 11 | | % |
| %MONO | 5 | | % |
| %EOS | 0 | | % |
| %BASO | 1 | | % |
| #NEUT | 8.04 | 1.50 - 9.50 K/uL | |
| #LYMPH | 1.06 L | 1.50 - 5.00 K/uL | |
| #MONO | 0.51 | 0.10 - 1.00 K/uL | |
| #EOS | 0.02 | 0.00 - 0.30 K/uL | |
| #BASO | 0.06 | 0.00 - 0.20 K/uL | |

## URINALYSIS

| | 08/28/20 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| | 1115 | | |
| COLOR | YELLOW | NORMAL: Straw | |
| CLARITY | CLEAR | NORMAL: Clear | |
| SPEC GRAVITY | >=1.030 A | 1.005 - 1.020 | |
| pH | 5.0 | 5.5 - 7.5 | |
| GLUCOSE | NEGATIVE | NORMAL: Negative | |
| BILIRUBIN | NEGATIVE | NORMAL: Negative | |
| KETONE | NEGATIVE | NORMAL: Negative | |
| PROTEIN | TRACE | NORMAL: Negative | |
| NITRITE | NEGATIVE | NORMAL: Negative | |
| BLOOD | LARGE A | NORMAL: Negative | |
| LEUK EST | NEGATIVE | NORMAL: Negative | |
| UROBILINOGEN | 0.2 | 0.2 - 2.0 | |
| MICROSCOPIC | See Below | | |
| WBC | None Seen | NORMAL: None Seen | |
| RBC | 10 - 20 A | NORMAL: None Seen | |
| EPITHELIAL | 0-10 /hpf | NORMAL: None Seen | |
| BACTERIA | None Seen | NORMAL: None Seen | |
| MUCOUS | 3+ A | NORMAL: None Seen | |
| CASTS | See Below | | |
| HYALINE CAST | 1-3/lpf A | NORMAL: None Seen | |
| COARSE GRAN | 0-1/lpf A | NORMAL: None Seen | |
| FINE GRAN | None Seen | NORMAL: None Seen | |
| WBC CAST | None Seen | NORMAL: None Seen | |
| RBC CAST | None Seen | NORMAL: None Seen | |
| WAXY CAST | None Seen | NORMAL: None Seen | |
| FATTY CAST | None Seen | | |
| CRYSTALS | None Seen | | |

```
PRINT: 12/06/21 09:23  HARRIS AMMAR                              024 Page:   3 CONTINUED
```

LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, *E-Error

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:19  FAX 7752894206 Medical Records                    ☒023/053

PRINT DATE: 12/06/21 024          WILLIAM BEE RIRIE HOSPITAL           PAGE    4
MEDICAL DIRECTOR                       1500 AVENUE H                  CLIA NUMBER
DANIEL MOCKLER, MD                     ELY, NEVADA 89301              29D0711765
       TIME:  9:23               LABORATORY          -- COMPARATIVE REPORT

NAME.: HARRIS AMMAR              SEX......: M              ATTENDING: ROLLINS DANIEL MD
ACCT#: 10273598                 AGE......: 35 Y           SECOND...:
ROOM.: ER02  DISCH 08/28/20 - NO PENDING ORDERS   DOB......: 03/31/1986   PRIM CARE.:WILLIAM BEE RIRIE HOSPIT
                                PAT. PHONE: 7752898800
ADMIT: 08/28/20                 MR#.......: 154365

===================================================================================

## URINALYSIS
                    08/28/20                                        REFERENCE
                    1115                                            RANGE      UNITS
TRICHOMONAS          ABSENT                                NORMAL: None Seen
BUDDING YEAS         ABSENT                                NORMAL: None Seen
SOURCE:          CLEAN CATCH

===================================================================================

## REFERENCE LAB

   --ORDERED--      --COLLECTED--    --REC'D--    --RESULTED--   --VERIFIED---
    8/28/20 1205    8/28/20 1115    8/28/20 1121   9/07/20 1458   9/07/20 1458
    KCP             .RN             JNC            ACQ            ACQ

        CULTURE URINE
              "IN PROGRESS,REPORT TO FOLLOW"

        DIAGNOSIS:          R

        Reference Laboratory reports may not be altered.

===================================================================================
PRINT: 12/06/21 09:23 **HARRIS AMMAR**                    024 Page:    4    LAST
===================================================================================
                    LEGEND: L-Low, H-High, C-Critical, A-Abnormal, *E-Error

RECEIVED 12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:19  FAX 7752894206 Medical Records                    ☑024/053

## City of Ely Fire Department
**Patient Care Record**
Name: HARRIS, AMAR                    Incident #: 200828-0943-ELYENS          Date: 08/28/2020     Patient 1 of 1

### Patient Information

| | | | | | Clinical Impression |
|---|---|---|---|---|---|
| | HARRIS | Address | 4560 N State Route 490 | | Injury of Head |
| | AMAR | Address | | | Injury of Face |
| | | City | Ely | | Head Trauma |
| Gender | Male | State | NV | | Head |
| DOB | 03/31/1986 | Zip | 89301 | | Head Injuries |
| Age | 34 Yrs, 4 Months, 28 Days | Country | US | | |
| Weight | 200.0lbs - 96.7kg | Phone | 7752898800 | | |
| SSN | | Ethnicity | Hispanic or Latino | | Moderate |
| | 120703535 | | | | Injuries - Injury to head |
| Race | Black or African American | | | | Injuries - Injury to face |
| | | | | | Assault - Assault by sharp object (stabbing) - Police/Jail - 08/28/2020 |
| | | | | | Trauma |
| | | | | | Uncooperative |
| | | | | | None Reported |
| | | | | | Emergent (Yellow) |

### Medication/Allergies/History

| Medications | Unable to Obtain - Patient Refused |
|---|---|
| Allergies | Unable to Obtain - Patient Refused |
| History | Unable to Obtain - Patient Refused |

### Vital Signs

| Time | Level | | BP | Pulse | Resp | SpO2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | Voice | L | Lay | 121/98 A | 104 R | 24 R | 99 Ox | | 121 | 96.6 F/TY | 0 | 8+3+1+4 | .10 |
| 09:10 | Voice | L | Lay | 119/73 A | 97 R | 24 R | 98 Ox | | | | 0 | 8+3+1+4 | .10 |
| 09:45 | Voice | L | Lay | 113/73 A | 103 R | 20 R | 98 Ox | | | | 0 | 8+3+1+4 | .10 |

### ECG

| Time | | | |
|---|---|---|---|
| 09:00 | 3-Lead | | Sinus Rhythm |
| 09:10 | 3-Lead | | Sinus Rhythm |
| 09:45 | 3-Lead | | Sinus Rhythm |

### Flow Chart

| Time | | Treatment | | Provider |
|---|---|---|---|---|
| 08:55 | ALS Assessment | Patient Response: Unchanged; Successful; Complication: None; | | PEREA, VICTORIA |
| 09:00 | Oxygen | Non Re-breather Mask (NRB); Flow Rate 15 lpm; Comments Prison nursing staff placed the patient on oxygen prior to our arrival; Patient Response: Improved; Successful; Complication: None; | | PEREA, VICTORIA |
| 09:05 | IV Therapy | 18 ga; Antecubital-Left; Patient Response: Unchanged; Unsuccessful; Complication: None; | | PEREA, VICTORIA |
| 09:07 | IV Therapy | 18 ga; Antecubital-Right; Patient Response: Unchanged; Unsuccessful; Complication: None; | | PEREA, VICTORIA |
| 09:09 | IV Therapy | 20 ga; Hand-Left; Normal Saline (.9% NaCl); Total Fluid 80 ml; Patient Response: Improved; Successful; Complication: None; | | PEREA, VICTORIA |

### Initial Assessment

| | | | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | + | Combative |
| | | | - | Event Oriented, Person Oriented, Place Oriented, Time Oriented |
| Skin | | Skin | + | No Abnormalities |
| HEENT | Patient was uncooperative and would not answer questions | Head/Face | + | Other, Swelling |
| | | Eyes | + | Left: Dilated |
| | | | | Left: Blind, Left: Constricted, Left: Non-Reactive, Left: Other, Right: Blind, Right: Constricted, Right: Dilated, Right: Non-Reactive, Right: Other |
| | | Neck/Airway | | No Abnormalities |

RECEIVED  12/08/2021  05:27PM  7026654120        SGRO ROGER
12/08/2021  WED 17:19  FAX 7752894206 Medical Records                    ☑025/053

## City of Ely Fire Department
Patient Care Record

Name: HARRIS, AMAR          Incident #: 2008ZU-0043-ELY&MS          Date: 08/28/2020          Patient 1 of 1

### Initial Assessment

| Chest | | Chest | | No Abnormalities |
|---|---|---|---|---|
| | | Heart Sounds | | No Abnormalities |
| | | Lung Sounds | ▾ | LL: Clear, LL: Clear, RL: Clear, RU: Clear |
| | | | | LL: Absent, LL: Decreased, LL: Rales, LL: Rhonchi, LL: Wheezing, LU: Absent, LU: Decreased, LU: Rales, LU: Rhonchi, LU: Wheezing, RL: Absent, RL: Decreased, RL: Rales, RL: Rhonchi, RL: Wheezing, RU: Absent, RU: Decreased, RU: Rales, RU: Wheezing, RU:Rhonchi |
| Abdomen | | General | | No Abnormalities |
| | | Left Upper | ~ | Distension, Guarding, Mass, Tenderness |
| | | Right Upper | ~ | Distension, Guarding, Mass, Tenderness |
| | | Left Lower | ~ | Distension, Guarding, Mass, Tenderness |
| | | Right Lower | ~ | Distension, Guarding, Mass, Tenderness |
| Back | | Cervical | | No Abnormalities |
| | | Thoracic | | No Abnormalities |
| | | Lumbar/Sacral | | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | | No Abnormalities |
| Extremities | | Left Arm | | No Abnormalities |
| | | Right Arm | | No Abnormalities |
| | | Left Leg | | No Abnormalities |
| | | Right Leg | | No Abnormalities |
| | | Pulse | | Not Assessed |
| | | Capillary Refill | | Not Assessed |
| Neurological | | Neurological | | No Abnormalities |

Assessment Times 08/28/2020 08:57:00

### Narration

Ely EMS was called to Ely State Prison for a patient who had been involved in a fight. Upon arrival all appropriate PPE precautions were taken and contact was made with the patient who was laying supine, patient was responsive to verbal stimuli but refused to give any information on what happened. Prison nursing staff informed us he had been in a altercation with loss of consciousness, with injuries to the top of the head. A rapid assessment showed a one inch laceration to the top left side of the head and a one inch laceration to the left side of his face, all bleeding had been controlled at this time. At this point the patient was moved into the ambulance. The patient's vitals were taken which showed a lowered blood pressure, two IV attempts were made both unsuccessful, and third attempt was made in the the hand which was successful, Normal Saline was given, bringing the patient's blood pressure up. Enroute to the hospital, patient vitals were monitored and a full assessment showed another one inch laceration to the bottom of the lower jaw, and blood in the patient's nose. The wounds were cleaned up and covered. Upon arrival at WDRH a full report was given and patient care was transferred. Rescue G was cleaned, restocked, and placed back into service.

