# Exhibit 1 - Grievance 2006-31-18343

GRIEVANCES

A - NDOC Memo
A(1) - Informal
A(2) - Page 1
A(3) - Page 2
A(4) - Murder
A(5) - Sgro
A(6) - Sgro 2
B - NDOC Memo
B(1) - 1st Level
B(2) - Page 1
B(3) - Page 2
B(4) - Page 3
B(5) - Page 4
C - NDOC Memo
C(1) - 1st Level
C(2) - Page 1
C(3) - Page 2
C(4) - Page 3
C(5) - Page 4
D - ESP Memo
D(1) - 2nd Level
E - ESP Memo
E(1) - 1st Level
E(2) - Page 1
E(3) - Page 2
E(4) - Page 3

E(5) - Page 4
E(6) - Murder
E(7) - NDOC Claim
E(8) - NDOC Claim 2
E(9) - NDOC Claim 3
- CORRESPONDENCE -
F - ESP Warden
F(1) - P. Hernandez
F(2) - P. Hernandez
F(3) - Baltierra
F(3)a - Baltierra
F(4) - Baltierra
F(5) - Baltierra
F(6) - Baltierra
F(7) - P. Hernandez
F(8) - P. Hernandez
F(8)a - ESP Warden
F(9) - P. Hernandez
F(10) - P. Hernandez
F(11) - C/o Thomas
F(11)a - C/o Thomas
F(12) - ESP AW Reubart
F(13) - P. Hernandez
F(14) - P. Hernandez
F(15) - Baltierra
F(16) - Baltierra

F(17) - Baltierra
F(18) - ESP AW Drummond
F(18)a - C/o Thomas
F(19) - EBP Warden
F(19)a - ESP Warden
F(20) - Mollet
F(21) - C/o Coulston
F(22) - ESP AW Reubart
F(23) - C/o A. Montes
GRIEVANCES
G - NDOC Memo HDSP
G(1) - Informal
G(2) - Page 1
G(3) - Page 2
G(4) - Murder
H - ESP Memo
H(1) - 2nd Level
H(2) - Declaration
I - NDOC Memo
I(1) - Informal
I(2) - Page 1
I(3) - Page 2
I(4) - Murder
I(5) - Sgro

Mailed 1/7/21



# Nevada Department of Corrections
# Improper Grievance Memo

**TO INMATE:**   _Harris, Ammar      #1116547_          HDSP 6A 21

**FROM:**   _David Drummond, AW – Ely State Prison_

**DATE:**   _____April 6, 2021_____

RE: Improper Grievance #   _2006.31.18343     2nd Rejection_

The attached grievance is being returned to you for the following reason(s):

---

**NOT ACCEPTED - If not accepted do to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.**
- ☐ Non-grievable issues
  - ☐ State and federal court decision
  - ☐ State, federal and local laws and regulations
  - ☐ Parole Board decision
  - ☐ Lacks standing
- ☐ Untimely submission.
- ☐ Inmate elected NOT to sign and date any grievance form.
- ☐ Grievance was granted.
- ☐ Abuse of Inmate Grievance Procedure
  - ☐ A threat of serious bodily injury to a specific individual
  - ☐ Specific claims or incidents previously filed by the same inmate
  - ☐ Obscene, profane and derogatory language
  - ☐ More than one (1) grievance per week, Monday through Sunday
  - ☐ Other specify:

---

**REJECTED - After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level unless specified.** Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.
- ☐ The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.
- ☐ No factual harm/loss noted and/or no remedy requested.
- ☐ More than two (2) continuation forms (DOC 3097) per grievance
- ☐ Alteration of the grievance forms or continuation forms.

- ■ Other specify: *Inmate Harris, Per AR 740 grievance will be submitted correctly. You failed to follow AR 740 by submitting this grievance to the grievance coordinator to be properly be signed and mailed to Ely State Prison. However you must attached an Administrative Claim form when requesting compensation. Re-submit at the informal level with all forms attached.*

---

| _____ | _____ | _____ | _____ |
| Witness Signature | Date | Inmate Signature | Date |

---

cc: Original – Inmate
    Copy - Grievance File



Log Number _2006 3118 343_

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: _Ammar Harris_  I.D. NUMBER: _1116549_

INSTITUTION: _ESP_  UNIT: _1A-21_

GRIEVANT'S STATEMENT: _I was involved in an altercation at Ely_
_State Prison which has left me severely disabled, if it hadn't_
_been for the failure of C/O O. Cole and Reid and following_
_proper procedures by [ ] administration this incident would_
_have never occurred.    See Attachments!_

## SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _WM M_  DATE: _3-14-21_ TIME: _8an_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE:_____ TIME: _____

GRIEVANCE RESPONSE: _____
_Doc 3098_
_____
_____
_____
_____

CASEWORKER SIGNATURE: _____ DATE: _____

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _X_ DATE: _4/6/21_

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |


A(1)

DOC 3091 (12 / 01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris          I.D. NUMBER: 1116547

INSTITUTION: ESP          UNIT #: 1A-21

GRIEVANCE #: _____          GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1    OF 2

Per NDOC Ely State Prison's Offender orientation hand-
book, Maximum Custody: classification of maximum
custody inmates is the designated Status for administrative
or disciplinary segregation or disciplinary detention for
close custody inmates. Maximum custody characteristics
consist of fenced perimeters and gun towers, single
occupancy cells, confinement to a cell except for Schedule
exercise periods, showers, visits, professional interviews,
telephone calls and hearings, Direct Supervision when
inmates are outside of their cells, out of cell activities
are limited to separate and secure areas, Unclothed
Body Searches on inmates Exiting and Returning to
housing Units, movement will be in restraints under
escort, inmates designated as High Risk Potential, inmates
under Sentence of Death, and transportation outside
the institution will be under restraints, under armed

Original:     Attached to Grievance
Pink:         Inmate's Copy



# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris            I.D. NUMBER: 1116549

INSTITUTION: ESP            UNIT #: 1A-21

GRIEVANCE #: _____            GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2    OF 2

escorts may include chase vehicle if designated by the Warden.
Included is the incident report, OIC # 485309, if officer
Cole and Boyd would have simply performed their duties
by conducting an unclothed body search before yard, as
outlined in the Orientation Handbook, I would have never
been injuried. The whole incident was captured on camera.

I would like the following remedies;
* Access to an outside institution for rehabilitation.
* Compensation in the sums of a $1,000,000. For pain/suffering.
* Media credits in the sums of $50,000.
* A delice that stimulates muscle activity. (Biomess)
* A stereo, TV w/ remote control.
* An actual mattress. (Back pains)
* The termination of Cole and Boyd.

Original:    Attached to Grievance
Pink:       Inmate's Copy

A(3)



# State of Nevada
## Department of Corrections
### DISCIPLINARY FORM I
### NOTICE OF CHARGES

## INMATE INFORMATION

**INMATE NAME:** HARRIS, AMMAR 1116547

**CURRENT LOCATION** HDSP-U4-B-1-A; : ;NC

**OIC#:**    485309    **IR#:**   IR-2020-ESP-001727

## VIOLATION INFORMATION

**CHARGING EMPLOYEE** D. Cole

**DATE OF INCIDENT:** 08/28/2020

**DATE CHARGES WRITTEN:**  08/28/2020

## CHARGES AND EVIDENCE

| Chrg | Description | Evidence | Evidence Disposition |
|------|-------------|----------|----------------------|
| MJ16: | Murder | Staff reports | |

## REPORT OF VIOLATION

On August 28, 2020 I Correctional Officer D. Cole was working my assigned post at Ely State prison in Unit 1. At approximately 0830 hours I was letting yard group B (cells 13 through 24) out for small recreation yard time. In the midst of opening the cell doors I noticed inmate Righetti #1177953 was trying to enter inmate Harris? #1116547 cell 1A 21. I immediately tried to close 1A21 to keep the inmate from the attack but Harris forced open the door and squeezed out. . Inmate Blake 81931 exited his cell and grabbed Righetti from behind to hold him. Inmate Maestas #93345 moved from the base of the stair area to join the fight. I verbally announced to Officer Boyd that we had a fight. I told Boyd to call the fight on the portable radio. Boyd took over controls of the doors while I grabbed the 40mm foam baton launcher. I immediately took out the round that was in the launcher and replaced it with a high velocity foam round. The reason I did this was due where the fight was occurring, it was beyond the recommended distance to switch to the high velocity. It was a 2 on 2 fight with weapons. The fight moved to under the stairs. I could see the inmates on the ground and I saw Righetti moving his arm in a stabbing motion. It appeared Righetti had an inmate made stabbing device in his right hand. At this point I yelled verbal commands to stop or I will shoot. The inmates did not obey my verbal orders. I saw I had only one clear shot at inmate Righetti. So I took aim at his lower extremities I then proceeded to take the shot. After the round had landed on the intended target the fight stopped and all inmates complied. I keep the launcher trained on the inmates until other officers responded to give assistance.
End of report

