# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMMAR HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>ELY STATE PRISON STAFF, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-00380-RCJ-CLB<br><br>**ORDER VACATING AND STAYING INMATE EARLY MEDIATION CONFERENCE** |

The Court is in receipt of the Plaintiff's Notice of Appeal filed March 29, 2023 (ECF No. 50). In light of the Notice of Appeal, the Inmate Early Mediation Conference set for Tuesday, April 11, 2023, at 1:00 p.m. (ECF No. 48) and the deadline for the 90-day stay report (ECF No. 49) are hereby vacated. The setting of an Inmate Early Mediation Conference is stayed pending the outcome of the Notice of Appeal or further order of this Court.

**IT IS SO ORDERED.**

DATED this 29th day of March 2023.

_____
UNITED STATES MAGISTRATE JUDGE