| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 2 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AMMAR HARRIS,

        Plaintiff-Appellant,

 v.

ELY STATE PRISON STAFF; et al.,

        Defendants-Appellees,

NEVADA DEPARTMENT OF CORRECTIONS,

        Real-party-in-interest-Appellee.

No.   23-15466

D.C. No. 3:21-cv-00380-RCJ-CLB
District of Nevada,
Reno

ORDER

Before: NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

The notice of appeal dated March 21, 2023 and filed in the district court on March 29, 2023 seeks to challenge the portion of the district court's December 28, 2022 order denying appellant's motions for a preliminary injunction without prejudice. A review of the record and the parties' responses to this court's March 31, 2023 order to show cause demonstrates that this court lacks jurisdiction over this appeal because the March 29, 2023 notice of appeal was not filed or delivered to prison officials within 30 days after the district court's order entered on December 28, 2022. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).

OSA103

Although appellant filed a motion to reconsider the district court's dismissal of claims in the December 28, 2022 screening order, the motion did not seek reconsideration of the denial of preliminary injunctive relief and did not toll the time to appeal from that denial. *See* Fed. R. App. P. 4(a)(4). Consequently, this appeal is dismissed for lack of jurisdiction.

The court, in its discretion, declines to find that appellant filed an earlier timely notice of appeal of the December 28, 2022 order based on appellant's declaration dated May 7, 2023. Fed. R. App. P. 4(c)(1)(B) (the court of appeals exercises its discretion to permit the later filing of a declaration or notarized statement that satisfies Rule 4(c)(1)(A)(i)); *see also Barrientos v. Lynch*, 829 F.3d 1064, 1067 (9th Cir. 2016) (appellate court can consider supplemental evidence to determine application of the mailbox rule, and has discretion under Rule 25(a)(2)(C) to refuse to consider, or to give less weight to, an inmate's declaration or notarized statement submitted after the inmate's legal filing).

Appellant's motion to consolidate this appeal with appeal No. 23-15467 is denied (Docket Entry No. 6).

**DISMISSED.**