UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AMMAR HARRIS,

                Plaintiff - Appellant,

  v.

ELY STATE PRISON STAFF; et al.,

                Defendants - Appellees,

NEVADA DEPARTMENT OF
CORRECTIONS,

                Real-party-in-interest -
Appellee.

No. 23-15466

D.C. No. 3:21-cv-00380-RCJ-CLB
U.S. District Court for Nevada,
Reno

**MANDATE**

The judgment of this Court, entered June 02, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT