# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMMAR HARRIS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELY STATE PRISON STAFF, *et. al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-CV-00380-RCJ-CLB<br><br>**ORDER LIFTING STAY AND ADDRESSING MOTIONS**<br><br>[ECF Nos. 56, 59] |

On March 29, 2023, the Court stayed this action and vacated the setting of an Inmate Early Mediation Conference pending the outcome of the Notice of Appeal. (ECF No. 52.) On June 26, 2023, mandate was issued dismissing the appeal, (ECF No. 57), and on June 28, 2023, the order on mandate was filed, (ECF No. 58).

Accordingly, **IT IS ORDERED** that the stay is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that this case is referred to the Inmate Early Mediation Program and the Court's prior order regarding settlement, (ECF No. 40), remains in effect.

**IT IS FURTHER ORDERED** that the motion to grant Magistrate Judge Carla Baldwin as mediator, (ECF No. 56), is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for status check, (ECF No. 59), is **DENIED as moot**.

IT IS SO ORDERED.

**DATED**: July 5, 2023.

**UNITED STATES MAGISTRATE JUDGE**