UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMMAR HARRIS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>STATE OF NEVADA and NEVADA DEPARTMENT OF CORRECTIONS,<br><br>    Defendants - Appellees. | No. 23-1829<br><br>D.C. No. 3:21-cv-00380-RCJ-CLB<br>District of Nevada, Reno<br><br>ORDER |

Before: BADE, LEE, and VANDYKE, Circuit Judges.

  A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)); *see also Branson v. City of Los Angeles*, 912 F.2d 334 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

  All pending motions are denied as moot.

**DISMISSED.**