USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

NOV 1 4 2023
US District Court
District of Nevada

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ammar Harris | 3:21-CV-00380-RCJ-CLB |
| DEFENDANT | TYPE OF PROCESS |
| Ely State Prison Staff, et. al. | 42 U.S.C. § 1983 |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dana Cole
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
UNDER SEAL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ammar Harris
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070-0650

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Defendant's address filed under seal

RCVD USMS D/NV
7 NOV '23 PM 1:53

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11/7/23 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. D/NV | District to Serve No. D/NV | Signature of Authorized USMS Deputy or Clerk | Date 11/7/23 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date 11/14/23   Time 1:30   ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |

REMARKS: Individual No longer employed by NDOC. No longer lives in area of provided address

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12 15 80
Automated 01/00

Civil Action No. 3:21-cv-00380-RCJ-CLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dana Cole

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☒ I returned the summons unexecuted because  White Pine County sheriff was unable to locate, see affidavit of non-service ; or

☐ Other *(specify)*:

My fees are $ — for travel and $ — for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/14/2023

*Server's signature*

DARYL HOLLENBACK
*Printed name and title*

400 S VIRGINIA ST
RENO, NV 89501
*Server's address*

Additional information regarding attempted service, etc:

AFFIDAVIT OF NON-SERVICE

STATE OF NEVADA      }
                     } ss.
COUNTY OF WHITE PINE }

I HEREBY CERTIFY and return that I received the **Summons** _____

on the **10th** day of **November**, 20**23**, and was **UNABLE TO SERVE** upon **Dana Cole**, the **Defendant** in said action, on the **10th** day of **November**, 20**23**, at (Address) **Ely State Prison / White Pine Cnty** _____ In White Pine County, STATE OF NEVADA.

Reason for Non-Service: **No longer employed by NDOC, Moved out of the area.**

DATED this **10th** day of **November**, 20**23**

DAN WATTS, SHERIFF
WHITE PINE COUNTY

By: _____  **415**
        Deputy         ID#