UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMMAR HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>ELY STATE PRISON STAFF, *et al.*,<br><br>Defendants. | Case No. 3:21-CV-00380-RCJ-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

On November 29, 2023, the Court ordered the Attorney General's Office to advise the Court whether it could locate an alternative physical address for Defendant **Dana Cole**. (ECF No. 84.) On December 12, 2023, the Attorney General filed an alternative physical address of this Defendant under seal. (ECF No. 87.)

Accordingly, the Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 87.) The Clerk shall also **SEND** sufficient copies of the third amended complaint, (ECF No. 41), the screening order, (ECF No. 40), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by January 9, 2024,[1] she will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: December 13, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the date of the order directing that this case proceed onto the normal litigation track following mediation (ECF No. 73). *See* Fed. R. Civ. P. 4(m) (requiring service on defendants within 90 days after a complaint is filed).