1 Travis N. Barrick, SBN 9257
Nathan E. Lawrence, SBN 15060
2 GALLIAN WELKER
& ASSOCIATES, L.C.
3 730 Las Vegas Blvd. S., #104
Las Vegas, Nevada 89101
4 Telephone: (702) 892-3500
Facsimile: (702) 386-1946
5 tbarrick@vegascase.com
6 Attorneys for Plaintiff Ammar Harris

7

8 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
9

10 Ammar Harris, an individual

11                                         Case No.: 3:21-cv-00380-CLB
                    Plaintiff,
12                                         **COUNSEL'S MOTION TO BE**
                                           **RELIEVED OF PRO BONO**
        v.                                 **APPOINTMENT**
13

14 ELY STATE PRISON STAFF, et al.,
DAVID C. DRUMMOND, in his
15 individual and official capacities;

16                    Defendants.

17

18      Travis N. Barrick and Nathan E. Lawrence submit their Motion to Be Relieved of
19
Pro Bono Appointment, for the reasons listed below.
20

21              **I.    BACKGROUND FACTS**

22      On 3/7/24, the Court entered its Order (ECF No. 135), referring this case to the
23
Pro Bono Program.
24
        On 4/3/24, Mr. Harris called the offices of Mr. Barrick and Mr. Lawrence. In
25
response, on 4/7/24, Mr. Harris dispatched a letter to Mr. Barrick, setting forth his
26
goals and desired outcomes in this matter.
27
        On 4/24/24, the Court entered its Order (ECF No. 138), appointing Travis N.
28

Barrick and Nathan E. Lawrence to represent Mr. Harris in this matter, through the Pro Bono Program.

On 4/26/24, Mr. Barrick dispatched a letter to Mr. Harris, addressing his goals and desired outcomes.

Thereafter, Mr. Barrick (along with his paralegals) had several telephone calls with Mr. Harris that became contentious and unproductive.

## II.    ARGUMENT

Nevada Rule of Professional Conduct 1.16(a)(3) provides that a lawyer may withdraw if the "[t]he lawyer is discharged." *NRPC* 1.16(a)(3); *Elletson v. Chalmers Auto., LLC*, No. 2:17-cv-01107-JCM-VCF, 2017 U.S. Dist. LEXIS 201603, at *2 (D. Nev. Dec. 6, 2017).

If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise. *LR IA 11-6(b)*.

Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge. *LR IA 11-6(e)*.

Here, the relationship between Mr. Harris and his appointed counsel has deteriorated to the point that his goals and desired outcomes are inconsistent with FRCP 1 and the Rules of Professional Conduct.

In addition, discovery under the 5/3/24 Joint Discovery Plan and Scheduling Order (ECF No. 144) has yet to commence. Hence, there is no pending discovery, trial, or hearings.

### III.    CONCLUSION

Based upon the Background Facts and Argument above, Mr. Barrick and Mr. Lawrence request that the Court enter an order relieving them from the appointment under the Pro Bono Program.

DATED this 8th day of May 2024.

By: _____
Travis N. Barrick, SBN 9257
GALLIAN WELKER
& ASSOCIATED, L.C.
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2024, I caused the above **Counsels' Motion to be Relieved of Pro Bono Appointment** to be filed and served by of US Mail to Mr. Harris and by way of the District Court's electronic filing and service system of which the below are registered recipients:

_____

| | |
|---|---|
| Ammar Harris #1116547<br>HDSP<br>PO Box 650<br>Indian Springs, NV 89070 | Janet E. Traut, No. 8695<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>Attorneys for the Defendants |

## DECLARATION OF TRAVIS N. BARRICK

### Harris v. Ely State Prison Staff, et al., 3:21-cv-380-CLB

STATE OF NEVADA        )
                       )    ss:
COUNTY OF CLARK        )

I, Travis N. Barrick, having been first duly sworn on oath, states as follows under penalty of perjury:

1.      I am a resident of Clark County, Nevada, over the age of 18 years old and am appointed Pro Bono counsel of record for the Plaintiff in this matter.

2.      On 3/7/24, the Court entered its Order (ECF No. 135), referring this case to the Pro Bono Program.

3.      On 4/3/24, Mr. Harris called the offices of Mr. Barrick and Mr. Lawrence. In response, on 4/7/24, Mr. Harris dispatched a letter to Mr. Barrick, setting forth his goals and desired outcomes in this matter.

4.      On 4/24/24, the Court entered its Order (ECF No. 138), appointing Travis N. Barrick and Nathan E. Lawrence to represent Mr. Harris in this matter, through the Pro Bono Program.

5.      On 4/26/24, Mr. Barrick dispatched a letter to Mr. Harris, addressing his goals and desired outcomes.

6.      Thereafter, Mr. Barrick (along with his paralegals) had several telephone calls with Mr. Harris that became contentious and unproductive.

7.      In dealing with Mr. Harris, who is quite smart, it has become increasingly evident that there is significant distrust, disrespect, and hostility. There is no point in continuing this representation when Mr. Harris is unable to hear sound legal advice.

8.      Further, Affiant sayeth not.


DATED this 8th day of May 2024.

Travis N. Barrick, Esq.

- 4 -