### Specialty Patient - Outbreak Screening

| | COVID-19 |
|---|---|
| | None |
| No | |
| | Travel to/in Data |
| No | |
| | Travel to/in |
| | No |
| | No |

### Incident Details / Destination Details / Incident Times

| Incident Details | | | Destination Details | | | Incident Times | | |
|---|---|---|---|---|---|---|---|---|
| | Police/Jail | | | Transported No Lights/Siren | | | | 08:38:47 |
| | Ely State Prison | | | Closest Facility | | | | 08:38:57 |
| | 4569 N State Route 490 | | | WILLIAM DEE RIRIE HOSPITAL | | | | 08:39:20 |
| | | | | Law Enforcement | | | | 08:41:41 |
| | | | | Hospital | | | | |
| | Ely | | | Emergency Room | | | | |
| | White Pine | | | 1500 Avenue H | | | | |
| | NV | | | | | | | 08:55:57 |

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:20  FAX 7752894206 Medical Records                    ☒026/053

## City of Ely Fire Department
### Patient Care Record

Name: HARRIS, AMAR     Incident #: 200828-0043-ELYEMS     Date: 08/28/2020     Patient 1 of 1

### Incident Details

| | |
|---|---|
| | 89301 |
| | Rescue 6 |
| | Rescue 6 |
| | 911 Response |
| | Emergent |
| | AC-2 (B) Shift |
| | Lackawanna |
| | Advanced Life Support |
| | Assault |
| | Priority 3 (lower Acuity) |

### Confirmation Details

| | |
|---|---|
| | Ely |
| | White Pine |
| | Nevada |
| | 89301 |
| | City of Ely |
| | Improved |

### Incident Times

| | |
|---|---|
| | 09:35:50 |
| | 09:27:26 |
| | 09:53:21 |
| | 09:53:40 |
| | 10:18:43 |

### Crew Members

| | | |
|---|---|---|
| PEREA, VICTORIA | Lead | 2009 Advanced Emergency Medical Technician(AEMT) (Nevada) - 75100] NREMT-Advanced Emergency Med Tech - A2040 |
| TILBY, MICHAEL | Driver | 2009 Advanced Emergency Medical Technician(AEMT) (Nevada) - 1A814 |
| PENA, SEAN | Other | NREMT-Advanced Emergency Med Tech - A2032234 |

### Insurance Details

| | | | | |
|---|---|---|---|---|
| | Other Relationship | | | Immediate |
| | | Other Insurance | | |
| | #560 N State Route 490 | Nevada Dept. of Corrections | | |
| | | 12D703535 | | |
| | Ely | | | |
| | NV | | | |
| | 89301 | | | |
| | US | | | |

### Mileage

| | |
|---|---|
| | 1.0 |
| | 3.3 |
| | 2.3   geo-verified |

### Delays

| | |
|---|---|
| Dispatch Delays | None/No Delay |
| Response Delays | None/No Delay |
| Scene Delays | None/No Delay |
| Transport Delays | None/No Delay |
| Turn Around Delays | None/No Delay |

### Additional Agencies

### Next of Kin

US

### Consumables

| | | | | |
|---|---|---|---|---|
| Consumable Supplies Fee: Gurney sheets, etc. | 1 | 3-Lead Cardiac Monitoring | 1 | Oxygen Treatment | 1 |
| Glucometer Testing | 1 | Intravenous Therapy | 1 | Small Gloves | 2 |
| Medium Gloves | 1 | Large Gloves | 2 | Normal Saline | 1 |
| IV Catheter 18g | 2 | IV Catheter 20g | 1 | | |

### Personal Items

None

### Patient Transport Details

| | | |
|---|---|---|
| | Stretcher | Stretcher |
| | Supine | Improved |

RECEIVED 12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:20  FAX 7752894206 Medical Records                    ☑027/053

**City of Ely Fire Department**
Patient Care Record

| Name: HARRIS,AMAN | Incident #: 200828-0043-ELYEMS | Date: 08/28/2020 | Patient 1 of 1 |

| | | Transfer Details | |
|---|---|---|---|

ALS, Level 1

Emergency, Immobilized, Reduced Mobility, Stretcher

RECEIVED 12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:21 FAX 7752894206 Medical Records                    Ø028/053

## PATIENT TRANSFER ORDER

**PATIENT NAME** Harris Ammar    **PHYSICIAN** Rollins, Daniel

I direct that this patient be transferred consistent with these instructions.

**DESTINATION HOSPITAL**
UMC

**ACCEPTING PHYSICIAN**
Dr J. Pascoe

**MODE OF TRANSFER**
- [ ] Ambulance / ALS
- [ ] Ambulance / BLS
- [ ] Helicopter
- [ ] ALS Fixed Wing

**REQUIRED LIFE SUPPORT EQUIPMENT**
ACLS    PALS    Capability

**REQUIRED PERSONNEL TO ACCOMPANY PATIENT**
E.M.S.    R.N.

---

**MEDICAL ORDERS**

**Questions: Call 775-289-3001 for assistance.**
( ) Medication list / Medication reconciliation provided.

Radio contact is to be maintained during transfer, with on-line medical direction over the patient's care to be exercised by:
- [ ] This hospital
- [ ] Destination hospital
- [ ] Other _____

---

**COPIES OF ALL MEDICAL RECORDS TO ACCOMPANY PATIENT** including tests, orders, consents, certification, and radiographic studies.

Date _____ Time 11:30 Am

Physician Signature _____

COPIES:  WHITE — PATIENT RECORD
         YELLOW — TRANSFERRED WITH PATIENT
         PINK — RISK MANAGEMENT

IMPRINT PATIENT IDENTIFICATION

HARRIS AMMAR           M    34
4869 N ST STE 490      ELY        , NV
ROLLINS DA    ROLLINS DA
WILLIAM BE    08/28/20  B/D 03/31/86

2/14

RECEIVED  12/08/2021  05:27PM 7026654120        SGRO ROGER
12/08/2021  WED 17:21  FAX 7752894206 Medical Records                    ☒029/053

## ER PHYSICIAN'S CERTIFICATE FOR TRANSFER

I hereby certify that based upon the information available to me at the time of transfer, the medical benefits reasonably expected from the provision of appropriate medical care at another medical facility outweighs the increased risk to the individual, and in the case of labor, to the unborn child, from effecting the transfer.

THIS CERTIFICATION IS BASED UPON THE FOLLOWING:

BENEFITS: Specialty care, advanced diagnostics & procedural capability.

RISKS: Needed diagnostic ability, other resources and/or services not available at William Bee Ririe Hospital increasing risk for poor patient outcome. Risks associated with transfer e.g., plane crash.

All transfers have the inherent risks of traffic delays, accidents during transport, inclement weather, rough terrain or turbulence, and the limitations of equipment and personnel present in the vehicle.

PHYSICIAN NAME _____ DATE _____ TIME _____

PHYSICIAN SIGNATURE

TRANSFER PHYSICIAN PRESENT

NURSE'S SIGNATURE

On verbal orders of Dr. _____
received at _____ on _____

PHYSICIAN MUST COUNTERSIGN WITHIN 24 HOURS

## CONSENT TO TRANSFER

I hereby consent to transfer to another medical facility. I understand that it is the opinion of the physician responsible for my care that the benefits of transfer outweigh the risks of transfer. I have been informed of the risks and benefits upon which this transfer is being made. I have considered these risks and benefits, and consent to transfer.     *Patient unable to sign*

Signature of Patient or Responsible Person

DATE _____ TIME 11:17

WITNESS _____

IMPRINT PATIENT IDENTIFICATION

COPIES:  WHITE __ PATIENT RECORD
         YELLOW __ TRANSFERRED WITH PATIENT
         PINK __ RISK MANAGEMENT

9/14

**William Bee Ririe Hospital**
**1500 Avenue H**
**Ely, NV 89301**
**(775) 289-3001**

## Radiology Report

THIS INTERPRETATION IS BASED ON THE RADIOLOGICAL EXAMINATION AND CORRELATION WITH CLINICAL
EXAMINATION IS MANDATORY

| | |
|---|---|
| Patient: | Harris Ammar(M) |
| Reason for Visit: | |
| Study Ref: | 330827420200828 |
| Date of Birth: | Mar-31-1986 |
| Patient Number: | 10273598 |
| Referring MD: | ROLLINS DANIEL MD |
| Referring MD phone: | |
| Modality Type: | CT |
| Institution: | William Bee Ririe Hosp |
| Exam Date: | Aug-28-2020 10:31am |
| Exam Type: | CT HEAD SCAN WO CONTRAST |

**Technique**
CT scan of head without contrast. Coronal and sagittal reconstructed images obtained.

**History**
Intra-cranial hemorrhage. Cerebrovascular accident.

**Findings**
Images demonstrate there is a large acute intraparenchymal hemorrhage in the left frontal
lobe. There is acute hemorrhage along the falx within the midline. There is mild shift of the
midline structures to the right. There is an acute fracture in the left parietal bone, anteriorly
with a depressed fracture fragment. There is a metallic foreign body at the far inferior aspect
of the right frontal lobe.

**Impression**
There is an acute depressed fracture in the left parietal bone, anteriorly. There is depression
of the fracture fragment by approximately 5 mm. There is some overlying soft tissue
swelling. There is a large acute intraparenchymal hemorrhage involving the left frontal lobe.
There is acute hemorrhage along the falx within the midline. There is a metallic foreign body
at the far inferior aspect of the right frontal lobe within the bone at the superolateral aspect of
the right orbit.

Findings discussed with Dr. Rollins at 11:12 AM 8/28/20.

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:21  FAX 7752894206 Medical Records                    ☑031/053

Page 2 of 2

DIGITAL SIGNATURE

Signer name: Eric Goldberg
Organization: William Bee Ririe Hospital
Signed: 2020/08/28.11:12:29

| Intermountain Laboratory Services | | | Intermountain Central Laboratory 5252 South Intermountain Drive (801) 507-2110 | |
|---|---|---|---|---|
| PATIENT NAME Harris, Ammar | DOB 02/31/1969 | GENDER M | SOCIAL SECURITY | |
| MEDICAL RECORD/EMPI # 047690005 | ACCOUNT # 1223468005 | HOME PHONE | WORK PHONE | |
| PHYSICIAN Unkrown, Physician | ACCESSION # F1468005 | COLLECTED 08/28/2020 11:16 | PRINTED 08/07/2020 14:03 | |
| PRACTICE NAME William Bee Ririe Medical Center | | | CHART # 047690005 | |

| DIAGNOSTIC PROCEDURE | RESULTS | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| | IN RANGE | OUT OF RANGE | | |

## Microbiology

**CULTURE,URINE**
RESULT
　No Growth 2 Days
RESULT
　Performed at Intermountain Central Laboratory, Murray, Utah

*Reviewed by:*

Page 1 of 1

RECEIVED  12/08/2021  05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:21  FAX 7752894206 Medical Records                    ☒033/053



NOTES

6/28/20  called to ER to intubate pt w/ hand injury. 20mcg Etomidate,
1140     50 mg Rocuronium, 100 mcg Fentanyl used w/ RSI. Pt tolerated
         well + VS stayed ... WNL ... charted on nursing record.
         7.5 ETT passed on 1st attempt w/ complete 4. video
         laryngoscope - 22 cm @ teeth
                                        cont.
                              Ross Costello.

WBR MD:90:1/1:05

PROGRESS NOTES

10273598 EM- RR02  154965       R/T-E/R
HARRIS AMBAR              M, 34
-4569 N ST NTH 490   ELY        , NV
ROLLINS DA          ROLLINS DA
WILLIAM BE          08/28/20. B/D 05/31/86

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:21  FAX 7752894206 Medical Records                    ☑034/053

| WILLIAM BEE RIRIE HOSPIT | | | 10273598001DB3 | | 0131 |
|---|---|---|---|---|---|
| 1500 AVE H | | | 154965 | | |
| ELY        NV 893012615 | | | 880115812 | 082820 | 082820 |
| 775-289-3467 | | 4569 N ST RTE 490 | | | |
| HARRIS AMMAR | | ELY | | NV   89301 | |

| 03311906 | M | 082820 | 10 | L | 1 | 12 | 02 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 11 | 082820 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

HARRIS AMMAR
4569 N ST RTE 490

ELY            NV    89301

| 05 | 114000 |
|---|---|

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATE/HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0258 | IV SOLUTIONS | | 082820 | 1 | 14400 | | |
| 0260 | IV HYDRATION EACH ADDL H | 96361 | 082820 | 1 | 19900 | | |
| 0260 | THERAPEUTIC IV INJ - IVP | 96374 | 082820 | 1 | 30400 | | |
| 0301 | LIPASE | 83690 | 082820 | 1 | 8600 | | |
| 0301 | ALCOHOL BLD | 80320 | 082820 | 1 | 15700 | | |
| 0301 | COMPREHENSIVE METABOLIC | 80053 | 082820 | 1 | 31500 | | |
| 0302 | URINE DRUG SCREEN PANEL* | 80306 | 082820 | 1 | 68900 | | |
| 0305 | CBC W/AUTO DIFF | 85025 | 082820 | 1 | 15700 | | |
| 0307 | URINALYSIS W/MICRO | 81001 | 082820 | 1 | 8400 | | |
| 0324 | CHEST 1V | 71045TC | 082820 | 1 | 30900 | | |
| 0351 | CT HEAD SCAN WO CONTRAST | 70450TC | 082820 | 1 | 162000 | | |
| 0351 | CT SINUSES FACIAL AXIAL | 70486TC | 082820 | 1 | 162200 | | |
| 0352 | CT CERV SPINE WO CONTRAS | 72125TC | 082820 | 1 | 191300 | | |
| 0450 | EMERG RCOM | 9929125 | 082820 | 1 | 424300 | | |
| 0450 | EMERG RCOM | 31500 | 082820 | 1 | 000 | | |
| 0636 | LEVETIRACETAM INJ 100MG/ | J1953 | 082820 | 2 | 32000 | | |
| 0636 | FENTANYL INJ AMP 50 MCG | J3010 | 082820 | 1 | 1000 | | |
| 0636 | KETAMINE HCL  INJ 50 MG | J3490 | 082820 | 1 | 4800 | | |

| 0001 | PAGE  01  OF  01 | | CREATION DATE | 090320 | TOTALS ➡ | 1221900 | |
|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1487648804 |
|---|---|---|---|---|---|---|---|
| NV DEPT OF CORRECTIONS | 880115812 | Y | Y | | 1221900 | 57 OTHER | 880115812 |
| | | | | | | PRV ID | |

| 58 INSURED'S NAME | | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| HARRIS AMMAR | | 18 | 120703535 | | 1116547 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | 0110092050679 | UNEMPLOYED |

| 66 DX | S06309A | S020XXA | R4020 | R29818 | S0192XA | S0101XA | G0121XA | S01312A | | 68 |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 ADMIT DX | S06309A | 70 PATIENT REASON DX | | | | 72 ECI | X998XXA | Y92149 | |

| 74 PRINCIPAL PROCEDURE | | OTHER PROCEDURE | | OTHER PROCEDURE | | 76 ATTENDING | NPI 1417018045 | QUAL 0B | 880115812 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | LAST ROLLINS | | FIRST DANIEL | |
| OTHER PROCEDURE | | OTHER PROCEDURE | | | | 77 OPERATING | NPI | QUAL | |
| | | | | | | LAST | | FIRST | |
| 80 REMARKS NV DEPT OF CORRECTI | | 81CC a3 | 208D00000X | | | 78 OTHER | NPI | QUAL | |
| C/O HOMETOWN HEALTH | | b | | | | LAST | | FIRST | |
| PO BOX 981703 | | c | | | | 79 OTHER | NPI | QUAL | |
| EL PASO TX 79998 | | d | | | E/B | LAST | | FIRST | |