## CHARGING EMPLOYEE SIGNATURE

_____

## SERVICE OF NOTICE OF CHARGES

**DATE OF SERVICE:** _____ **TIME OF SERVICE:** _____

**PRINTED NAME OF HEARING OFFICER** _____

**SIGNATURE OF HEARING OFFICER** _____

**SIGNATURE OF INMATE** _____

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

## SUPERVISOR SIGNATURE

_____

## DISTRIBUTION

Primary Hearing Officer (Original)

Charging employee (Copy)

Inmate (Copy)

A(4)

----------------------------------------------------------



**ANTHONY P. SGRO**
**DAVID J. J. ROGER**
**JENNIFER W. ARLEDGE**
**COLLEEN N. SAVAGE**
**ALANNA C. BONDY**
**NICHOLAS V. SCOTTI**
**MICHAEL R. BRUNET**

March 30, 2021

ELY STATE PRISON

APR - 2 2021

WARDEN'S OFFICE

**VIA USPS**
Nevada Ely State Prison
4569 North State Route
Ely, Nevada 89301

Attn: Warden William Gittere

    **Re:**    *AMMAR HARRIS, High Desert State Prison Inmate # 1116547*

Dear Warden Gittere,

    This office represents Ammar Harris, High Desert State Prison Inmate # 1116547, in two matters pending before the Eighth Judicial District Court, Clark County, Nevada. Mr. Harris has requested that we forward you the enclosed documents on his behalf in an unrelated matter that we do not represent him in.

    Respectfully,

ALANNA BONDY, ESQ.
**SGRO & ROGER**

A(5)

Enclosures: As stated

ACB/bs



$0.710
US POSTAGE
FIRST-CLASS
62S001431753
FROM 89101

ELY STATE PRISON
APR - 2 2021
WARDEN'S OFFICE

Nevada Ely State Prison
4569 N. State Route
Ely, NV 89301
ATTN: Warden William Gittere



SGRO | ROGER
ATTORNEY AT LAW
720 S 7TH ST #300
LAS VEGAS, NV 89101

A(6)

*Mailed 6/14/21*



# Nevada Department of Corrections
# Improper Grievance Memo

TO INMATE:  _____ __Harris, Ammar  #116547__ _____  HDSP 6A 21

FROM:  __David Drummond, AW- Ely State Prison__   4AW *(illegible)*

DATE:  _____ __May 12, 2021__ _____

RE: Improper Grievance #  __2006.31.18343__   __3rd Rejection__

---

The attached grievance is being returned to you for the following reason(s):

---

**NOT ACCEPTED - If not accepted do to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.**

- ☐ Non-grievable issues
  - ☐ State and federal court decision
  - ☐ State, federal and local laws and regulations
  - ☐ Parole Board decision
  - ☐ Lacks standing
- ☐ Untimely submission.
- ☐ Inmate elected NOT to sign and date any grievance form.
- ☐ Grievance was granted.
- ☐ Abuse of Inmate Grievance Procedure
  - ☐ A threat of serious bodily injury to a specific individual
  - ☐ Specific claims or incidents previously filed by the same inmate
  - ☐ Obscene, profane and derogatory language
  - ☐ More than one (1) grievance per week, Monday through Sunday
  - ☐ Other specify:

---

**REJECTED - After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level unless specified.** Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

- ☐ The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.
- ☐ No factual harm/loss noted **and/or** no remedy requested.
- ☐ More than two (2) continuation forms (DOC 3097) per grievance
- ☐ Alteration of the grievance forms or continuation forms
- ☑ Other specify: **Per AR 740 grievance was not submitted properly. The Grievance was not placed directly in the Grievance Box nor signed and dated by the High Desert State Prison Grievance Coordinator. However you failed to attach DOC 3098 1st rejection, 2nd rejection with ALL forms attached. Re-submit properly with the missing forms at the Informal level.**

_____    _____
Witness Signature          Date          Inmate Signature          Date

cc: Original – Inmate

*B*

DOC-3098 (01/19)

2006 2118343

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: _Ammie Harris_____ I.D. NUMBER: _1116049_____

INSTITUTION: ____E.S.P_____ UNIT: ___1921_____

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _____N/A_____ , IN A FORMAL
MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED
FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____A.H._____ DATE: _5-5-21___

WHY DISAGREE: ___It's been more than 45 days. My Informal___
___grievance Has Went unanswered. proceeding with my___
___First level grievance. - Filed informal on 3/14/21___
_____(See Attachment)_____

GRIEVANCE COORDINATOR SIGNATURE:_____ DATE: _5/19/21_

FIRST LEVEL RESPONSE: _____

_____Doc 3075_____

_____ GRIEVANCE UPHELD_____ GRIEVANCE DENIED_____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE:_____TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE:_____ DATE: _5/19/21_

_____ INMATE AGREES_____ INMATE DISAGREES

INMATE SIGNATURE:_____ DATE: _____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE
PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Ely State Prison

 B(1)

MAY 1 1 2021

Grievance Coordinator

DOC 3093 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris    I.D. NUMBER: 1116647

INSTITUTION: ESP    UNIT #: 1A 21

GRIEVANCE #: _____    GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1 OF 4

I was stabbed by another inmate on Aug 28th, 2020
at Ely State Prison, which has left me severely disabled,
at roughly 8:30Am, an inmate stood at my door, and was
attempting to make entry, I refused yard when asked, so
when my door started to open, I instantly decided to get
out the cell, to prevent the inmate from entering, noticed
the inmate had a weapon in hand upon my exiting of the
cell, I alert the officers for aid, but none was given,
I attempted to defend myself to the best of my ability
but was unsuccessful.
(Failure to follow safety procedures)
AR 400, 403, 420, 422, 457, 507, 521.
C/O Cole and/or Boyd didn't perform inmate searches
upon their exiting from cells, wasn't directly supervising,
and opened my cell for me to be attacked, constitutes
deliberate indifference.

Original:    Attached to Grievance
Pink:    Inmate's Copy    Ely State Prison



MAY 11 2021

Grievance Coordinator

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris    I.D. NUMBER: 1116647

INSTITUTION: ESP    UNIT #: 1A21

GRIEVANCE #: _____    GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2 OF 4

( Failure to protect )

C/O Cole and/or Boyd had duties to protect me from harm, which they failed to so by abandoning the policies set forth by NDOC, because of negligence I was stabbed in the brain which has left me with the following, Acquired Aphasia, Hemianopsia, Apraxia, Hemiparesis.

( Failure to supervise )

A.W. Reubart had a duties to train/supervise his subordinates, Fail to establish if staff error or mis conduct was cause, Fail to discipline.

( Failure to supervise )

Warden Gittere had duties to train/supervise his subordinates, Fail to establish if staff error or mis- conduct was cause, Fail to discipline, Fail to review or investigate.

Original:    Attached to Grievance
Pink:    Inmate's Copy

B(3)

Ely State Prison

MAY 11 2021

Grievance Coordinator    DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris                    I.D. NUMBER: 1116547

INSTITUTION: ESP                      UNIT #: 1A 21

GRIEVANCE #: _____    GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 3    OF 4

(Failure to supervise)

Deputy Director (name unknown), had duties to train and supervise his subordinates, fail to establish if staff error or misconduct was cause, Fail to discipline, Fail to review or investigate, Fail to terminate a series of actions by others.

(Failure to supervise)

Director Charles Daniels had duties to train and supervise his subordinates, fail to establish if staff error or misconduct was cause, fail to discipline, fail to review or investigate, fail to terminate a series of actions by others, fail to set a series of actions by others, fail to protect inmates under his care, despite his knowledge they were in danger, because of acts by his subordinates, and didn't take actions that would have protect them.

Original:     Attached to Grievance
Pink:         Inmate's Copy       Ely State Prison

B(4)

MAY 11 2021

Grievance Coordinator

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris           I.D. NUMBER: 1116547

INSTITUTION: EBP             UNIT #: 1A21

GRIEVANCE #: _____        GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 4    OF 4

I would like the following remedies,

* Access to an outside institution for rehabilitation.
* Compensation for pain/suffering, $1,000,000.
* A device that stimulate muscle activity (Bioness)
* Media credits, $50,000.
* Phone credits, $50,000.
* A stereo.
* TV with remote control.
* An actual mattress.
* Termination of C/O Cole and Boyd.