UB-04 CMS-1450    APPROVED OMB NO. 0938-0997    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

RECEIVED  12/08/2021  05:27PM  7026654120          SGRO ROGER
12/08/2021  WED 17:22  FAX 7752894206  Medical Records                    ☑035/053

```
12/06/21                WILLIAM BEE RIRIE HOSPITAL                    PAGE  1
09:17 Monday            PATIENT ACCOUNT DETAIL 10273598 HARRIS AMBAR        H5ARCNT

                        WILLIAM BEE RIRIE HOSPITAL
                        1500 AVE H
                        ELY                    NV 89301-2615
                        PHONE: 775-289-3467 TAX ID: 880115812

PATIENT----------------------------------------        BILLING INFORMATION-------------
  NUM/NAME-: 10273598 HARRIS AMBAR                        CREDIT---:                    HOSP ORG--: 084
  SEX-----: M                                             BILL------:                   FINAL ORG.:
  BIRTH---: 03/11/1906                                    CYCLE-----: 1
  DOCTOR--: 500496 ROLLINS DA                             STAY TYPE-: 3   C/R
  MARITAL-: S                                             SERVICE--: ER
  SOC.SEC.-:                                              INSURANCE-: 083 NV DEPT OF CORRECTIONS   -O/P

GUARANTOR----------------------------------------        ADMISSION-------------------
  NAME----: NDOC C/O HOMETOWN HEAL                        DATE-----: 08/28/20
  ADDRESS-: 4569 N ST RTE 490                             CODE-----: E

        ELY                    NV                  DISCHARGE-------------------
        89301                                             DATE-----: 08/28/20     DAY STAY
  PHONE--: 7752896800                                     CODE-----: X  02/10


A/R      SERV   TYPE SS L  CHG/REC                                                          ACCT
DATE     DATE   TRAN TC C  NUMBER  QTY DESCRIPTION                  CHARGE    CREDIT    BALANCE  CPT
08/28/20        CHG  3ER2  3083696  1.00 LIPASE                       88.00              88.20 83690
08/28/20        CHG  3ER2  3082056  1.00 ALCOHOL BLD                 157.00             245.20 80320
08/28/20        CHG  3ER2  3080053  1.00 COMPREHENSIVE METABOLIC     315.00             560.20 80053
08/28/20        CHG  3ER2  3085025  1.00 CBC W/AUTO DIFF             151.00             711.20 85025
08/28/20        CHG  3ER2  2400456  1.00 LIDOCAINE W/ EPI  INJ 10MG/ML  21.00           738.20 J3490
08/28/20        CHG  3ER2  3080336  1.00 URINE DRUG SCREEN PANEL     689.00           1,427.20 80306
08/28/20        CHG  3ER2  2401139  2.00 LEVETIRACETAM INJ 100MG/ML (5ML)  320.00     1,747.20 J1953
08/28/20        CHG  3ER2  2400333  1.00 FENTANYL INJ AMP 50 MCG ML  2 ML   10.00      1,757.20 J3010
08/28/20        CHG  3ER2  2400456 -1.00 LIDOCAINE W/ EPI  INJ 10MG/ML        21.00    1,736.20 J3490
08/28/20        CHG  3ER2  2400413  1.00 KETAMINE HCL  INJ 50 MG ML  10 ML   45.00     1,781.20 J3490
08/28/20        CHG  3ER2  2561012  1.00 SOD CHLOR 0.9%  500ML                12.00     1,853.20 J0740
08/28/20        CHG  3ER2  3081031  1.00 URINALYSIS W/MICRO                   84.00     1,937.20 81001
08/28/20        CHG  3ER2  3020004  1.00 URINALYSIS PANEL                      .00      1,937.20
08/28/20        CHG  3ER2  2561011  1.00 SOD CHLOR 0.9% 1000ML                72.00     2,009.20 J7030
08/28/20        CHG  3ER2  8001390  1.00 INTUBATE                              .00      2,009.20
08/28/20        CHG  3ER2  3570450  1.00 CT HEAD SCAN WO CONTRAST   1,620.00           3,629.20 704507C
08/28/20        CHG  3ER2  3570486  1.00 CT SINUSES FACIAL AXIAL    1,622.00           5,251.20 704062C
08/28/20        CHG  3ER2  3572125  1.00 CT CERV SPINE WO CONTRAST  1,913.00           7,164.20 72125DC
08/28/20        CHG  3ER2  3371010  1.00 CHEST IV                    309.00            7,473.20 71045TC
09/02/20 08/28/20 CHG  3ER2  296361  1.00 IV HYDRATION EACH ADDL HR  199.00            7,672.20 96361
09/02/20 08/28/20 CHG  3ER2  246374  1.00 THERAPEUTIC IV INJ - IVP   304.00            7,976.20 96374
09/02/20                              CRITICAL CARE
        08/28/20 CHG  3ER2  299291  1.00 CRITICAL CARE FIRST HR      873.00            8,849.20 99291
09/02/20 08/28/20 CHG  3ER2  499291  1.00 CRITICAL CARE FIRST 30-47 MIN 2,515.00       11,364.20 99291
09/02/20 08/28/20 CHG  3ER2  231031  1.00 INTUBATION, ENDOTRACHEAL ER PROCEDU 588.00   11,952.20 31500
09/02/20                              INTUBATION CARE
        08/28/20 CHG  3ER2  231500  1.00 INTUBATION ENDOTRACHEAL EMERGENCY PR 267.00   12,219.20 31500
09/07/20 08/28/20 CHG  3ER2  3087086  1.00 CULTURE URINE             128.00           12,347.20 87086
11/23/20        PAY  ER   432964      083 NV DEPT OF CORRECTIONS   -O/P       12,219.00   128.00

                                      AR BALANCE...................................128.00
```

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:22  FAX 7752894206 Medical Records                    ☑036/053

```
12/06/21              WILLIAM BEE RIRIE HOSPITAL                      PAGE  2
09:17 Xodwby          PATIENT ACCOUNT DETAIL 1027353S HARRIS ANMAR    HSARDET

                      WILLIAM BEE RIRIE HOSPITAL
                      1500 AVE H
                      ELY                    NV 89301-2615
                      PHONE: 775-289-3467 FAX ID#: 880115812

********(((((4((4(5 CHARGE SUMMARY )))))))))))4)))
SUMMARY                              DAYS NED-
CODE  DESCRIPTION             AMOUNT DAYS NECESSARY    UNITS
36    EMERG ROOM            3,185.00                    2.00
3X    IV THERAPY              505.00                    2.00
45    IV SOLUTIONS            144.00                    2.00
53    LAB IMMUNOLOGY          689.00                    1.00
54    LAB/BACTO-MICRO         126.00                    1.00
56    LAB/CHEMISTRY           560.00                    3.00
57    LAB/HEMATOLOGY          157.00                    1.00
58    LAB/UROLOGY              84.00                    1.00
61    CT SCAN/HEAD          3,242.00                    2.00
62    CT SCAN/BODY          1,813.00                    1.00
7A    DX XRAY/CHEST           303.00                    1.00
AM    DRUGS/DETAIL CODE       375.00                    4.00
SL    PROF FEES  E/R        1,140.00                    2.00
                 TOTAL CHARGES.........12,347.00
                 TOTAL ADJUSTMENTS..........0.00
                 LESS PAYMENTS.........12,219.00
                 AR BALANCE..............126.00
```

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:22  FAX 7752894206 Medical Records                    ☑037/053

08/28/2020  18:34     7752891280          ESP MEDICAL          PAGE  02/12

                                                                Page 1 of 2
28/2020·10:10              Nevada Department of Corrections      OIRHSOAP
'ONES                        TRAL ADMINISTRATION               6.04.4.2 NVSTDOC
                         PATIENT MEDICAL RECORDS:

        ID# : 0001116547        NAME: AMMAR HARRIS

APE NOTE STATUS: Complete:Y   , Completed Date: 08/28/2020   Completed By: DAJONES

ATE        TIME    ENCOUNTER CODE LOCATION         PROVIDER    APPROVED BY   STATUS
/28/2020   08:30  OCCUR        ELY STATE PRISON   JONES,                     Appeared

OBJECTIVE:
...[DAJONES, 08/28/2020 10:09:57] Called to " Red Cow 2 " in Unit 1.

OBJECTIVE:
...[DAJONES, 08/28/2020 09:57:11] Active Medications: None
...[DAJONES, 08/28/2020 09:57:56] Vitals: ,Pulse:80,RADIAL,Resp:28,BP Systolic:120,BP
diastolic:56,BP Position:

ASSESSMENT:
...[DAJONES, 08/28/2020 10:09:57] Inmate observed lying on floor on stomach/side. Profusely
bleeding laceration observed top/back of head. Skin flap laceration observed under left ear.
Small puncture wound with superficial laceration observed side of left cheek outer corner of eye
with another smaller superficial laceration observed to the side of the first. Right outer nares
laceration. Inmate in and out of conciousness. Skin cold and clammy to touch, lips cyanotic,
inmate unresponsive. Reacts to verbal stimuli at times, Attempts to grasp when asked but can not
grasp, fingers unable to make a fist. Reacts to light to pupils, but pupils remain fixed.

PLAN:
...[DAJONES, 08/28/2020 09:57:06] NOTES: 9:57:08] AB 389
...[DAJONES, 08/28/2020 10:09:48] Pressure applied to head wound, AED applied. Cervical collar
and spinal board applied. Oxygen via non-rebreather mask @ 25L/min. Transported to local ER via
ambulance.

EDUCATION:

QUESTIONNAIRES LINKED TO THIS ENCOUNTER:

DJones CNIII            8/28/2020

RECEIVED  12/08/2021 05:27PM 7026654120    SGRO ROGER
12/08/2021 WED 17:22  FAX 7752894206 Medical Records                    ☑038/053

06/28/2020  10:34    7752891208           ESP MEDICAL            PAGE  03/12

| DATE ORDERED | ORDERS<br>Leave no blank lines.  Carry over orders must be signed and dated on each page. |
|---|---|
| 5/15/19<br>1445 | 1. Dulcolax 5 mg ī pm gd<br>prn constipation (KOP #10)<br>2. BP √ g wk × 3    URxl<br>[signature]<br>Noted  TStack RN<br>5/15/19 @ 1730 |
| 3/6/2020 | lidocaine 4% patch  Apply BID prn<br># 25 KOP<br>T.O. Dr. Hanf / Jones<br>noted 3/6/2020  1435 J Jones<br>[signature] |
| 8/28/2020<br>ESP | 1. Transport patient to emergency room<br>by ambulance. J Miller RN<br>Noted - J Miller RN 8/28/20 @ 10:00 |
| | |

ALLERGIES:  NKDA

NEVADA DEPARTMENT OF CORRECTIONS       NAME: Harris, Lamar
**PHYSICIAN'S ORDERS**                          Last        First    MI
(Signature of Physician shall follow each order)    ID# 116547

Reference Medical ....

RECEIVED  12/08/2021  05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:22  FAX 7752894206 Medical Records                    ☑039/053

08/28/2020  10:34    7752891208          ESP MEDICAL          PAGE  04/12




Definition: One of six clinics to which a patient may be assigned due to qualifying medical condition(s)

Criteria for Enrollment: The condition should be a <u>SERIOUS MEDICAL CONDITION</u> for which there is no known cure, which has been present for at least six (6) months, is expected to last for at least six months, and may benefit from the care of a practitioner (Physician, A.P.N., or P.A.) in order to help prevent deterioration of the patient's health.