(OIC# 485309)

Original:    Attached to Grievance
Pink:        Inmate's Copy    Ely State Prison

B(5)                    MAY 11 2021

                Grievance Coordinator

                            DOC – 3097 (01/02)



# Nevada Department of Corrections
# Improper Grievance Memo

 ESP

**TO INMATE:** _____Harris, Ammar  #116547_____    HDSP 6A 21

**FROM:** _David Drummond, AW- Ely State Prison_    4AW ☑M

**DATE:** _____May 12, 2021_____

**RE: Improper Grievance #** _2006.31.18343_   3ʳᵈRejection

---

The attached grievance is being returned to you for the following reason(s):

| |
|---|
| **NOT ACCEPTED - If not accepted do to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.**<br>☐　Non-grievable issues<br>　　☐　State and federal court decision<br>　　☐　State, federal and local laws and regulations<br>　　☐　Parole Board decision<br>　　☐　Lacks standing<br>☐　Untimely submission.<br>☐　Inmate elected NOT to sign and date any grievance form.<br>☐　Grievance was granted.<br>☐　Abuse of Inmate Grievance Procedure<br>　　☐　A threat of serious bodily injury to a specific individual<br>　　☐　Specific claims or incidents previously filed by the same inmate<br>　　☐　Obscene, profane and derogatory language<br>　　☐　More than one (1) grievance per week, Monday through Sunday<br>　　☐　Other specify: |
| **REJECTED - After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level unless specified.** Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.<br>☐　The grievance contains more than one (1) appropriate issue.  Only 1 issue is allowed per grievance.<br>☐　No factual harm/loss noted **and/or** no remedy requested.<br>☐　More than two (2) continuation forms (DOC 3097) per grievance<br>☐　Alteration of the grievance forms or continuation forms<br>■　Other specify: **Per AR 740 grievance was not submitted properly. The Grievance was not placed directly in the Grievance Box nor signed and dated by the High Desert State Prison Grievance Coordinator. However you failed to attach DOC 3098 1ˢᵗ rejection, 2ⁿᵈ rejection with ALL forms attached. Re-submit properly with the missing forms at the Informal level.** |

_____ CO3II 8/6/21 _____ AH  8/8/21 8/6/21

Witness Signature　　　　Date　　　　Inmate Signature　　　　Date

cc: Original – Inmate

DOC-3098 (01/19)

2006 3118343

Log Number _____

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: _Ammar Harris_____   I.D. NUMBER: _1116547_

INSTITUTION: _ESP_____   UNIT: _1A21_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER ____N/A____ , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _A.H._____   DATE: _5-5-21_

WHY DISAGREE: _Its been more than 45 days, my informal grievance has went unanswered, proceeding with my First level grievance. - Filed informal on 3/14/21_
_(See Attachment)_

GRIEVANCE COORDINATOR SIGNATURE: _P Hernandez_   DATE: _5/12/21_

FIRST LEVEL RESPONSE: _____

_Doc 3098_

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____   ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE:_____ TITLE: _____ DATE: ____

GRIEVANCE COORDINATOR SIGNATURE: _P Hernandez_   DATE: _5/12/21_

_____ INMATE AGREES _AH_ INMATE DISAGREES

INMATE SIGNATURE: _A.H_____   DATE: _8/7/21_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Ely State Prison



MAY 11 2021

Grievance Coordinator

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris          I.D. NUMBER: 1116547

INSTITUTION: ESP          UNIT #: 1A21

GRIEVANCE #: _____          GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1 OF 4

I was stabbed by another inmate on Aug 28th, 2020 at Ely State Prison, which has left me severely disabled, at roughly 8:30Am, an inmate stood at my door, and was attempting to make entry, I refused yard when asked, so when my door started to open, I instantly decided to get out the cell, to prevent the inmate from entering, noticed the inmate had a weapon in hand upon my exiting of the cell, I alert the officers for aid, but none was given, I attempted to defend myself to the best of my ability but was unsuccessful.

(Failure to follow safety procedures)

AR 400, 403, 420, 422, 457, 507, 521

C/O Cole and/or Boyd didn't perform inmate searches upon their exiting from cells, wasn't directly supervising, and opened my cell for me to be attacked, constitutes deliberate indifference.

Original:     Attached to Grievance
Pink:         Inmate's Copy          Ely State Prison



MAY 1 1 2021

Grievance Coordinator

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris          I.D. NUMBER: 1116547

INSTITUTION: ESP          UNIT #: 1A 21

GRIEVANCE #: _____          GRIEVANCE LEVEL: first level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2 OF 4

( Failure to protect)

C/O Cole and/or Boyd had duties to protect me from harm, which they failed to do by abandoning the policies set forth by NDOC, because of negligence I was stabbed in the brain which has left me with the following, Acquired Aphasia, Hemianopsia, Apraxia, Hemiparesis.

(Failure to supervise)

A.W. Reubart had a duties to train/supervise his subordinates, Fail to establish if staff error or misconduct was cause, Fail to discipline.

( Failure to supervise)

Warden Gittere had duties to train/supervise his subordinates, Fail to establish if staff error or misconduct was cause, Fail to discipline, Fail to review or investigate.

Original:    Attached to Grievance
Pink:        Inmate's Copy

C (3)

Ely State Prison

MAY 1 1 2021

Grievance Coordinator          DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris        I.D. NUMBER: 1116547

INSTITUTION: ESP        UNIT #: 1A 21

GRIEVANCE #: _____        GRIEVANCE LEVEL: first level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 3    OF 4

(Failure to supervise)

Deputy Director (name unknown), had duties to train and supervise his subordinates, fail to establish if staff error or misconduct was cause, fail to discipline, fail to review or investigate, fail to terminate a series of actions by others.

(Failure to supervise)

Director Charles Daniels had duties to train and supervise his subordinates, fail to establish if staff error or misconduct was cause, fail to discipline, fail to review or investigate, fail to terminate a series of actions by others, fail to set a series of actions by others, fail to protect inmates under his care, despite his knowledge they were in danger, because of acts by his subordinates, and didn't take actions that would have protect them.

Original:        Attached to Grievance
Pink:        Inmate's Copy        **Ely State Prison**

C(4)

MAY 1 1 2021

Grievance Coordinator

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris          I.D. NUMBER: 1116547

INSTITUTION: EBP            UNIT #: 1A21

GRIEVANCE #: _____        GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 4    OF 4

I would like the following remedies,

_____

* Access to an outside institution for rehabilitation.
* Compensation for pain/suffering, $1,000,000.
* A device that stimulate muscle activity (Bioness)
* Media credits, $50,000.
* Phone credits, $50,000.
* A stereo.
* TV with remote control.
* An actual mattress.
* Termination of C/o Cole and Boyd.

(OIC# 485309)

Original:    Attached to Grievance
Pink:        Inmate's Copy        Ely State Prison

(5)                             MAY 11 2021

                    Grievance Coordinator

                                          DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
# ELY STATE PRISON

## MEMORANDUM

Date:       August 4, 2021

Inmate: Harris, Ammar      # 1116547      9A 3

FROM:

David Drummond, AW – Ely State Prison

SUBJECT:   **Grievance 2006.31.18343**

_____

This grievance has been rejected 3 times.  Per OP 740 If a grievance has been rejected and returned to the inmate for additional information and this information has not been provided the grievance will be considered abandoned. Your grievance may not be resubmitted and if it is re-submitted, it will be placed in your grievance file without any action.

Note: Missing DOC 3098 forms, Per AR 740 more than 2 continuation forms.


A.H.
_____
Inmate's signature

8/6/21
_____
Date received


P. Hernandez CCSH
_____
Caseworker's signature

8/16/21
_____
Date received

LOG NUMBER: _____

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: _Ammar Harris_    I.D. NUMBER: _1116547_

INSTITUTION: _ESP_    UNIT: _9A-3_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _2006-31-18343_, ON THE
SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION
IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _A.H._    DATE: _8/1/21_

WHY DISAGREE: _I filed an informal on 3/14/21 which went_
_unanswered, proceeded to first level, filed my first level_
_on 5/5/21 which went unanswered, proceeding with_
_my second level - Regarding Fly Altercation_

GRIEVANCE COORDINATOR SIGNATURE: _____    DATE: _8/9/21_

SECOND LEVEL RESPONSE: _____

_Memorandum._

_____ GRIEVANCE UPHELD_____ GRIEVANCE DENIED_____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____    TITLE: _____    DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: _____    DATE: _8/5/21_

INMATE SIGNATURE: _A.H_    DATE: _8/6/21_

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |


D(1)

DOC 3094 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS
# ELY STATE PRISON

## MEMORANDUM

**Date:**     June 4, 2021

Inmate:     Ammar Harris          # 1116547          9A 6

FROM:
David Drummond, AW – Ely State Prison

SUBJECT:     **Grievance 2006.31.18343**

This grievance has been rejected 3 times. Per OP 740 If a grievance has been rejected and returned to the inmate for additional information and this information has not been provided the grievance will be considered abandoned. Your grievance may not be resubmitted and if it is re-submitted, it will be placed in your grievance file without any action.