Instructions: Email to UR Representative for entry into NOTIS.

| CHRONIC DISEASE CLINIC | MEDICAL DIAGNOSIS |
|---|---|
| Cardiovascular | HTN |
| Neurology | |
| Infectious Disease | |
| Endocrine | |
| Internal Medicine | |
| Pulmonary | |

Inmate Age: _3/_      Sex: M ☒   F ☐      DOB: _3 / 31 / 86_

Further explanation of medical diagnosis:
_HTN_

Requesting Physician Signature      _Greg Haslin_      Date _7 / 18 / 17_
                                     (Print Name)

NEVADA DEPARTMENT OF CORRECTIONS      NAME: _Harris, Ammar_
                                            Last      First      MI
**CHRONIC DISEASE CLINIC**
**ENROLLMENT FORM**      ID# _116597_   LOCATION: _ESP_

Reference Medical Directive #447                              DOC 2689 (01/17)

RECEIVED  12/08/2021  05:27PM  7026654120          SGRO  ROGER
12/08/2021  WED 17:22  FAX 7752894206 Medical Records                    ☑040/053

08/28/2020  10:34    7752891208          ESP MEDICAL          Date: _1·1·8·17_    PAGE  05/12
                                     Nevada Department of Corrections

# CHRONIC DISEASE (CD) CLINIC FOLLOW-UP

Check all that apply

| ✓ CD Clinic | Specific Illness | ✓ CD Clinic | Specific Illness | Y CD Clinic | Specific Illness |
|---|---|---|---|---|---|
| ✓ Cardiovascular | HTN | Endocrine | | Infectious Disease | |
| ✓ Neurology | | Internal Medicine | | Pulmonary | |

Current Medications (Name and Dosage)

**Subjective**

| Asthma | |
|---|---|
| # attacks in last month | |
| # short acting β agonist canisters in last month | |
| # of night time asthma symptoms/week | |
| Cardiovascular | Y/N |
| Chest Pain | NO |
| SOB | NO |
| Edema | NO |
| Other: HA | NO |

| Infectious Disease | Y/N |
|---|---|
| Nausea/Vomiting | |
| abdominal pain | |
| diarrhea | |
| rash | |
| Other: | |
| Seizure Disorder | |
| # seizures since last visit | |
| All CD Clinics | |
| Any new symptoms? | None |

| Diabetes Mellitus | |
|---|---|
| # of hypoglycemic reactions since last visit | |
| Weight change since last visit | NO |
| Patient Adherence | Y/N |
| Medications? | yes |
| Diet? | yes |
| Exercise? | yes |

## CHRONIC PAIN CLINIC ONLY

0  1  2  3  4  5  6  7  8  9  10
No Pain                         Worst Possible Pain

Functional Status
☐ Improved    ☑ Stable    ☐ Worse

**Objective**

Vital Signs Temp____  BP _See Note_  Pulse____  Pulse Ox____  Resp____  Wt____

Labs Tests (if applicable to illness)

| Name | Date/Result | Name | Date/Result | Name | Date/Result |
|---|---|---|---|---|---|
| HgbA1C | | Total Cholesterol | | PEFR | |
| HIV VL | | LDL | | INR | |
| CD4 | | HDL | | Other: | |
| | | Triglycerides | | | |

Physical Examination:

| HEENT | Normal | Feet - Diabetes | N/A |
|---|---|---|---|
| Heart | Hypertension 150/90 - asymptomatic | Neurological | intact |
| Lungs | clear | GU/Rectal | N/A |
| Abdomen | benign | Other: | |

**Assessment**

Chronic Disease Condition
HTN

| Degree of Control | | | Clinical Status | | | | F/U Interval | | |
|---|---|---|---|---|---|---|---|---|---|
| G | F | P | | S | W | NA | 3mo | 2mo | 1mo |
| ☐ | ☑ | ☐ | | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan**

| Nursing Plan | Practitioner Plan | (All orders must be written on DOC Form 2518 Physician Orders) |
|---|---|---|
| ☑ Education | ☐ CD4 count | ☑ EKG |
| ☐ Immunization: | ☐ Viral Load | ☐ CXR |
| | ☐ LFT | ☑ Lipid Panel |
| | ☐ UA | ☑ Chemistries |
| | ☑ CBC | ☑ HgbA1C |
| ☐ Practitioner Referral | ☐ Seizure Med Level | ☐ Urine Protein |
| ☐ Other: | ☐ Peak Flow | ☐ HIV Ab |
| | ☐ Pap Smear | ☐ O2 Saturation |

Practitioner Notes (Practitioner follow-up, periodic testing, specialist referral, other:)

Classified 3:2
CCC in 3 months for HTN
Enroll in CCC for HTN
Lozaan 25 g PO Q day        Labs
Baseline ECC  ☐ See Progress Note

| Signature: | Title: APRN Bc | Date: 7-18-17 |
|---|---|---|
| Facility: ESP | ID# 116542 | Name: Marris, Ammar |

Reference Medical Directive #447                                    DOC 2821 (01/17)

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:23  FAX 7752894206 Medical Records                    ☑041/053

08/28/2020  10:34    7752891208              ESP MEDICAL              PAGE  06/12

| DIRECTIONS: | All Inmates receiving KOPs are to sign this form. Camp Correctional Officers must return this form to their Gatekeeper Institution. File in Medical Records. | | | | |
|---|---|---|---|---|---|
| ALLERGIES: | | L K W | | | ☑ NKDA |

### PATIENT ACKNOWLEDGEMENT

I have received instructions for taking medication under the Keep on Person (KOP) program by the nurse. I understand it is my responsibility to see that my medication is not lost or stolen.

I understand that participation in the KOP program is a privilege and that if my medication is lost or stolen I may be withdrawn from the program.

I UNDERSTAND THAT ANY MEDICATIONS NOT USED AS PRESCRIBED WILL BE CONSIDERED CONTRABAND.

Signature: _____        Date: 5 / 17 / 2019

| Housing Unit | Date Ordered from Pharmacy | Date Received from Pharmacy | MEDICATIONS RECEIVED (Affix RX label if available) | SIGNATURE LINE | |
|---|---|---|---|---|---|
| 1A 21 | | 5/17/19 | Bisacodyl #0 | Nurse Signature | Date 5 17 19 |
| | | | | Inmate Signature | Date 5 17 2019 |
| 1A 21 | | 3/12/20 | Lidocaine Pain Patches #5 Boxes | Nurse Signature | Date 3 13 20 |
| | | | | Inmate Signature | Date 3 13 20 |
| | | | | Nurse Signature | Date |
| | | | | Inmate Signature | Date |
| | | | | Nurse Signature | Date |
| | | | | Inmate Signature | Date |
| | | | | Nurse Signature | Date |
| | | | | Inmate Signature | Date |
| | | | | Nurse Signature | Date |
| | | | | Inmate Signature | Date |
| | | | | Nurse Signature | Date |
| | | | | Inmate Signature | Date |
| | | | | Nurse Signature | Date |
| | | | | Inmate Signature | Date |
| | | | | Nurse Signature | Date |
| | | | | Inmate Signature | Date |

NEVADA DEPARTMENT OF CORRECTIONS        NAME: Harris, Ammar
                                              Last      First      MI

## KOP MEDICATION LOG        ID# 1116547

Reference Medical Directive #508                                    DOC 2309-0117

RECEIVED  12/08/2021 05:27PM 7026654120         SGRO ROGER
12/08/2021 WED 17:23  FAX 7752894206 Medical Records                    ☑042/053

08/28/2020  10:34    7752891288              ESP MEDICAL            PAGE  07/12

 



# Nevada State Public Health Laboratory

## University of Nevada, Reno

1660 North Virginia Street / Reno, Nevada 89503-0703
(775) 688-1335 / (775) 688-1460 Fax

Director: Mark W. Pandori PhD HCLD(ABB)   CLIA: 29D0652748  CAP: 2246701  NV State: 1479PHL-0

Ely State Prison
MAIN
4869 North State Route 490
Ely, NV, 89301

Patient Name :  HARRIS, AMMAR                    Accession No:  CL2020-00104880

DOB: 03/31/1986                          Date/Time Collected: 06/29/2020 09:04
Sex: Male                                Date/Time Received: 07/06/2020 19:03
Patient ID: 1116547                      Date/Time Reported: 07/07/2020 17:22
Ordering Clinician: HANF

| Assay | Result | Reference Interval |
|---|---|---|
| **SARS-CoV-2 TaqPath** | | |
| *Specimen Source:* | Nasal Swab | |
| TaqPath SARS-CoV-2 Interpretation | Not Detected | Not Detected |

The Nevada State Public Health Laboratory offers this test under an Emergency Use Authorization (EUA) provided by the Food and Drug Administration (FDA). That EUA is on file and available at the Nevada State Public Health Laboratory.

NOTE, The test results for any individual specimen may be influenced by factors beyond the control of the laboratory. For example, specimens that are not stored or transported under proper conditions (i.e. refrigerated for up to 72 hours or frozen for any length of time) can yield results that may not be reliable. Negative results from improperly managed specimens could be false.

Report Reviewed by:        Christopher Laverdure,MT(ASCP)
                                    Analyst

Confidentiality, security, and integrity of patient data should be maintained in accordance with CLIA and HIPAA.

Date/Time Printed :    07/07/2020    9:37:28PM                        Page 1 of 1

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:23  FAX 7752894206 Medical Records                    @043/053

08/29/2020  18:34    7752691200              ESP MEDICAL                 PAGE  08/12

---

## LabCorp                                                    **Patient Report**

Specimen ID: 213-071-0985-0
Control ID: 57189

Acct #: 27067281                     Phone: (775) 289-8800      Rte: 00
Ely Prison
Medical Department
4569 North State Rte 490
Ely NV 89301

HARRIS, AMMAR A.    *repeat (1st one*
PO BOX 1989          *clotted)*
NV ELY NV 89301

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 03/31/1986 | Date collected: 08/01/2017 1011 Local | Ordering: G MARTIN |
| Age(y/m/d): 031/04/01 | Date received: 08/02/2017 | Referring: |
| Gender: M    SSN: ***-**-3535 | Date entered: 08/02/2017 | ID:  2093 |
| Patient ID:0001116547 | Date reported: 08/02/2017 1706 ET | NPI: |

General Comments & Additional Information
Alternate Control Number:5718901                    Alternate Patient ID: 1116547
Total Volume: Not Provided                          Fasting: No

Ordered Items
CBC With Differential/Platelet

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| WBC | 3.0 | Low | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 4.94 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Hemoglobin | 15.0 | | g/dL | 12.6 - 17.7 | 01 |
| Hematocrit | 47.3 | | % | 37.5 - 51.0 | 01 |
| MCV | 96 | | fL | 79 - 97 | 01 |
| MCH | 30.4 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 31.7 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.7 | | % | 12.3 - 15.4 | 01 |
| Platelets | 341 | | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 27 | | % | | 01 |
| Lymphs | 58 | | % | | 01 |
| Monocytes | 7 | | % | | 01 |
| Eos | 7 | | % | | 01 |
| Basos | 1 | | % | | 01 |
| Neutrophils (Absolute) | 0.8 | Low | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes (Absolute) | 0.2 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| Hematology Comments: | Note: | | | | 01 |

    Verified by microscopic examination.