_____          _____
Inmate's signature                          Date received

_____          _____
Caseworker's signature                     Date received

4th Regent

Log Number 2000:31:18343

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: Ammar Harris          I.D. NUMBER: 1116547

INSTITUTION: HDSP          UNIT: 6A21

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER ___N/A___ , IN A FORMAL
MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED
FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: A. H.          DATE: 5-5-21

WHY DISAGREE: I filed an informal on 3/14/21, its been more
than 45 days, my grievance has went unanswered, I'm
proceeding with my first level grievance.
(see Attachments)

GRIEVANCE COORDINATOR SIGNATURE: _____          DATE: 6/8/21

FIRST LEVEL RESPONSE: Memorandum

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____          TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: _____          DATE: 6/8/21

_____ INMATE AGREES AH _____ INMATE DISAGREES

INMATE SIGNATURE: A.H          DATE: 5/6/21

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE
PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED
JUN 06 2021

E(1)

DOC 3093 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris                I.D. NUMBER: 1116547

INSTITUTION: HDSP                 UNIT #: 6A 21

GRIEVANCE #: _____          GRIEVANCE LEVEL: First Level

GRIEVANT'S STATEMENT CONTINUATION:    PG.  1   OF  4

On Aug 28th, 2020, I was stabbed by another inmate
at Ely State Prison, it has left me severely disabled. At
roughly 8:30AM, c/o cole asked me was I attending
yard, I refused, an inmate stood at my door and was
trying to gain entry into my cell, when my door began
to open, all I could do was try to exit my cell before
the inmate could enter, as I made exit I noticed a
weapon in the inmate's hand, I alerted the officers
to render aid, none was provided, attempted to defend
myself to the best of my abilities, but was unsuccessful.
AR 400, 403, 420, 422, 454, 507, 521
(Failure to follow safety procedures)
C/o Cole / Boyd didn't follow safety protocols that
were in place to prevent this kind of situation from
occurring, inmate searches upon exiting from cells and
opening wrongly my cell door for me to be attacked.

Original:    Attached to Grievance
Pink:        Inmate's Copy

E(2)

RECEIVED
MAY 06 2021

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris                    I.D. NUMBER: 1116547

INSTITUTION: HDSP                     UNIT #: 6A 21

GRIEVANCE #: _____    GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 2    OF 4

( Failure to protect )

C/o Cole / Boyd had duties to protect me from harm,
thay failed to do so by abandoning their responsibilites
set forth by NDOC policies, because of thier negligence
I was stabbed in the brain, which has left me with
the following, Acquired Aphasia, Hemianopsia, Apraxia,
and Hemiparesis.

( Failure to supervise )

A.W. Reubart had duties to train / supervise his sub-
ordinates, fail to establish if staff error or misconduct
was cause, fail to discipline.

( Failure to supervise )

Warden Gittere had duties to train / supervise his sub-
ordinates, fail to review or investigate, fail to establish if
staff error or misconduct was cause, fail to discipline,
fail to protect me from harm.

Original:    Attached to Grievance
Pink:        Inmate's Copy

RECEIVED

MAY 06

E(3)

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammur Harris          I.D. NUMBER: 1116547

INSTITUTION: HDSP          UNIT #: 6A21

GRIEVANCE #: _____          GRIEVANCE LEVEL: First level

GRIEVANT'S STATEMENT CONTINUATION:     PG. 3   OF  4

( Failure to supervise )

Deputy Director (name Unknown) had duties to train
and supervise his subordinates, fail to review or
investigate, fail to establish if staff error or misconduct
was cause, fail to discipline, fail to terminate a series
of actions by others, fail to enforce policies, fail to
protect me from harm.

( Failure to supervise )

Director Daniels had duties to train/ supervise his
subordinates, fail to review or investigate, fail to establish
if staff error or misconduct was cause, fail to discipline,
fail to terminate a series of actions by others, fail to
enforce policies, fail to protect me from harm, despite
his knowledge, they were in danger, because of acts by
his subordinates, and didn't take actions that would have
protected me.

Original:     Attached to Grievance
Pink:         Inmate's Copy

E(4)

RECEIVED

MAY 06 2021

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris    I.D. NUMBER: 1116547

INSTITUTION: HDSP    UNIT #: 6A 21

GRIEVANCE #: _____    GRIEVANCE LEVEL: first level

GRIEVANT'S STATEMENT CONTINUATION:    PG. 4    OF 4

I would like the following remedies,

* Access to an outside institution for rehabilitation.
* $1,000,000 compensation for pain/suffering.
* A device that stimulate muscle activity. (Bioness)
* Media credits, $50,000
* Phone credits, $50,000
* A Stereo
* TV with remote control
* An actual mattress
* Termination of c/o Cole and Boyd

(OIC #485309)

Original:    Attached to Grievance
Pink:    Inmate's Copy

RECEIVED

MAY 06

E(5)



# State of Nevada
## Department of Corrections
### DISCIPLINARY FORM I
### NOTICE OF CHARGES

| INMATE INFORMATION | VIOLATION INFORMATION |
|---|---|

**INMATE NAME:** HARRIS, AMMAR 1116547

**CURRENT LOCATION** HDSP-U4-B-1-A; : ;NC

**OIC#:**   485309   **IR#:**   IR-2020-ESP-001727

**CHARGING EMPLOYEE** D. Cole

**DATE OF INCIDENT:** 08/28/2020

**DATE CHARGES WRITTEN:**  08/28/2020

### CHARGES AND EVIDENCE

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ16: | Murder | Staff reports | |

### REPORT OF VIOLATION

On August 28, 2020 I Correctional Officer D. Cole was working my assigned post at Ely State prison in Unit 1. At approximately 0830 hours I was letting yard group B (cells 13 through 24) out for small recreation yard time. In the midst of opening  the cell doors I noticed inmate Righetti #1177953 was trying to enter inmate Harris? #1116547 cell 1A 21. I immediately tried to close 1A21 to keep the inmate from the attack but Harris forced open the door and squeezed out. . Inmate Blake 81931 exited his cell and grabbed Righetti from behind to hold him. Inmate Maestas #93345 moved from the base of the stair area to join the fight. I verbally announced to Officer Boyd that we had a fight. I told Boyd to call the fight on the portable radio.  Boyd took over controls of the doors while I grabbed the 40mm foam baton launcher. I immediately took out the round that was in the launcher and replaced it with a high velocity foam round. The reason I did this was due where the fight was occurring, it was beyond the recommended distance to switch to the high velocity. It was a 2 on 2 fight with weapons. The fight moved to under the stairs. I could see the inmates on the ground and I saw Righetti moving his arm in a stabbing motion. It appeared Righetti had an inmate made stabbing device in his right hand.  At this point I yelled verbal commands to stop or I will shoot. The inmates did not obey my verbal orders. I saw I had only one clear shot at inmate Righetti. So I took aim at his lower extremities I then proceeded to take the shot. After the round had landed on the intended target the fight stopped and all inmates complied.  I keep the launcher trained on the inmates until other officers responded to give assistance.
End of report

| CHARGING EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| _____ | _____ |

| SERVICE OF NOTICE OF CHARGES | DISTRIBUTION |
|---|---|

**DATE OF SERVICE:** _____ **TIME OF SERVICE:** _____

Primary Hearing Officer (Original)

**PRINTED NAME OF HEARING OFFICER** _____

Charging employee (Copy)

**SIGNATURE OF HEARING OFFICER** _____

**SIGNATURE OF INMATE** _____

Inmate (Copy)

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

E(6)

Report Name: NVRNOC
Reference Name: NOTIS-RPT-OR-0061.3
Run Date:  NOV-16-20 11:46 PM



# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE CLAIM FORM

THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740

DO **NOT** SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR

This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. You may submit additional evidence if available. Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $ 1,000,000 is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) | | 2. I.D. # | 3. INSTITUTION |
|---|---|---|---|
| Ammar Asim Faruq Harris | | 1116547 | ~~ESP~~ HDSP |
| 4. AMOUNT OF CLAIM | 5. DATE AND DAY OF OCCURRENCE | | 6. TIME (a.m. or p.m.) |
| $1,000,000 | 8/28/20 - Friday | | 8:30 Am |
| 7. PLACE OF OCCURRENCE | | | |
| Ely State Prison | | | |

E(7)

DOC 3095 (12/01)

RECEIVED
MAY 06
HDSP

8. Describe here, in complete detail, exactly how your claim loss or damage occurred and  why you believe the institution is responsible or liable:

I was stabbed by another inmate on 8/28/21 at Ely State Prison, C/O Cole asked if I wanted yard at 8:25am, I refused, an inmate stood at my door attempting to enter, C/O Cole started to open my door so the inmate could enter, at which point I made my way out of the cell, the inmate had a weapon in hand, called the c/o's for aid, tried to defend myself but was unsuccessful.