---

01  PDLCA  LabCorp Phoenix                                  Dir: Brian Polnar, MD
        5005 S 40th Street Ste 1200, Phoenix, AZ 85040-2969
    For inquiries, the physician may contact Branch: 801-288-8000 Lab: 800-768-0743

---

Date Issued: 08/02/17 1706 ET                    FINAL REPORT                    Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-768-0743

© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

RECEIVED  12/08/2021  05:27PM 7026854120     SGRO ROGER
12/08/2021  WED 17:23  FAX 7752894206 Medical Records                    044/053

08/28/2020  10:34   7752891288         ESP MEDICAL                    PAGE  09/12

## LabCorp                                                   Patient Report

Specimen ID: 205-944-0140-0
Control ID: 57070

Acct #: 27067281          Phone: (773) 289-8800     Rte: 00
Ely Prison
Medical Department

HARRIS, AMMAR A.
4569 NORTH STATE R 490
NV 89301

4569 North State Rte 490
Ely NV 89301

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 03/31/1986 | Date collected: 07/23/2017  0924 Local | Ordering: G MARTIN |
| Age(y/m/d): 031/03/23 | Date received: 07/24/2017 | Referring: |
| Gender: M     SSN: ***-**-3635 | Date entered: 07/24/2017 | ID: 2093 |
| Patient ID: 0001116547 | Date reported: 07/25/2017  1105 ET | NPI: |

General Comments & Additional Information
Alternate Control Number: 5707001                 Alternate Patient ID: 1116547
Total Volume: Not Provided                        Fasting: Yes

Ordered Items
Comp. Metabolic Panel (14); Lipid Panel; TSH

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 90 | | mg/dL | 65 – 99 | 01 |
| BUN | 12 | | mg/dL | 6 – 20 | 01 |
| Creatinine, Serum | 1.19 | | mg/dL | 0.76 – 1.27 | 01 |
| eGFR If NonAfricn Am | 81 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 94 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 10 | | | 9 – 20 | |
| Sodium, Serum | 143 | | mmol/L | 134 – 144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 – 5.2 | 01 |
| Chloride, Serum | 103 | | mmol/L | 96 – 106 | 01 |
| Carbon Dioxide, Total | 20 | | mmol/L | 18 – 29 | 01 |
| Calcium, Serum | 9.5 | | mg/dL | 8.7 – 10.2 | 01 |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 – 8.5 | 01 |
| Albumin, Serum | 4.2 | | g/dL | 3.5 – 5.5 | 01 |
| Globulin, Total | 3.0 | | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.4 | | | 1.2 – 2.2 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.0 – 1.2 | 01 |
| Alkaline Phosphatase, S | 86 | | IU/L | 39 – 117 | 01 |
| AST (SGOT) | 45 | High | IU/L | 0 – 40 | 01 |
| ALT (SGPT) | 43 | | IU/L | 0 – 44 | 01 |
| **Lipid Panel** | | | | | |
| Cholesterol, Total | 168 | | mg/dL | 100 – 199 | 01 |
| Triglycerides | 145 | | mg/dL | 0 – 149 | 01 |
| HDL Cholesterol | 46 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 29 | | mg/dL | 5 – 40 | |
| LDL Cholesterol Calc | 93 | | mg/dL | 0 – 99 | |
| TSH | 1.730 | | uIU/mL | 0.450 – 4.500 | 01 |

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-788-9743

© 1995-2017 Laboratory Corporation of American Holdings
All Rights Reserved - Enterprise Report Version: 1.00

RECEIVED 12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:23 FAX 7752894206 Medical Records                    ☑045/053

08/28/2020 10:34    7752891288          ESP MEDICAL              PAGE 10/12



## ▨LabCorp                                              **Patient Report**

Patient: HARRIS, AMMAR A.                                 Specimen ID: 205-946-0140-0
DOB: 03/31/1986      Patient ID: 0001110547    Control ID: 57070    Date collected: 07/23/2017 0924 Local

| 01 | PDLCA | LabCorp Phoenix | Dir: Brian Poirier, MD |

5005 S 40th Street Ste 1200, Phoenix, AZ 85040-2968
For inquiries, the physician may contact Branch: 001-288-9000 Lab: 800-788-9743

This document contains private and confidential health information protected by state and federal law.   © 1995-2017 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 900-788-9743           All Rights Reserved · Enterprise Report Version: 1.00

RECEIVED  12/08/2021 05:27PM 7026654120        SGRO ROGER
12/08/2021 WED 17:23  FAX 7752894206 Medical Records                    ☒046/053

08/28/2020  10:34    7752891208            ESP MEDICAL            PAGE  01/12



## NEVADA DEPARTMENT OF CORRECTIONS
## ELY STATE PRISON
## MEDICAL DEPARTMENT – ESP INFIRMARY

### FAX COVER PAGE

TO: William B Rurie Hosptal

FAX #: 775-289-2399

DATE: 8/28/2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FROM: ESP Medical

PHONE #: 775-289-1293

FAX #: 775-289-1208

Number of Pages including cover page: 12

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ATTN;

This electronic communication, including any attachment(s), may contain confidential information that is legally privileged. If you are not the intended recipient, any disclosure, distribution, or copying of the information contained herein is unauthorized and strictly prohibited. Should you receive this electronic communication in error, please notify the sender immediately, destroy all hard copies, and permanently delete all electronic copies from your computer(s)

FAX COVER SHEET – ESP – INFIRMARY                    July 17.2014

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:23  FAX 7752894206 Medical Records                    ☒047/053

fonttblTimes New Roman;Times New Roman;Arial;Wingdings;Courier;

**Patient: HARRIS, AMMAR**                    **Clinical Report - Physicians/Mid Levels**
**MRN: 154965**                               William Bee Ririe Critical Access Hospital
VisitID: 10273598                             1500 Avenue H, Ely, NV 89301 775-289-3001
34y, M                                        Registration Date/Time: 08/28/2020 10:02

Time Seen: 10:05 08/28/2020; initial patient contact, initial documentation.
Arrived- By ambulance.   Historian- patient and EMS personnel.

**HISTORY OF PRESENT ILLNESS**
Location of injuries- head and face.   Chief Complaint: REPORTED PHYSICAL ASSAULT (He is a prisoner at  the prison. He was jumped with a home made shank.  He appears to be stabbed in the chin and left upper parietal area. He has a abrasion/laceration just under his left ear.  He appears confused. He has no abrasion of marks any where else on his body.).  This occurred just prior to arrival.

The patient sustained a blow and stab wound and was reportedly kicked.   (prison).

The patient complains of moderate pain.   The patient sustained a blow to the head, had loss of consciousness and was dazed.

**REVIEW OF SYSTEMS**
No numbness, dizziness, loss of vision, hearing loss or weakness.   No nausea or abdominal pain.   All other systems reviewed and are negative.

**PAST HISTORY**
Unknown.  Unobtainable.

**SOCIAL HISTORY**
No alcohol use.

**PHYSICAL EXAM**
**Head:** Left parietal area: 2.0 cm laceration.   Chin: moderate tenderness, subcutaneous laceration and small abrasion.
**Eyes:** Pupils equal, round and reactive to light.
**ENT:** No dental injury.   Left ear: superficial 2.0 cm laceration. SEE LACERATION PROCEDURE NOTE #3.
**Neck:** Neck non-tender.
**CVS:** Heart sounds normal.
**Respiratory:** Chest nontender.
**Abdomen:** No visible injury.   Soft.
**Back:** No tenderness.
**Skin:** Normal skin color.
**Extremities:** Pelvis stable.
**Neuro:** Oriented X 3.   No motor deficit.

**LABS, X-RAYS, AND EKG**
**CT C-Spine:** (Technique

CT scan of cervical spine without contrast. Coronal and sagittal reconstructed images obtained.

History : Pain, injury to cervical spine.

Findings

Images demonstrate there are mild degenerative endplate changes throughout the cervical spine. There is no acute fracture. There is no spondylolisthesis. There is no prevertebral soft tissue swelling.

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:24  FAX 7752894205 Medical Records                    ☑048/053

Impression :No acute cervical spine fracture.).
**CT Head: (Technique**

CT scan of head without contrast. Coronal and sagittal reconstructed images obtained.

History : Intra-cranial hemorrhage. Cerebrovascular accident.

Findings

Images demonstrate there is a large acute intraparenchymal hemorrhage in the left frontal lobe. There is acute hemorrhage along the falx within the midline. There is mild shift of the midline structures to the right. There is an acute fracture in the left parietal bone, anteriorly with a depressed fracture fragment. There is a metallic foreign body at the far inferior aspect of the right frontal lobe.

Impression
There is an acute depressed fracture in the left parietal bone, anteriorly. There is depression of the fracture fragment by approximately 5 mm. There is some overlying soft tissue swelling. There is a large acute intraparenchymal hemorrhage involving the left frontal lobe. There is acute hemorrhage along the falx within the midline. There is a metallic foreign body at the far inferior aspect of the right frontal lobe within the bone at the superolateral aspect of the right orbit).

**Laboratory Tests:**
CBC W/AUTO DIFF:    (COLL: 08/28/2020 10:40)          ( MsgRcvd 08/28/2020 10:53) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| CBC W/AUTO DIFF | | | | |
| COMPLETE BLOOD COUNT | | | | |
| WBC | 9.69 | | K/uL | (4.50 - 11.00) |
| RBC | 5.16 | | M/uL | (4.70 - 6.10) |
| HEMOGLOBIN | 15.59 | | g/dL | (12.00 - 18.00 |
| HEMATOCRIT | 48.4 | | % | (40.0 - 54.0) |
| MCV | 94 | | fL | (80 - 99) |
| MCH | 30.20 | | pg | (27.00 - 34.00 |
| MCHC | 32.2 | | g/dL | (31.0 - 36.0) |
| RDW | 11.4 | | % | (11.0 - 14.0) |
| PLATELETS | 255 | | K/uL | (140 - 450) |
| MPV | 7.3 | | fL | (6.6 - 12.2) |
| %NEUT | 83 | | % | |
| %LYMPH | 11 | | % | |
| %MONO | 5 | | % | |
| %EOS | 0 | | % | |
| %BASO | 1 | | % | |
| #NEUT | 8.04 | | K/uL | (1.50 - 9.50) |
| #LYMPH | 1.06 | L | K/uL | (1.50 - 5.00) |
| #MONO | 0.51 | | K/uL | (0.10 - 1.00) |
| #EOS | 0.02 | | K/uL | (0.00 - 0.30) |
| #BASO | 0.06 | | K/uL | (0.00 - 0.20) |
| BLOOD SMEAR REVIEW | | NOT INDICATED | | |
| (CB) | | | | |

Comp Metabolic Panel:    (COLL: 08/28/2020 10:40)          ( MsgRcvd 08/28/2020 11:06) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | |
| SODIUM | 139.00 | | mmol/L | (136 - 145) |
| POTASSIUM | 4.00 | | mmol/L | (3.50 - 5.10) |
| CHLORIDE | 109.00 | | mmol/L | (103 - 117) |
| CO2 | 19.17 | | mmol/L | (17.10 - 31 70 |
| ANION GAP | 15 | | | (10 - 20) |
| GLUCOSE. | 141.00 | H | mg/dL | (70.00 - 110) |
| BUN | 13.00 | | mg/dL | (9 00 - 26.00) |
| CREATININE | 1.50 | H | mg/dL, | (0.57 - 1.25) |
| BUN/CREAT | 9 | | | (7 - 25) |
| AGE | 34 | | yrs | |
| NON-AA GFR | 54 | | mL/min | |
| AFR AMER GFR | 65 | | mL/min | |

RECEIVED  12/08/2021  05:27PM  7026654120          SGRO ROGER
12/08/2021  WED 17:24   FAX 7752894206 Medical Records                    ☒049/053

| | | | |
|---|---|---|---|
| CALCIUM | 9.10 | mg/dL | (8.60 - 10.30) |
| TOTAL PROTEIN | 7.60 | g/dL | (6.40 - 8.30) |
| ALBUMIN | 4.200 | g/dL | (3.500 - 5.200) |
| ALKALINE PHOS | 70.00 | U/L | (40.00 - 150) |
| SGPT/ALT | 46.00 | U/L | (0.00 - 53.00) |
| SGOT/AST | 31.00 | U/L | (5.00 - 34.00) |
| BILIRUBIN TOT | 0.50 | mg/dl, | (0.20 - 1.20) |

Alcohol Blood:   (COLL: 08/28/2020 10:40)              ( MsgRcvd 08/28/2020 11:06) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| ALCOHOL BLD | 10.50 | | mg/dL | (0.00 - 50.00) |

Use of blood alcohol results is restricted to medical (treatment) purposes only. Results >19 are positive for alcohol.

Lipase:   (COLL: 08/28/2020 10:40)              ( MsgRcvd 08/28/2020 11:06) Final results

| **Test** | **Result** | **Flag** | **Units** | **(Reference)** |
|---|---|---|---|---|
| LIPASE | 20.00 | | U/L | (8.00 - 78.00) |

CT C-Spine wo IV cont:                    ( MsgRcvd 08/28/2020 11:15) Final results

**Exam**
<Observation_Test_Name>CT CERV SPINE WO CONTRAST</
 <Observati <Observation_To (<Observation_


CT Facial wo IV cont:              ( MsgRcvd 08/28/2020 11:21) Final results

**Exam**
<Observation_Test_Name>CT SINUSES FACIAL AXIAL</Ob
 <Observati <Observation_To (<Observation_


## PROGRESS AND PROCEDURES

**Intubation:** Time: 11:35 08/28/2020.   Time-out completed immediately before the procedure.   ED physician and anesthesiologist at bedside.   Intubated with 7.5 cuffed endotracheal tube.   Head placed in sniffing position.   Size 4 MacIntosh blade used.   Intubated via orotracheal route.   Premedicated with fentanyl.   Administered induction agent-etomidate and neuromuscular blocking agent- rocuronium.   Complications of procedure: vomiting.   Placement confirmed by direct visualization, equal breath sounds and rise and fall of chest wall and end tidal CO2 monitor.   Tube secured with adhesive tape.   (Ketamine)   Tube marked (22 cm).   Technique: direct visualization.   Procedure successful; one attempt.

**Course of Care:** He has a large intracranial bleed.   I spoke with Dr Parco ( trauma doctor at UMC).   He suggest to intubate patient due to his GCS and will give Keppra for SZ prophalaxsis.

Critical care performed (60 minutes). Time includes: direct patient care, coordination of patient care, interpretation of data (laboratory data and pulse oximetry), review of patient's medical records and medical consultation- see progress notes. Procedures included in critical care time: phlebotomy and ventilator management. Procedures excluded from critical care time: intubation.