9. Witnesses.  Be sure to include any staff member who may have been involved in, or has any knowledge of, your alleged loss; also, list any inmate who has actual knowledge of facts pertinent to your claim:

Warden Gittere
Associate Warden Reubart
Inmate Alfonso Blake
Inmate Timonty Burnside
Inmate Carl Williams
Inmate Donte Johnson

10. Other pertinent information:

C/O Cole and Boyd fail to follow safety procedures, inmates aren't to exit their cells without being searched, because of Cole/Boyd laziness, they simply popped doors without following guidelines, if it wasn't for their actions I would have not been injured, I'm disabled cause they abandoned their duties.

E(8)

MAY 06 2021

HDSP

STATE OF ___Nevada___ )
                                          ) SS
COUNTY OF ___Clark___ )

I, ___Ammar Harris___, do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those maters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this __5__ day of ___May___, 20_21_

_____A.H._____
Signature of Claimant


**NOTICE**

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

E(9)

DOC - 3095 (12/01)

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116545 | 3A-6 | 5-23-21 |

4. ) **REQUEST FORM TO:** (CHECK BOX)    ___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    X OTHER_____

ELY STATE PRISON

MAY 2 4 2021

WARDEN'S OFFICE

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Gittere

6.) REQUEST: (PRINT BELOW) May I speak with you?

_____

_____

_____

_____

_____

_____

_____

7.) INMATE SIGNATURE _____A.H._____    DOC # __1116547__

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

**9.) RESPONSE TO INMATE**

What about? lamg

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

F

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

JUN 0 7 2021

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A-6 | 6-6-21 |

4. ) REQUEST FORM TO: (CHECK BOX)

X CASEWORKER  ___MEDICAL  ___MENTAL HEALTH  ___CANTEEN

___EDUCATION  ___VISITING  ___LAW LIBRARY  ___DENTAL

___LAUNDRY  ___PROPERTY ROOM  ___SHIFT COMMAND

___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: PH?

6.) REQUEST: (PRINT BELOW) Can I pay for a copy of all grievances Filed? (see attachment)

Thank you for your time.

7.) INMATE SIGNATURE _____W/R A.H._____ DOC # 1116547

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

9.) RESPONSE TO INMATE

You have to attach Brass Slip

10.) RESPONDING STAFF SIGNATURE _____ DATE 6/14

F(1)

INMATE REQUEST FORM

| 1.) INMATE NAME                DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris    1116547 | 9A-3 | 6-16-21 |

4. ) REQUEST FORM TO: (CHECK BOX)

X CASEWORKER        ___MEDICAL        ___MENTAL HEALTH        ___CANTEEN

___EDUCATION        ___VISITING        ___LAW LIBRARY        ___DENTAL

___LAUNDRY        ___PROPERTY ROOM        ___SHIFT COMMAND

___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _____ PH _____

6.) REQUEST: (PRINT BELOW) _Brass Slip attached for copies_
_of the following grievances; 2006-31-21783,_
_2006-31-20314, 2006-31-18343, 2006-31-15899,_
_2006-31-15897, 2006-30-98583._

_Thank you_

7.) INMATE SIGNATURE ___W/R A.H.___        DOC # __1116547__

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

9.) RESPONSE TO INMATE

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

F(2)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

JUL 07 2021

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris    116547 | 9A-3 | 7/7/21 |

4. ) REQUEST FORM TO: (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

X CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: _____Grievance_____

6.) REQUEST: (PRINT BELOW) May I have a list of all my grievances filed, as well as an exact page count so I may provide a brass slip for payment of copies.

Thank you

7.) INMATE SIGNATURE _____W/R  A.H._____ DOC # __116547__

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

9.) RESPONSE TO INMATE

Inmate Harris, Year 2021  log #
2006.31.23427 - Mail. UA 4/8/21
2006.31.23018 — Pr at HDSP
2006.31.22952 — PR - UA 5/25/21
2006 31 21783 — PR — Hobby craft
2006 31 20319 — Med.
Pick two (2)

10.) RESPONDING STAFF SIGNATURE _Battiera, Grievance_ DATE _7/8/21_

F(3)

DOC - 3012 (REV. 7/01)

JUL **1 3** 2021

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A-3 | 7/12/21 |

4. ) __REQUEST FORM TO:__ (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

X CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          ___OTHER_____

5.) __NAME OF INDIVIDUAL TO CONTACT:__ Grievance

6.) __REQUEST:__ (PRINT BELOW) 2006-31-20319, 2006-31-21783

7.) INMATE SIGNATURE _____ DOC # _____

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

### 9.) RESPONSE TO INMATE

Log 200631 20319,
HDSP, ESP DOESN'T Have those copies.
requested from HDSP.

log 200631 21783, was rcvd from HDSP.
Eoday. Caseworker will returned.

10.) RESPONDING STAFF SIGNATURE _Fabiana Grievances_ DATE 7/12/21

F(7)a

JUL 19 2021

### INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A-3 | 7/18/21 |

4.) REQUEST FORM TO: (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

X CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Grievance

6.) REQUEST: (PRINT BELOW) Thank you, can you please provide me
with a brief description of the following;
2006-31-18343, 2006-31-15897
2006-31-15899, 2006-30-98583

The same thing you did the other ones is fine.

7.) INMATE SIGNATURE ___W/R A.H___ DOC # 1116547

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

****************************************************************************

### 9.) RESPONSE TO INMATE

Inmate Harris,
2006 31 18343 — Ely Altercation
2006 31 15899 — Property — HDSP - Issue
2006 31 15897 — UA — HDSP Issue
2006 30 98583 UA — Ely Issue  out of time Frame

10.) RESPONDING STAFF SIGNATURE Baltierra, Grievance  DATE 7/26/21

F(4)

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A-3 | 7/28/21 |

4.) REQUEST FORM TO: (CHECK BOX)

X CASEWORKER ___MEDICAL ___MENTAL HEALTH ___CANTEEN

___EDUCATION ___VISITING ___LAW LIBRARY ___DENTAL

___LAUNDRY ___PROPERTY ROOM ___SHIFT COMMAND

___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Grievance

6.) REQUEST: (PRINT BELOW) Thank you, I would like a copy of all grievances filed within the last 2 yrs, 2020, 2021 at HDSP and Ely, please provide exact progress so I may issue a brass slip for payment of copies. My attorney sent two grievances on my behalf directly to the warden at Ely which isn't strolling, if thats true, I might be able to bypass the grievance process by violating clearly established rights. Also the page count for 2006-31-18343 - Ely Altercation.

7.) INMATE SIGNATURE ___WR A.H___ DOC # __1116547__

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

*********************************************************************************************
9.) RESPONSE TO INMATE

Inmate Harris,
I will only make copies of ESP Gr. You must provide the log number.

10.) RESPONDING STAFF SIGNATURE Grievances S. ___ DATE 8/2/21

F(5)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris  1116547 | | 9A-3 | 8-3-21 |

4. ) REQUEST FORM TO: (CHECK BOX)        ___MENTAL HEALTH        ___CANTEEN

_X_CASEWORKER        ___MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT  Grievance \ Baltierra

6.) REQUEST: (PRINT BELOW) __Thank you, my only problem is__
__I don't know all of the log numbers for grievances__
__Filed at ESP.__

__Can you please provide me with log numbers/page__
__count of grievances filed within the last 365 days__
__at ESP? I recently filed a 2nd level (8-1-21), is__
__that entered into the system yet?__

7.) INMATE SIGNATURE ___ W/R ___        DOC # __1116547__

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

********************************************************************************
9.) RESPONSE TO INMATE

_____
__Again log# only ESP.__
__Please pick one.__
__2006 31 25765 - ML__
__2006 31 23427 - MLL  UA - 118/21__
__2006 31 23018 - fr__
__2006 31 22952  PR  UA 5/25/21__

10.) RESPONDING STAFF SIGNATURE __Baltierra__        DATE 8/4/21

F(6)

DOC - 3012 (REV. 7/01)

SEP 09 2021

## INMATE REQUEST FORM

AUG 1 0 2021

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 4A-3 | 8/9/21 |

4. ) REQUEST FORM TO: (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

X CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Ms. Hernandez

6.) REQUEST: (PRINT BELOW) Thank you for the form, however I've noticed a major issue concerning 2006-31-18343, there is absolutely no first rejection, it merely skips to two, oh and per AR, I have to receive actual knowledge of a rejection for it to count, surely there's no signed first rejection in your records, thank you for your time regarding the matter.

7.) INMATE SIGNATURE  AH                    DOC #  1116547

8.) RECEIVING STAFF SIGNATURE                    DATE 8/9/2021

### 9.) RESPONSE TO INMATE

There is not a copy of Rejection number 1 for grievance # 2006-31-18343. It shows it as Rejected on 3/22/21.