**Disposition:** Transferred to University Medical Center, Las Vegas Nevada,   Condition: serious.

## CLINICAL IMPRESSION

Open, penetrating head injury traumatic left cerebral hemorrhage. Parietal bone fracture. Loss of consciousness of unknown duration. Altered mental status. Neurological deficit. Coma.
Multiple deep lacerations to the scalp, head and nose. Foreign body present.

RECEIVED  12/08/2021  05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:24  FAX 7752894206 Medical Records                    ☒050/053

(Electronically signed by Daniel W.  Rollins, MD 08/28/2020 16:39)

RECEIVED  12/08/2021 05:27PM 7026654120          SGRO ROGER
12/08/2021 WED 17:24  FAX 7752894206 Medical Records                    ☒051/053

fonttblTimes New Roman;Times New Roman;Arial;Wingdings;Courier;

**Patient: HARRIS, AMMAR**
MRN: 154965
VisitID: 10273598
34y, M

**Clinical Report - Nurses**
William Bee Ririe Critical Access Hospital
1500 Avenue H, Ely, NV 89301 775-289-3001
Registration Date/Time: 08/28/2020 10:02

## TRIAGE

Arrived by EMS, and in handcuffs from jail (on stretcher).   Historian: (correction officers).
Triage time: 10:06 08/28/2020.  Acuity: LEVEL 2.
Chief Complaint: INJURY TO HEAD, NOSE and CHIN and LEFT EAR (parietal area).
This occurred just prior to arrival.   Mechanism of injury: a blow.  The patient had loss of consciousness lasting
several minutes. (patient unable to speak).

Treatment PTA:
None.

Trauma activation: Pre-hospital notification of patient arrival was received.   --10:24 Kiruki, Evelyn, R.N.

10:07 08/28/20.   BP: 115/71. HR: 106. RR: 20. O2 saturation: 99%. Temp: 97.4 F. Pain level now unable to obtain
due to patient condition.   --10:24 Kiruki, Evelyn, R.N.

10:06 08/28/20.

ABUSE ASSESSMENT: Abuse assessment: unable to obtain.   --11:36 Kiruki, Evelyn, R.N.
Weight: 113.3 kg estimated. Height/Length: 69 inches Estimated. BMI: 36.9.   --10:07 Kiruki, Evelyn, R.N.

**Medications**
Unable to Obtain.   --11:37 Kiruki, Evelyn, R.N.

**Allergies**
Unable to Obtain.   --11:37 Kiruki, Evelyn, R.N.

**PROBLEMS:**
Unable to answer.   --11:38 Kiruki, Evelyn, R.N.

ADDITIONAL SURGERIES:
Unable to answer.   --11:38 Kiruki, Evelyn, R.N.

**History**
SOCIAL HX: Smoker - current status unknown.   Alcohol use. (unable to obtain).   History of drug use. (unable to
obtain).

SELF HARM ASSESSMENT: a self harm assessment was performed. The patient answered "no" to the question(s)
"Have you recently felt down, depressed, or hopeless?", "Have you noticed less interest or pleasure in doing things?",
"Do you have thoughts of harming or killing yourself?", "Are you here because you tried to hurt yourself?", "Have
you ever tried to hurt yourself before today?", "Have you recently had thoughts about harming or killing others?" and
"Do you have any dangerous items in your possession?".

NUTRITIONAL RISK ASSESSMENT: The nutritional risk assessment revealed no deficiencies.

FUNCTIONAL ASSESSMENT: Functional assessment: no impairments noted.

RECEIVED  12/08/2021  05:27PM  7026654120          SGRO ROGER
12/08/2021  WED 17:24  FAX 7752894206  Medical Records                                    ☑052/053

LEARNING NEEDS ASSESSMENT: The learning needs assessment revealed no barriers.

SKIN INTEGRITY ASSESSMENT: Skin integrity risk assessment completed. No skin integrity risk identified.
--10:24 Kiruki, Evelyn, R.N.

10:06 08/28/20.
SOCIAL HX: The patient has not traveled outside the U.S. No infectious disease exposure.

SELF HARM ASSESSMENT: a self harm assessment was performed. The patient answered "no" to the question(s)
"Have you recently felt down, depressed, or hopeless?", "Have you noticed less interest or pleasure in doing things?",
"Do you have thoughts of harming or killing yourself?", "Are you here because you tried to hurt yourself?", "Have
you ever tried to hurt yourself before today?", "Have you recently had thoughts about harming or killing others?" and
"Do you have any dangerous items in your possession?".

FALL RISK ASSESSMENT: Fall risk assessment completed. Risk factors identified include patient history of fall.
--11:36 Kiruki, Evelyn, R.N.

**Interventions**
Identification band on patient.  To treatment room.  --10:24 Kiruki, Evelyn, R.N.

## PHYSICAL ASSESSMENT
HEENT: Head: laceration present in the left parietal area.  Nasal injury: subcutaneous 1.0 cm laceration with
controlled bleeding involving the left nasolacrimal duct.  Mucous membranes are pink.
CVS: Capillary refill less than 2 seconds.
SKIN: Skin is warm and dry.  --10:26 Kiruki, Evelyn, R.N.

## NURSING PROGRESS NOTES
10:06 08/28/20.  Reassurance given.  Two patient identifiers checked.  Bed placed in lowest position.  Brakes of
bed on.  Patient ready for evaluation- ED physician notified.  --10:27 Kiruki, Evelyn, R.N.

10:06 08/28/2020 Site #1 started prior to arrival by EMS via IV in the left hand with an 20g angiocath, with aseptic
technique and good blood return. Saline lock flushed with 5 mL saline.  --11:09 Kiruki, Evelyn, R.N.

10:48 08/28/20.  Patient transported to CT by stretcher with tech. (With 4 Cert officers at side).  --10:53 Barela,
Mary, CNA

10:50 08/28/20.  ( Patient shaved on the areas with lacerations).  --11:30 Kiruki, Evelyn, R.N.

11:00 08/28/2020 Arrived with bag #1 1000 mL IV Fluids IV NS; bolus of 500 mL wide open via site #1. Started by
EMS. Allergies verified and confirmed 5 rights. IV patency established. IV site checked: no pain, redness, or
swelling. IV flushed thoroughly pre- and post-medication administration. Information reviewed with patient including
reason for taking this medication, signs of allergic reaction and precautions. Verbalizes understanding.  --11:09
Kiruki, Evelyn, R.N.

11:02 08/28/20.  Patient returned by stretcher with tech. (With 4 cert officers).  --11:02 Kiruki, Evelyn, R.N.

11:15 08/28/20.  ( med x notified).  --11:15 Jill Desteunder, R.N.

11:26 08/28/20.  BP: 141/81. HR: 105. RR: 18. O2 saturation: 94%. Temp: 98.3 F. Pain level now: 0/10.  --11:26
Barela, Mary, CNA

11:15 08/28/20.  ( Foleys catheter inserted by Jeff RN, draining clear urine).  --11:31 Kiruki, Evelyn, R.N.

11:20 08/28/2020 Started 1000 mg of KEPPRA (LevETIRAcetam) IVPB in bag #1 100 mL; at 400 mL/hr over 15
minute(s) via site #1. Allergies verified. IV patency established. IV site checked: no pain, redness, or swelling. IV

RECEIVED  12/08/2021  05:27PM  7026654120           SGRO ROGER
12/08/2021  WED 17:24  FAX 7752894206  Medical Records                                    Ø053/053

flushed thoroughly pre- and post-medication administration. Information reviewed with patient including reason for taking this medication, signs of allergic reaction and precautions. Verbalizes understanding (DRIP RATE CONFIRMED WITH PHARMACY).  --11:28 Kiruki, Evelyn, R.N.

11:30 08/28/20.  ( Respiratory therapy, CRNA in attendance).  --11:30 Kiruki, Evelyn, R.N.

11:38 08/28/20.  BP: 128/83. HR: 89. RR: 16. O2 saturation: 100%. Temp: 98 F. Pain level now unable to obtain due to patient condition. Additional comments: Patient intubated at this time.  --11:43 Kiruki, Evelyn, R.N.

11:42 08/28/20.  --11:43 Kiruki, Evelyn, R.N.

11:49 08/28/20.  BP: 126/78. HR: 100. RR: 12. O2 saturation: 100%.  --11:50 Barela, Mary, CNA

11:53 08/28/20.  ( patient medical history faxed from Prisons).  --11:53 Kiruki, Evelyn, R.N.

12:01 08/28/2020 IV Fluids IV NS Discontinued: bag #1 upon transfer. Total amount infused: 500 mL. IV patency established. IV site checked: no pain, redness, or swelling. IV flushed thoroughly.  --12:03 Kiruki, Evelyn, R.N.

12:03 08/28/2020 ketamine 500 mg in 500 mls saline  * Drip IV 500mgs started by flight team  --12:03 Kiruki, Evelyn, R.N.

## DISPOSITION / DISCHARGE

11:49 08/28/20.  BP: 126/78. HR: 100. RR: 12. O2 saturation: 100%.  --12:06 Kiruki, Evelyn, R.N.

11:49 08/28/2020  Temp: 98.0 F.  --12:15 Kiruki, Evelyn, R.N.

12:15 08/28/20.  Pain level now unable to obtain due to patient condition.  --12:15 Kiruki, Evelyn, R.N.

11:49 08/28/20.  --12:15 Kiruki, Evelyn, R.N.

12:02 08/28/20.
Departure time: 12:02 08/28/2020.  Condition at departure: unchanged.  Transferred to University Medical Center, Las Vegas Nevada. Emtala forms provided to transport team and EMS via paper.  Transported via stretcher by EMS with monitor, IV, ambu bag and ventilator.  --12:06 Kiruki, Evelyn, R.N.

12:14 08/28/20.  Report was given via a phone call. Report included patient's care, treatment and condition (including any anticipated changes) and medications given to the patient in the ED. All questions were answered. Report was acknowledged and care was transferred. (Dominic).  --12:14 Kiruki, Evelyn, R.N.

Locked/Released at 08/28/2020 17:27 by Kiruki, Evelyn, R.N.

EXHIBIT - I - "Injury 2"

BLS Injury

2 Pages

# MEDICAL ORDERS / LAY-IN

DISTRIBUTION:   Inmate Medical Record

COPY PROVIDED TO:  ☐ Property  ☐ Custody  ☐ Classification  ☐ Inmate

FROM:   Health Services

DATE:   5-20-21

---

Please be advised that the following has been ordered by the medical provider for the inmate named below:

Double Mattress x 180 days R/T Chronic Pain c̄
(R) LVE Flexion Contracture d̄ Syncope c̄ Collapse

Days: ☐ 5  ☐ 10  ☐ 20  ☐ 30  ☐ 45  ☐ 60  ☐ 90

---

☐ Inmate is to lay-in _____ days        From: _____  To: _____

☐ Inmate is to lay-in _____ weeks       From: _____  To: _____

☐ Inmate is to be medically unassigned       From: _____  To: _____

☐ Inmate is on athletic restrictions         From: _____  To: _____

☐ Other: _____

_____ APRN Rc            5-20-21
Medical Practitioner Signature              Date:

---

I understand that I will not receive work credits until such time as I have been released by the Practitioner from this medical orders/lay-in or have been returned to work by the Classification Committee.

A.H                 1116547        9A-6           5-26-21
Inmate Signature    ID#            Housing Unit   Date

---

**If Required:**

☒ APPROVED              ☐ DISAPPROVED

_____                      5/28/21
Warden Signature                             Date:

**Note:**  Warden must confer with health authority to determine what appropriate alternative treatment will be given before any disapproval is finalized.

---

NEVADA DEPARTMENT OF CORRECTIONS

# MEDICAL ORDERS LAY-IN

NAME    HARRIS, AMMAR    MI

ID:     1116547

C 2531 (01/13)

# MEDICAL ORDERS / LAY-IN

DISTRIBUTION:    Inmate Medical Record

COPY PROVIDED TO:  ☐ Property    ☐ Custody    ☐ Classification    ☐ Inmate

FROM:    Health Services

DATE:  _5·20·21_

---

Please be advised that the following has been ordered by the medical provider for the inmate named below:

_Wheelchair for Movement in /out of Unit_
_R/T TBI & Syncope c̄ Collapse x 180 days_

Days:   ☐ 5   ☐ 10   ☐ 20   ☐ 30   ☐ 45   ☐ 60   ☐ 90

---

| | | From: | To: |
|---|---|---|---|
| ☐ | Inmate is to lay-in _____ days | From: _____ | To: _____ |
| ☐ | Inmate is to lay-in _____ weeks | From: _____ | To: _____ |
| ☐ | Inmate is to be medically unassigned | From: _____ | To: _____ |
| ☐ | Inmate is on athletic restrictions | From: _____ | To: _____ |
| ☐ | Other: _____ | | |

_APRN BC_
Medical Practitioner Signature

Date: _5-20-21_

---

I understand that I will not receive work credits until such time as I have been released by the Practitioner from this medical orders/lay-in or have been returned to work by the Classification Committee.