10.) RESPONDING STAFF SIGNATURE  (PN)                    DATE  8/18/21

F(7)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris  1116547 | 9A3 | 8/16/21 |

4. )   REQUEST FORM TO:  (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

___CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Associate Warden of Programs

6.) REQUEST: (PRINT BELOW) I was instructed to contact you
regarding release of records to my attorney.

(See attachment)

7.) INMATE SIGNATURE  W/R AH          DOC # 1116547

8.) RECEIVING STAFF SIGNATURE          DATE 8/16/2021

*********************************************************************
9.) RESPONSE TO INMATE

You need to contact medical to release medical
Records. They will get you the release.
According to AR 568.08 and OP 560 you must
sign a release of information. It is attachment
A in OP 560. See attachment.

10.) RESPONDING STAFF SIGNATURE _____  DATE _____

F(4)

DOC - 3012 (REV. 7/01)

CC: Sgro and Rogers

To: ✓

## INMATE REQUEST FORM

| .) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A3 | 8/9/21 |

4. ) **REQUEST FORM TO:** (CHECK BOX)    ___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    , ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND    **ELY STATE PRISON**

___LAUNDRY    ___PROPERTY ROOM    ✗OTHER_____    AUG 1 0 2021

5.) **NAME OF INDIVIDUAL TO CONTACT:** Warden    **WARDEN'S OFFICE**

6.) **REQUEST:** (PRINT BELOW) Per AR 568 and AR 569, I would like to grant access to my I-File, C-File and Medical Records my attorney pertaining to a habeus corpus proceeding case # A-14-707786-W and C-13-289274-1. The only available form is a Doc 2022, which doesn't include a waiver. My Attorney is;

Anthony P. Sgro (Sgro and Rogers) 702-384-9800
720 S. 7th St. 3rd Floor, Las Vegas, NV 89101

7.) INMATE SIGNATURE ___AH___ DOC # __1116547__

8.) RECEIVING STAFF SIGNATURE _____ DATE 8/9/2021

******************************************************************

9.) **RESPONSE TO INMATE**

You may kite the AW/P about this request. lrg

AUG 1 0 2021
W.A. Gittere
Warden
ELY STATE PRISON
WARDEN'S OFFICE

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

cc: AW/P    F(4)G

DOC - 3012 (REV. 7/01)

AUG 18 2021

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A3 | 9/17/21 |

4.) REQUEST FORM TO: (CHECK BOX)

    ___MENTAL HEALTH    ___CANTEEN

X CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: ___Hernandez

6.) REQUEST: (PRINT BELOW) on 8/11/21 I wrote you regarding certain matters, on 8/12/21 you came and spoke with me regarding issues, I requested a written response, in which you agreed to provide, I've yet to receive one as of yet, just sending a reminder.

Thank you for your time.

P.S. May you also respond to my 8/9/21 kite?

7.) INMATE SIGNATURE _____ W/R AH _____ DOC # _1116547_

8.) RECEIVING STAFF SIGNATURE _____ DATE _9/17/2021_

*****************************************************************

9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

F (9)

DOC - 3012 (REV. 7/01)

AUG 23 2021

AUG 24 2021

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammur Harris  1116547 | 9A-3 | 8/22/21 |

4.)  REQUEST FORM TO:  (CHECK BOX)

X CASEWORKER ___MEDICAL ___MENTAL HEALTH ___CANTEEN
___EDUCATION ___VISITING ___LAW LIBRARY ___DENTAL
___LAUNDRY ___PROPERTY ROOM ___SHIFT COMMAND
___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: ___Caseworker

6.) REQUEST: (PRINT BELOW) On Aug 3rd, 21 I submitted an Accounting Inquiry regarding the removal of $700, it was signed by C/O Sunday, I've yet to hear anything back, attached were two financial statements.

Thanks for your time regarding This matter.

7.) INMATE SIGNATURE ___AH_____ DOC # ___1116547

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

************************************************************************

9.) RESPONSE TO INMATE

Account inquiry forms are sent to carson and take several weeks to get back.

10.) RESPONDING STAFF SIGNATURE _____ DATE 8/24

F(10)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris  1116547 | 9A3 | 8/23/21 |

4. ) REQUEST FORM TO: (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

___CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Mailroom

6.) REQUEST: (PRINT BELOW) Mail out the following;
Certified mail $3.60
Return Receipt $2.45
Postage for Priority $7.95
Total: $14.40
Bross # 2565297
Tracking # 7015 0640 0001 3947 2030

7.) INMATE SIGNATURE  AH          DOC # 1116547

8.) RECEIVING STAFF SIGNATURE _____ DATE _____

**********************************************************************

9.) RESPONSE TO INMATE

SHIPPED
AUG 24 2021
ELY STATE PRISON
MAILROOM

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

F(11)

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FLAT R

TRACK

CERTIFIED MAIL

EP14F May 2020
OD 12 1/2 x 9 1/2

USPS.COM/PICKUP

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$   3.60

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $ 2.85
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$ 7.95    7.95

Total Postage and Fees
$ 14.30   14.40

Postmark
Here

Sent To  Ammar Harris # 1116547
Street and Apt. No., or PO Box No.  P.O. Box 1989 (ESP)
City, State, ZIP+4®  Ely, NV 89301

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

PRIORITY
MAIL®

3

(restrictions apply).*
national destinations.

Receipt Please

Harris # 1116547

Sent 8-24-21

**FROM:**
Ammar Harris # 1116547
Ely State Prison
P.O. Box 1989
Ely, NV 89301

**TO:**
Segro and Roger
Attorneys at Law
605 7th Street # 300
Las Vegas, NV 89101

F(11)a



INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris  1116547 | | 9A3 | 8/25/21 |

4.) REQUEST FORM TO: (CHECK BOX)   ___MENTAL HEALTH   ___CANTEEN

___CASEWORKER   ___MEDICAL   ___LAW LIBRARY   ___DENTAL

___EDUCATION   ___VISITING   ___SHIFT COMMAND

___LAUNDRY   ___PROPERTY ROOM   X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: AW Reubart

6.) REQUEST: (PRINT BELOW) On Aug 16th, 21 I wrote you including a response from Warden Gittere but received no response, nevertheless it was CC'd to you as well. I would like a review of my Departmental records Per AR 568.

If you would be so Kind as to provide me with Dec 2021 so my attorney can request records from CCRM.

Thank you for your time.

7.) INMATE SIGNATURE  W/R A.H   DOC # 1116547

8.) RECEIVING STAFF SIGNATURE  M3.   DATE 8-25-21

**********************************************************

9.) RESPONSE TO INMATE

Please schedule I-file review with your assigned caseworker CC2 Hernandez

10.) RESPONDING STAFF SIGNATURE  _____   DATE 09/13/21

F(12)

DOC - 3012 (REV. 7/01)

AUG 3 0 2021

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A3 | 9/29/21 |

4.) REQUEST FORM TO: (CHECK BOX)          ___MENTAL HEALTH        ___CANTEEN

X_CASEWORKER        ___MEDICAL           ___LAW LIBRARY          ___DENTAL

___EDUCATION        ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM     ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Ms. Hernandez

6.) REQUEST: (PRINT BELOW) Thank you for responding to my 8/9/21
Kite, I won't mention that log # moving forward. If you may
provide me with copies of the last 6 months of my financial
statement pursuant to the USDC of Nevada case number
3:21-cv-00380-RCJ-CLB, and I will need your signature for
a financial certificate. By the way may you provide me with
the log # for grievances filed 8/7/21, 8/15/21 and 8/23/21.
thank you for assisting me regarding these matters.

7.) INMATE SIGNATURE ___W/R A.H.___ DOC # 1116547

8.) RECEIVING STAFF SIGNATURE _____ DATE 8·27·4

9.) RESPONSE TO INMATE

See attached - Turn in and I will
sign or tell c/o and I will come
sign.

10.) RESPONDING STAFF SIGNATURE ___DN___ DATE 8/30

F (13)

INMATE REQUEST FORM

SEP 0 7 2021

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris  1116547 | | 9A3 | 9/6/21 |

4.) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH    ___CANTEEN

X CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Ms. Hernandez

6.) REQUEST: (PRINT BELOW) On Aug 30th, I attached a Doc 544 requesting copies of my last 6 month financial statement pursuant to a civil action in the USDC of Nevada, case # 3:21-cv-00380-RCJ-CLB, but I never acknowledged receipt of receiving it, I have a deadline with the court of Oct 25th, any intentional delay is denying me access to the Courts, if asked to provide documentation, I will be forced to submit ALL articles to avoid a dismissal. C/O Strothy signed on 8/30.