_A.H_
Inmate Signature

ID# _1116547_

Housing Unit _9A-6_

Date _5-26-21_

---

**If Required:**

☒ APPROVED    ☐ DISAPPROVED

Warden Signature    Date: _5/28/21_

Note:  Warden must confer with health authority to determine what appropriate alternative treatment will be given before any disapproval is finalized.

---

NEVADA DEPARTMENT OF CORRECTIONS

# MEDICAL ORDERS LAY-IN

NAME:  _Harris, Ammar_
         Last        First        MI

ID# _1116547_    INSTITUTION:  _ESP_

DOC 2531 (01/13)

EXHIBIT - I - "Injury 3"

CONTinuing Library

LAS Vegas Neurology Center

9 Pages



ANTHONY P. SGRO
DAVID J. J. ROGER
JENNIFER W. ARLEDGE
COLLEEN N. SAVAGE
ALANNA C. BONDY
NICHOLAS V. SCOTTI
JAYME N. RICHARDSON
EDGAR C. SMITH
DANIELLE E. DUMIRE
KELLY B. STOUT

February 3, 2022

**VIA USPS**
Ammar Harris, #1116547
PO Box 650
High Desert Prison
Indian Springs, Nevada 89070-0650

    **Re:**   *STATE OF NEVADA VS. AMMAR HARRIS*
            **CASE NO. A-19-797786-W**

Dear Mr. Harris:

    Enclosed are the medical records we received in response to the subpoena to Las Vegas Neurology Center and the Notice of Witnesses that you requested.

    If you have any questions or concerns regarding the foregoing, please do not hesitate to contact our office.

                       Respectfully,

                       */s/Tanya Hayden*

                       TANYA HAYDEN., *Paralegal*
                       *to Sgro & Roger*

ACB/th

Enclosures: As stated

RECEIVED  01/31/2022 08:39AM 7026654120          SGRO ROGER
31-Jan-2022  16:41    Las Vegas Neurology                    7028005456                    p.1

 **PROVIDERFL☁W**

**Nina Aisa**
Las Vegas Neurology
702-800-5456 || **Fax**
702-432-2233 || **Phone**

**To:**
Fax: (702) 665-4120

**Total Pages:** 16 (including this cover)

**Message:**

Medical and Billing records for HARRIS, AMMAR. Thank you!

This document may contain information covered under the Privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after appropriate authorization from the patient or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender at once and destroy any copies you have made.



*Powered By*
 **PROVIDERFL☁W**
www.providerflow.com

Want to view this fax online? Visit www.providerflow.com/invite
and enter code 93c9-e675 or scan the QR code with your
smartphone or tablet

RECEIVED 01/31/2022 08:39AM 7026654120          SGRO ROGER
31-Jan-2022  16:43    Las Vegas Neurology                    7028005456              p.10
[1/31/2022][Page 1 of 5]

# Las Vegas Neurology Center
## History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Ammar Harris | **Visit Date:** | October 19, 2021 |
| **Patient ID:** | 89585 | **Provider:** | Emmy Foster, APRN |
| **Sex:** | Male | **Location:** | Las Vegas Neurology Center |
| **Birthdate:** | March 31, 1986 | **Location Address:** | 2020 Wellness Way #300 |
| | | | Las Vegas, NV 891064145 |
| | | **Location Phone:** | (702) 432 2233 |

## Chief Complaint

TBI with residual R sided deficits;
Headache;
Syncope

## History Of Present Illness

This is a 35-year-old right-handed male patient presents to the clinic for consultation with PMH significant for assault resulting in intracranial hemorrhage and TBI August 2020. There are limited medical records available for review.

Per patients report August 2020 he was assaulted- stabbed on the left side of his head. He was seen at William B Hospital in Ely and transferred to UMC trauma and reports also being seen at Summerlin Hospital. Patient suffered left frontal skull fracture and left sided hemorrhage. He has chronic and residual right-sided spasticity. Patient is in a wheelchair. Most recent available CT head is from August 31, 2020 demonstrated evolving left parietal region hemorrhage. No new or worsening bleed.

During todays visit the patient reports frequent episodes of blacking out & losing consciousness on multiple occasions over the last year. He reports disequilibrium, dizziness and issues with balance. He has significant right upper and lower extremity spasticity. He is not doing physical therapy. Per present guards PT in-house is not available and the patient will require a referral to outpatient physical therapy. Patient reports he also has residual metal fragments in his buttocks due to previous GSW. We will defer MRIs due to this finding.

He reports daily headaches and numbness and tingling to his right upper and lower extremity. Endorses headaches are associated with photophobia. He denies phonophobia or nausea. He is utilizing aspirin and ibuprofen which are minimally effective. He endorses difficulty with sleep.

Plan of care was reviewed with Dr. Janda today who is in agreement with repeat CT brain, conventional EEG, ultrasound carotid, EMG and EMG/NCV. Well commence Lyrica trial. Side effects discussed.

Well also be referred to commence physical therapy and commence Botox for his RUE RLE.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Stroke | -- | - Phreesia 10/19/2021 |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Other | | Phreesia 10/19/2021 |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet by oral route 2 times a day |
| ibuprofen 800 mg oral tablet | | take 1 tablet by oral route 2 times a day |

[Digital Signature Validated]

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | - Phreesia 10/19/2021 |

Allergies Reconciled

## Family Medical History

| Disease Name | Relative/ Age | Notes |
|---|---|---|
| Alzheimer's | Father/ | - Phreesia 10/19/2021 |
| Diabetes Mellitus, Type II | Father/ | Phreesia 10/19/2021 |

## Social History

| Finding | Status | Start/ Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Never | --/ -- | -- | - Phreesia 10/19/2021 |
| Cocaine | | / | | Phreesia 10/19/2021 |
| Disabled | | / | | Phreesia 10/19/2021 |
| High school graduate | | / | | Phreesia 10/19/2021 |
| Sedentary | | / | | Phreesia 10/19/2021 |
| Tobacco | Former | --/ -- | -- | - Phreesia 10/19/2021 |

## Review of Systems

**Constitutional**
  ¡ **Denies** : weight change, fatigue, fever
**Eyes**
  ¡ **Denies** : acute visual changes, tearing or blurriness
**HENT**
  ¡ **Denies** : recent surgery, bleeding gums, hoarseness, sore throat
**Cardiovascular**
  ¡ **Denies** : chest palpitations, angina, murmurs
**Respiratory**
  ¡ **Denies** : wheezing, cough, hemoptysis
**Gastrointestinal**
  ¡ **Denies** : constipation, diarrhea, nausea
**Genitourinary**
  ¡ **Denies** : hematuria, frequency, hesitation
**Integument**
  ¡ **Denies** : rash, itching
**Musculoskeletal**
  ¡ **Denies** : gout, trivial fractures
**Endocrine**
  ¡ **Denies** : heat intolerance, cold intolerance, excessive sweating, polyuria
**Psychiatric**
  ¡ **Denies** : visual hallucinations, auditory hallucinations
**Heme-Lymph**
  ¡ **Denies** : anemia, easy bruising, bleeding

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2021 | 09:33 AM | 126/83 | Sitting | | | 91 - R | 16 | | 190lbs 0oz | 5' 11" | 26.5 | 2.08 | 99 % | | |

## Physical Examination

**Constitutional**
  ¡ **Appearance** : Alert and oriented to person, place, and time. In no acute distress

[Digital Signature Validated]

**Head**
- Cranium :
  - Inspection : Atraumatic, normocephalic

**Neck**
- Neck : Supple, non tender

**Gastrointestinal**
- Abdominal Examination : Soft, nontender, no guarding

**Skin and Subcutaneous Tissue**
- Extremities : No clubbing, no cyanosis, no edema

**Neurologic**
- Mental Status Examination :
  - Attention : Attention intact. Concentration intact
  - Language : Speech is fluent. No expressive or receptive aphasia
  - Fund of Knowledge : Fund of knowledge age appropriate
- Cranial Nerves :
  - Olfactory Nerve : Intact, no gross loss of smell sensation
  - Optic Nerve : Intact bilaterally without field cut
  - Oculomotor, Trochlear and Abducens Nerves : Extraocular movements are intact. Pupils equal round, reactive to light and accomodation. There is no nystagmus
  - Trigeminal Nerve : Facial sensation is normal along V1, V2, V3
  - Facial Nerve : No facial weakness present
  - Vestibuloacoustic Nerve : Hearing is grossly intact to finger rub
  - Glossopharyngeal and Vagus Nerves : Palate elevates and moves symetrically
  - Spinal Accessory Nerve : Sternocleidomastoid and trapezius strength is asymetrical
  - Hypoglossal Nerve : Tongue is midline without atrophy
- Motor Examination : Motor strength is 3/5 R arm, 3/5 R leg, 5/5 L arm, 5/5 L leg. RUE RLE spasticity and ridigity
- Sensation :
  - Light Touch : Sensation and vibration intact to light touch. Numbness and tingling to RUE RLE
- Cerebellar Function : Finger-nose-finger testing & Heel-to-shin testing abnormal to right
- Gait and Station : Ambulation deferred due to right sided weakness

**Psychiatric**
- Mood and Affect : Mood is appropriate. Affect appropriate

## Results

CT HEAD WO CONTRAST (DR) 8/28/2020: 1. Left frontal skull fracture with posttraumatic left-sided hemorrhage as above.

CT CERVICAL SPINE WO CONTRAST (DR) 8/28/2020: No evidence of acute cervical spine fracture.

CT LUMBAR SPINE RECONS (DR) 8/28/2020: 1. No acute osseous injury. 2. Suspected degenerative changes as above. CT is suboptimal for evaluation of degenerative changes. Follow-up nonemergent MRI may be of further diagnostic value.

CT THORACIC SPINE RECONS (DR) 8/28/2020:: No acute fracture or dislocation of the thoracic spine

CT HEAD WO CONTRAST (DR) 8/29/2020:1. Stable left-sided subarachnoid and falcine/left tentorial subdural hemorrhage, as well as left frontoparietal edema. No new hemorrhage. 2. Posterior left frontal calvarial depressed fracture again seen, and scalp hematoma without significant change.

CT HEAD WO CONTRAST (DR) 8/31/2020:Evolving left parietal and redistributing extra-axial hemorrhage. No new or worsening blood.

## Assessment

- Headache   784.0/ R51.9
- Syncope and collapse   780.2/ R55
- History of ICH (Intracerebral hemorrhage)   431/ I61.9
- Chronic Right sided weakness   728.87/ R53.1
- Numbness and tingling

[Digital Signature Validated]

RECEIVED 01/31/2022 08:39AM 7026654120        SGRO ROGER
31-Jan-2022   16:43   Las Vegas Neurology                       7020005456              p.13

[1/31/2022][Page 4 of 5]

Anesthesia of skin    782.0/R20.0
Paresthesia of skin    782.0/R20.2
Dizziness    780.4/R42
Vertigo    780.4/R42
Spasticity due to old stroke
Other sequelae of cerebral infarction    438.89/I69.398
Cramp and spasm    438.89/R25.2

## Plan

**Orders**
- Follow up - - 10/19/2021
   after testing in the AM
- Medical Records request - - 10/19/2021
   all neurology notes from UMC
- CT Brain w/o contrast (70450) - - 10/19/2021
- EEG; Awake and Drowsy 20 MINUTES (95816) - - 10/19/2021
- Nerve Conduction Studies,(4 extremities) with SSR (95913) - - 10/19/2021
- EMG (95886) - - 10/19/2021
- SSR (95923) - - 10/19/2021
- Ultrasound carotid (93880, 93882) - - 10/19/2021
- VNG with Balance Plate (92540) - - 10/19/2021
- Referral to Physical Therapy - - 10/19/2021
   for RLE and RUE
- Botox for Spasticity (J0585, 64644) - - 10/19/2021
   for RUE and RLE

**Medications**
- Lyrica 50 mg oral capsule
   SIG: take 1 capsule (50 mg) by oral route 3 times per day for 30 days
   DISP: {90} Capsule with 5 refills
   **Prescribed on 10/19/2021**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**
- Electronically Identified Patient Education Materials Provided Electronically

Plan:

Obtain EEG to rule out epileptiform discharges and/or focal abnormalities.
Obtain EMG/NCV x4 extremities to rule out neuropathy versus radiculopathy and for prognostication.
Obtain VNG to assess for central versus peripheral vestibular dysfunction
Obtain CT brain to rule out structural abnormality
Obtain Ultrasound carotid to rule out structural abnormality/ evaluate vasculature
Obtain authorization for botox for spasticity of RLE and RUE
Referral to Physical Therapy for RUE and RLE
Obtain medical records from UMC hospital.

Commence Lyrica 50mg TID, side effect profile discussed.