7.) INMATE SIGNATURE  A.H.                     DOC #  1116547

8.) RECEIVING STAFF SIGNATURE _____    DATE 9/6/2021

*************************************************************************

9.) RESPONSE TO INMATE

It was submitted to accounting.

10.) RESPONDING STAFF SIGNATURE _____    DATE 9/8/21

F (14)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris    1116547 | 9A3 | 9/6/21 |

4. )  REQUEST FORM TO: (CHECK BOX)     ___MENTAL HEALTH     ___CANTEEN

___CASEWORKER     ___MEDICAL     ___LAW LIBRARY     ___DENTAL

___EDUCATION     ___VISITING     ___SHIFT COMMAND     **ELY STATE PRISON**

___LAUNDRY     ___PROPERTY ROOM     X OTHER_____     **SEP - 7 2021**

**WARDEN'S OFFICE**

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Gittere

6.) REQUEST: (PRINT BELOW) May you please provide me with the log numbers for the following grievances filed on) 8/7/21, 8/15/21, 9/23/21 and 8/31/21. I attempted to obtain the log numbers from coworker Hernandez and Mollet respectfully, but yet to be provided. I can only assume its to preclude me from meeting the requirements of the Prison Litigation Reform Act, which if true is a U.S. Constitution violation in itself.

7.) INMATE SIGNATURE ___AH___     DOC # ___1116547___

8.) RECEIVING STAFF SIGNATURE _____     DATE 9/6/2021

9.) RESPONSE TO INMATE

Inmate Harris,
I have No records for those dates.

10.) RESPONDING STAFF SIGNATURE Saltuna , Grievances DATE 9/22/21

F(15)

DOC - 3012 (REV. 7/01)

SEP 09 2021

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris   1116547 | 9A-3 | 9/8/21 |

4.) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH        ___CANTEEN

X̲CASEWORKER         ___MEDICAL         ___LAW LIBRARY        ___DENTAL

___EDUCATION         ___VISITING         ___SHIFT COMMAND

___LAUNDRY         ___PROPERTY ROOM         ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: ___Ms. Hernandez.___

6.) REQUEST: (PRINT BELOW) Today you provided me with a rejection for 2006.31.20319, although it's a first level grievance stating that the informal went unanswered, a copy of the formal grievance was not attached in order for me to proceed to the second level, clearly it was simply an oversight, can you please provide a copy of the HDSP informal grievance? I'm trying to avoid a second rejection for failing to submit ALL documents. Thank you.

7.) INMATE SIGNATURE ___W/R A.H.___         DOC # ___1116547___

8.) RECEIVING STAFF SIGNATURE ___[signature]___         DATE 9/8/2021

*************************************************************************

9.) RESPONSE TO INMATE

Inmate Harris,

Kite HDSP. We do not have access to HDSP records.

10.) RESPONDING STAFF SIGNATURE ___Grievances___         DATE 9/27/21

F(16)

DOC - 3012 (REV. 7/01)

SEP 09 2021

### INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9A3 | 9/4/21 |

4. )  REQUEST FORM TO:  (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

X CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: __Ms. Hernandez__

6.) REQUEST: (PRINT BELOW) You along with John Doe caseworker, provided me with a copy of my second rejection for 2006-31-18343 today. I would like a copy of my first rejection on 3/22/21 from HDSP.

(Attached is Request form)

From me dated 8/9/21

Receiving Staff C/o Sunday signed 8/9/21

Responding Staff C/W Hernandez signed 8/24/21

7.) INMATE SIGNATURE __A.H.__          DOC # __1116547__

8.) RECEIVING STAFF SIGNATURE _____          DATE __9/8/2021__

**********************************************************************************

#### 9.) RESPONSE TO INMATE

Inmate Harris,

ESP does not have copies of your 1st rejection as it was done at HDSP.

10.) RESPONDING STAFF SIGNATURE __Baltiera, ESP Grievance__ DATE __9/22/21__

F(17)

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9B3 | 9/9/21 |

4. ) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROC    X OTHER_____

*ELY STATE PRISON*
*SEP 1 0 2021*
*WARDEN'S OFFICE*

5.) NAME OF INDIVIDUAL TO CONTACT: Warc.

6.) REQUEST: (PRINT BELOW) Thank you for addressing my concerns in my previous kite, I'm having mail issues involving a Law Book pertaining to USDC of Nevada case #3:21-cv-00380-RCT-CLB and Legal mail from my Attorney Sara and Rocer law firm. Attached is a kite (copy/copy) A.H. from 9/7/21, You will notice the staff members intentionally avoiding signing in order to escape liability or to cossert plausible deniability, I'm noticing it from alot of your deptments, and will address when appropriate.

7.) INMATE SIGNATURE  W/R A.H.                DOC #  1116547

8.) RECEIVING STAFF SIGNATURE  _____   DATE  9/9/2021

***************************************************

9.) RESPONSE TO INMATE

All mail is handled As per OP 750 And AR 750. I ment to the mailroom on 9/10/21, And there was no legal mail for you there at the time

*ELY STATE PRISON*
*SEP 1 0 2021*
*ASSOCIATE WARDEN*

10.) RESPONDING STAFF SIGNATURE  _____   DATE  9/10/21

F (18)

DOC - 3012 (REV. 7/01)

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris   1116547 | | 9A3 | 9/7/21 |

4. )  REQUEST FORM TO:  (CHECK BOX)          ___MENTAL HEALTH          ___CANTEEN

___CASEWORKER          ___MEDICAL          ___LAW LIBRARY          ___DENTAL

___EDUCATION          ___VISITING          ___SHIFT COMMAND

___LAUNDRY          ___PROPERTY ROOM          X OTHER_____

*ELY STATE PRISON*
*SEP 10 2021*
*WARDEN'S OFFICE*

5.) NAME OF INDIVIDUAL TO CONTACT: Mailroom C/O Thomas

6.) REQUEST: (PRINT BELOW) My mother sent a legal Book via Amazon, it was received by the institution on Sept 1st, I have yet to receive it, the title is Federal Rules of Civil Procedure, its pursuant to my USDC of Nevada, case # 3:21-CV-00380-RCJ-CLB.

Also my attorney informed me that some legal mail was sent, yet I haven't received it.

7.) INMATE SIGNATURE ___A.H.___          DOC # 1116547

8.) RECEIVING STAFF SIGNATURE _____          DATE 9/7/2021

**9.) RESPONSE TO INMATE**

Mail is processed Mon-Fri 8am-4pm as it is recieved.

10.) RESPONDING STAFF SIGNATURE _____          DATE _____

F(18)a

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris | 1116547 | 9H3 | 9/12/21 |

4. ) REQUEST FORM TO: (CHECK BOX) ___MENTAL HEALTH    ___CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    X OTHER_____

*ELY STATE PRISON SEP 1 3 2021 WARDEN'S OFFICE*

5.) NAME OF INDIVIDUAL TO CONTACT: Warden

6.) REQUEST: (PRINT BELOW) Ms. Hernandez responded to my request for log numbers on 9/8/21, stating "There is nothing to give you". The following officers can verify grievances placement in the box; C/O Sunday, C/O Velazquez, C/O Martinez, Senior C/O Guttierrez, not only that, the Unit has 24hr surveillance.

Senior C/O Guttierrez helped staple 3 grievances and placed in the Box 9/10/21 after your visit to the Unit that morning.

7.) INMATE SIGNATURE ___AH___    DOC # ___1116547___

8.) RECEIVING STAFF SIGNATURE _____    DATE 9/12-21

*************************************************************************************
9.) RESPONSE TO INMATE

I wasn't here on 9/10. Which warden did you see?  hog

*WARDEN'S OFFICE SEP 1 3 2021 W.A. Gittere Warden ELY STATE PRISON*

10.) RESPONDING STAFF SIGNATURE _____    DATE _____

F(19)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammer Harris    1116547 | 9A3 | 9/15/21 |

4. )  REQUEST FORM TO:  (CHECK BOX)

| | | ___MENTAL HEALTH | ___CANTEEN |
|---|---|---|---|
| ___CASEWORKER | ___MEDICAL | ___LAW LIBRARY | ___DENTAL |
| ___EDUCATION | ___VISITING | ___SHIFT COMMAND | **ELY STATE PRISON** |
| ___LAUNDRY | ___PROPERTY ROOM | X OTHER_____ | SEP 1 6 2021 |

5.) NAME OF INDIVIDUAL TO CONTACT: Warden Gittere            **WARDEN'S OFFICE**

6.) REQUEST: (PRINT BELOW) A.W. Reubart _____

_____

_____

_____

_____

_____

_____

_____

7.) INMATE SIGNATURE ____A.H._____ DOC # __1116547__

8.) RECEIVING STAFF SIGNATURE _____ DATE 9/15/2021

*********************************************************************************

9.) RESPONSE TO INMATE

? hy

_____

_____

_____

_____

_____

_____

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

F(19)a

INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Ammar Harris  116547 | | 9A3 | 9/18/21 |

4. ) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH    ___CANTEEN

X CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    ___OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: Mr. Mollet

6.) REQUEST: (PRINT BELOW) May you please provide the log numbers for grievances submitted on the following dates; 8/7/21, 8/15/21, 8/23/21, 8/31/21; and 9/9/21

Thank you

7.) INMATE SIGNATURE  A.H    DOC # 116547

8.) RECEIVING STAFF SIGNATURE    DATE 09/18/2021

9.) RESPONSE TO INMATE

No NEW GRIEVANCES ENTERED FOR THOSE DATES.