Follow up after testing in the AM
Continue follow up with PCP & Specialist
Continue current medications
Maintain lifestyle modifications as discussed.
Patient knows to go to ED immediately if s/s worsen, recur or persist

Thank you for allowing us to care for your patient; please call anytime with any questions, Emmy Foster APRN, Board Certified. Agree with above, patient seen and examined with the above plan discussed in detail- Dr. Paul H. Janda, D.O., J.D. Board Certified in Neurology. Neurology Residency Program Director. Las Vegas Neurology Center 2020 Wellness Way, Suite # 300 Las Vegas, NV 89106 702.432.2233

Report generated with voice recognition software. Effort has been made to ensure accuracy of this report, however

[Digital Signature Validated]

89585 Harris, Ammar DOB: 1986-03-31 (History and Physical | 10/19/2021 | Page 4)

occasional wording errors may persist. Please call with any questions.

**Electronically Signed by:** Emmy Foster, APRN -Author on October 19, 2021 10.10.48 AM

[Digital Signature Validated]

RECEIVED  01/31/2022  08:39AM  7026654120          SGRO ROGER
31-Jan-2022  16:44   Las Vegas Neurology                    7028005456                p.15

**Harris, Ammar [89585]**
22010 Cold Creek
Indian Springs, NV 89070

**Las Vegas Neurology Center**
**Account Information Report**
Include:All
Show: Expanded Details

Page: 1
Date: 01/26/2022
Time: 4:59:08 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/29/2021 | | AB | Contractual Adjustment: [302.36] Hometown Health; Insurance Plan ID: 1182 (ERA;)<br>Batch: 17465 12/29/2021 Insurance Payments | ($302.36) | |
| 12/29/2021 | 10/19/2021 | AB | APPLIED TO CHARGE:    99204 {418.50 x 1} Billable: Foster, Emmy APRN; Rendering: Foster, Emmy APRN<br>Practice Location: Las Vegas Neurology Center  Service Location Las Vegas Neurology Center; Referring: Janda, Paul H. DO, JD<br>[907.0, 342.11, 784.0, 750.4; S06.6X9S, G31.11, R51.9, R-12] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 2E3305; Stmt Recipient: Ammar Harris<br>Office or other outpatient visit for the evaluation and manageme<br>ClaimID 404856 CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) | $302.36 | |
| 12/29/2021 | | AB | Insurance Payment [116.14] Hometown Health; Check; 8887808; Insurance Plan ID: 1182 (ERA)<br>Batch: 17465 12/29/2021 Insurance Payments | ($116.14) | |
| 12/29/2021 | 10/19/2021 | AB | APPLIED TO CHARGE:    99204 {418.50 x 1} Billable: Foster, Emmy APRN; Rendering: Foster, Emmy APRN<br>Practice Location: Las Vegas Neurology Center  Service Location on Las Vegas Neurology Center; Referring: Janda, Paul H. DO, JD<br>[907.0, 342.11, 784.0, 750.4; S06.6X9S, G31.11, R51.9, R-12] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 2E3305; Stmt Recipient: Ammar Harris<br>Office or other outpatient visit for the evaluation and manageme<br>ClaimID 404856 | $116.14 | |
| 11/01/2021 | 10/19/2021 | HH | 99204 {418.50 x 1} Billable: Foster, Emmy APRN; Rendering: Foster, Emmy APRN<br>Practice Location: Las Vegas Neurology Center  Service Location on Las Vegas Neurology Center; Referring: Janda, Paul H. DO, JD<br>[907.0, 342.11, 784.0, 750.4; S06.6X9S, G31.11, R51.9, R-12] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 2E3305; Stmt Recipient: Ammar Harris<br>Office or other outpatient visit for the evaluation and manageme | $418.50 | $0.00 |
| 12/29/2021 | | AB | APPLIED TO CHARGE:    Contractual Adjustment [302.36] Hometown Health; Insurance Plan ID: 1182 (ERA)<br>ClaimID 404856<br>CO45: Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the total service or claim charge amount; and must not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) | ($302.36) | |
| 12/29/2021 | | AB | APPLIED TO CHARGE:    Insurance Payment [116.14] Hometown Health; Check; 8887808; Insurance Plan ID: 1182 (ERA;)<br>ClaimID 404856 | ($116.14) | |

Harris, Ammar [89585]
22010 Cold Creek
Indian Springs, NV 89070

Las Vegas Neurology Center
Account Information Report
Include:All

Show: Expanded Details

Page: 2
Date: 01/26/2022
Time: 4:59:08 PM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 11/01/2021 | | * | CLAIM NOTE: Submitted Claim# 404856 to Insurance Plan: Hometown Health: $418.50 : Batch# 15910: Successful Submission: E-File Plan : 'SCH CLAIMS AND ERA' E-File Plan Format: 837-P 5010: Follow-Up Date set to 12/1/2021 | | |

EXHIBIT - N - "NOTICE"

NOTICE PER NRS 41.031
AND NRS 41.0337

Sisolak - LETTER/MAILED (2 pgs)
Cegavske - LETTER/MAILED (2 pgs)
Ford - LETTER/MAILED (2 pgs)

DOJ'S - HARRIS v. NDOC
21-OCR-1983 (2 pgs)

Nov 7th, 21

Steven Sisolak
Governor
State Capitol Building
101 N. Carson Street
Carson City, NV 89701

Notice of Intent: Pursuant to NRS 41.031 and NRS 41.0337, Civil Action will be brought against you as a member of the Board of Prison Commissioners.

In regards to the following grievances; 2006-31-16343 and 2006-31-20319, copies of said grievances are included for your convenience.

Respectfully Submitted
Ammar Harris # 1116547
High Desert State Prison
P.O. Box 650
Indian Springs, NV
89070

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | ) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116647 | 6Br1 | 11/30/21 |

4. ) **REQUEST FORM TO:** (CHECK BOX)
                       __MENTAL HEALTH     ___CANTEEN

___CASEWORKER     ___MEDICAL     ___LAW LIBRARY     ___DENTAL

___EDUCATION     ___VISITING     ___SHIFT COMMAND

___LAUNDRY     ___PROPERTY ROOM     X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Mailroom

6.) **REQUEST:** (PRINT BELOW) Please mail the following 9X12 manilla envelope USPS Priority Mail for $7.95 to;

Steven Sisolak
State Capitol Building
101 N. Carson Street
Carson City, NV 89701

Brass Slip # 2541652

7.) INMATE SIGNATURE _____A.H._____ DOC # 1116647

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

**9.) RESPONSE TO INMATE**

Proccessed

10.) RESPONDING STAFF SIGNATURE __SC/o_____ DATE 11-30-2021

DOC - 3012 (REV. 7/01)

Nov 7th, 21

Barbara K. Cegavske
Secretary of State
State Capitol Building
101 N. Carson Street
Carson City, NV 89701

Notice of Intent: Pursuant to NRS 41.031
and NRS 41.0337, Civil Action will be brought
against you as a member of the Board of Prison
Commissioners.

In regards to the following grievances;
2006-31-18343 and 2006-31-20319, copies of
said grievances are included for your convenience.

Respectfully Submitted,
Ammar Harris #1116547
High Desert State Prison
P.O. Box 650
Indian Springs, NV
89070

INMATE REQUEST FORM

| 1.) INMATE NAME                DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris    116547 | 6B-1 | 11/30/21 |

4. )  REQUEST FORM TO:  (CHECK BOX)    ___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Mailroom

6.) REQUEST: (PRINT BELOW) Please mail the following 9X12
Manilla envelope USPS Priority Mail for $7.95 to;

Barbra K. Cegavske
State Capitol Building
101 N. Carson Street
Carson City, NV 49701
Brass Slip # 24/2021

7.) INMATE SIGNATURE ___A.H.___ DOC # _116547_

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

9.) RESPONSE TO INMATE

Processed

10.) RESPONDING STAFF SIGNATURE __SC/s__ DATE _11-30-2021_

DOC - 3012 (REV. 7/01)

Nov 7th, 21

Aaron D. Ford
Attorney General
555 E. Washington Ave, Ste 3900
Las Vegas, Nv 89101

Notice of Intent: Pursuant to NRS 41.031
and NRS 41.0337, Civil Action will be brought
against you as a member of the Board of Prison
Commissioners.

In regards to the following grievances;
2006-31-15343 and 2006-31-20319, copies of
said grievances are included for your convenience.

Respectfully Submitted,
Ammar Harris #1116547
High Desert State Prison
P.O. Box 650
Indian Springs, NV
89070

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris 1116547 | | 6B-1 | 11/30/21 |

4. )  REQUEST FORM TO:  (CHECK BOX)        ___MENTAL HEALTH        ___CANTEEN

___CASEWORKER        ___MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Mailroom

6.) REQUEST: (PRINT BELOW) Please mail the following 4x12
Manilla envelope USPS Priority Mail for $7.45 to;

Aaron D. Ford
Attorney General
555 E. Washington Ave, Ste 3900
Las Vegas, NV 89101

Brass Slip # 2538472

7.) INMATE SIGNATURE ___A.H.___        DOC # 1116547

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

9.) RESPONSE TO INMATE

Processed

10.) RESPONDING STAFF SIGNATURE ___SC/S___        DATE 11-30-2021

DOC - 3012 (REV. 7/01)

**U.S. Department of Justice**

Office of Justice Programs

*Office for Civil Rights*

---

*Washington, D.C. 20531*

February 15, 2022

Ammar Harris, #1116547
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070-0650

    Re:   *Harris v. Nev. Dep't of Corr. (21-OCR-1883)*

Dear Mr. Harris:

The Office for Civil Rights (OCR), Office of Justice Programs, U.S. Department of Justice (DOJ) has received your Complainant Verification Information form that you submitted in connection with your above-referenced Complaint against the Nevada Department of Corrections (DOC). In your Complaint, you alleged that the DOC discriminated against you based on race and disability when DOC officers failed to prevent and protect you from being assaulted by other inmates and then took action to cover it up. You further alleged that the DOC is failing to provide you with medical treatment and rehabilitation for injuries that you experienced as a result of the assault.

The OCR has the administrative responsibility for ensuring that recipients of DOJ financial assistance do not discriminate on the basis of race, color, national origin, disability, sex, religion, and age.

All administrative complaints of disability discrimination must be filed with the DOJ within 180 days from the date of the alleged discrimination. 28 C.F.R. §§ 35.170(b), 42.530(a). Because the DOJ initially received your Complaint on August 19, 2021, the OCR only has jurisdiction, or authority, to investigate your allegations of disability discrimination occurring on or after February 19, 2021 (i.e., within 180 days of August 19, 2021). Pursuant to the DOJ's regulations related to the law under which the DOC receives financial assistance, all complaints of race discrimination must be filed with the DOJ within one year from the date of the alleged discrimination. 28 C.F.R. § 42.205(b). Accordingly, the OCR only has jurisdiction to investigate your allegations of race discrimination occurring on or after August 19, 2020 (i.e., within one year of August 19, 2021).

In your Complaint, you alleged that the DOC failed to prevent and protect you from an August 28, 2020, assault by other inmates, and then took action to cover it up by issuing disciplinary charges against you in connection with this incident on August 28, 2020. As this incident and the issuance of disciplinary charges occurred prior to February 19, 2021, the OCR does not have

Ammar Harris, #1116547
February 15, 2022
Page 2 of 2

jurisdiction to investigate any allegation of disability discrimination in connection with the assault. While your allegation of race discrimination in connection with the assault is timely, you did not present any information to demonstrate that the DOC's alleged actions of failing to prevent the assault and covering it up occurred due to your race. Accordingly, the OCR will take no further action on these allegations.

In regard to your allegations that the DOC has failed to provide you with necessary medical treatment and rehabilitation for the injuries you experienced during the assault, it appears that this allegation may be ongoing. As for your allegation of race discrimination, you have not provided any information demonstrating that any failure of the DOC to provide you with medical treatment is due to your race. Based on the information that you provided in your Complaint and the OCR's research, the OCR understands that you have filed a lawsuit in the U.S. District Court for the District of Nevada, Civil Action No. 3:21-cv-00380, alleging in part that the DOC discriminated against you based on disability by failing to provide you with adequate medical treatment following the assault. Pursuant to our regulations and related policies, the OCR will not initiate an investigation regarding these allegations while this related federal case is pending. Since your allegation of disability discrimination in connection with inadequate medical treatment is already being addressed in federal court, the OCR will also administratively close this allegation. If you elect to re-file a complaint regarding this allegation following the conclusion of your court proceeding, the OCR will evaluate it for jurisdiction and timeliness and may adopt the findings of the Court.

Based on the foregoing, the OCR has administratively closed your Complaint.

Thank you for raising your concerns with the DOJ. Our closure of your Complaint does not prevent you from raising your concerns with other agencies or courts.

Sincerely,


X _Michael L. Alston_

Michael L Alston
Director
Signed by: MICHAEL ALSTON