10.) RESPONDING STAFF SIGNATURE    DATE 09/18/2021

F(20)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris   1116547 | 4A3 | 9/19/21 |

4. ) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH        ___CANTEEN

___CASEWORKER       ___MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        X OTHER_____        **13**

5.) NAME OF INDIVIDUAL TO CONTACT: Mailroom

6.) REQUEST: (PRINT BELOW) May I/you please mail the following;
Certified mail : $3.60
Return Receipt : $2.85
Bross #2565301 (Total : $6.45)

National Legal Aid and Defender Association
1140 Connecticut Avenue, N.W., Suite 900
Washington, DC 20036

7.) INMATE SIGNATURE A.H                     DOC # 1116547

8.) RECEIVING STAFF SIGNATURE Coulston            DATE 9/19/2021

**************************************************************

9.) RESPONSE TO INMATE

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

F(21)

DOC - 3012 (REV. 7/01)

### INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris  1116547 | 9A3 | 9/20/21 |

4. ) REQUEST FORM TO: (CHECK BOX)         ___MENTAL HEALTH        ___CANTEEN

___CASEWORKER        ___MEDICAL        ___LAW LIBRARY        ___DENTAL

___EDUCATION        ___VISITING        ___SHIFT COMMAND

___LAUNDRY        ___PROPERTY ROOM        X OTHER_____

5.) NAME OF INDIVIDUAL TO CONTACT: A.W. Reubart

6.) REQUEST: (PRINT BELOW) May I have an exception to the four box policy due to on going capital proceedings in District Court of Clark County case # A-19-T4T7166-W.

Currently I possess 3 Legal boxes and 1 personal box. I would like a Total of 6 boxes, 5 Legal and 1 Personal

Thank you for your time

7.) INMATE SIGNATURE ___A.H___        DOC # __1116547__

8) RECEIVING STAFF SIGNATURE ___Scro A. MONTES___        DATE 9/21/21

### 9.) RESPONSE TO INMATE

Denied. Kite law library to address the eed for legal boxes.

Ely State Prison

SEP 23 2021

Associate Warden
Operations

10.) RESPONDING STAFF SIGNATURE _____        AW        DATE

F(22)

DOC - 3012 (REV. 7/01)

INMATE REQUEST FORM

| 1.) INMATE NAME          DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|
| Ammar Harris  1116547 | 9A3 | 9/22/21 |

4.) REQUEST FORM TO: (CHECK BOX)

___MENTAL HEALTH     ___CANTEEN

___CASEWORKER      ___MEDICAL     ___LAW LIBRARY     ___DENTAL

___EDUCATION      ___VISITING     ___SHIFT COMMAND

___LAUNDRY      ___PROPERTY ROOM     X OTHER_____

*ELY STATE PRISON*
*SEP 22 2021*
*Inf.*

5.) NAME OF INDIVIDUAL TO CONTACT: Mailroom

REQUEST: (PRINT BELOW) May you please mail the following;
Certified mail: $3.60 $3.75
Postage: $7.95
Brass # 2565309 2565312 Attached
Brass# 2565315, for $200 Attached to envelope.
Ann Ingram
1106 Elk Ridge Court
Jonesboro, GA 30238

7.) INMATE SIGNATURE  A.H.          DOC # 1116547

.) RECEIVING STAFF SIGNATURE  S/o A. MONTES          DATE 9/22/21

9.) RESPONSE TO INMATE

Brass Slip #2565315 has been voided due to no envelope
being attached. Please resubmit brass slip with
stamped envelope.

10.) RESPONDING STAFF SIGNATURE  ESP Accounting          DATE 9-27-21.

F(23)

DOC - 3012 (REV. 7/01)



# Nevada Department of Corrections
# Improper Grievance Memo – High Desert State Prison

Steve Sisolak
*Governor*

Charles Daniels
*Director*

Calvin Johnson
*Warden, HDSP*

TO:   Harris, Ammar #1116547
FROM: F. Dreesen, AW
DATE: 7/14/2021
RE: Improper Grievance #2006-31-18343        1st Reject        Informal Level Grievance

The attached grievance is being returned to you for the following reason(s):

**This grievance may NOT proceed to the next level Per AR 740 due to the following:**

■ Non-grievable issue.
  ☐ State and federal court decision.
  ☐ State, federal and local laws and regulations.
  ■ Parole Board decision.
  ☐ Lacks Standing

☐ Grievance is not signed and dated. Per AR 740.03 number 6B, an inmate's election **not to sign and date** this form at any level shall constitute abandonment of the claim.

☐ Untimely submission.
☐ Abuse of Inmate Grievance Procedure.
  ☐ Contains more than one (1) appropriate issue, per grievance.
  ☐ **Missing Documents.**
    Per AR 740.08 number 4D (5), ALL **documentation** and factual allegations available to the inmate must be submitted at this level with the grievance.
  ☐ The claim or requested remedy changes or is modified from one level to another.
  ☐ Specific claims or incidents previously filed by the same inmate.
  ☐ More than two (2) Continuation Forms (Doc 3097) per grievance.
  ☐ Alteration of the grievance form or continuation forms. This includes writing more than one line, on each line provided on the grievance form. Additionally, per OP 740.04 Abuse of Inmate Grievance Procedure, number 2(H), "Altercation of the grievance forms or continuation forms. This includes writing more than one line, on each line provided on the grievance form Writing in the margins will not be accepted. Inmates must not use tape on any portion of the grievance.

**After correcting the deficiencies listed below, you may re-submit your grievance.**

■ Per AR 740.08 number 7B, if the inmate's remedy to their grievance includes monetary restitution or damages then the Inmate will get the following forms from unit staff, unit caseworker or Law libraries: Form DOC-3096, **Administrative Claim Form**, which shall be completed and submitted in addition to the grievance for all personal injury, tort, or civil rights claims.

■ **Instructions**: Please correct and resubmit within 5 days of receipt of this memo on a new DOC 3091 Informal Grievance form restating the factual harm or loss, action, and the remedy, complete the attached Administrative Claim Form and attach it, attach ALL previously submitted documents including prior submitted grievance(s) under this grievance number, and attach the prior Improper Grievance Memo(s) under this grievance number so that this can be fully researched.

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

Witness Signature                      Date                    Inmate Signature          Date
cc: Original – Inmate        Copy - Grievance File

AH 10/1/21

DOC-3098 (01/17)

Log Number 2000.31.19343

Ely

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Ammar Harris          I.D. NUMBER: 1116547

INSTITUTION: HDSP          UNIT: 4B-1

GRIEVANT'S STATEMENT: I was involved in an altercation at Ely State Prison which has left me severely disabled, if it hadn't been for the failure of C/O D. Cole and Boyd not following proper procedures set by administration, this incident would have never occurred. SEE ATTACHMENTS!

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: 3-14-21 TIME: 8am

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 3/15/21 TIME: 8A

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: _____

____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: _____

_____ INMATE AGREES  AH _____ INMATE DISAGREES

INMATE SIGNATURE: AH _____ DATE: 10/1/21

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED

MAR 16 2021

HDSP

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |



DOC 3091 (12 / 01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Ammar Harris                    I.D. NUMBER: 1116547

INSTITUTION: HDSP                     UNIT #: 4B-1

GRIEVANCE #: _____   GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:    PG. 1 OF 2

Per NDOC Ely State Prison's Offender Orientation Handbook, Maximum Custody: Classification of maximum custody inmates is the designated status for administrative or disciplinary segregation or disciplinary detention for close custody inmates. Maximum custody characteristics consist of fenced perimeters and gun towers, single occupancy cells, confinement to a cell except for scheduled exercise periods, showers, visits, professional interviews, telephone calls, and hearings, Direct supervision when inmates are outside of their cells, out of cell activities are limited to separate and secure areas, UNCLOTHED BODY SEARCHES on inmates exiting and returning to housing units, movement will be in restraints under escort, inmates designated as High Risk Potential, inmates under sentence of Death, and transportation outside the institution will be under restraints, under armed

Original:        Attached to Grievance
Pink:            Inmate's Copy

G(2)

RECEIVED

MAR 16 2021

HDSP

DOC – 3097 (01/02)