UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMMAR HARRIS,<br><br>                Plaintiff,<br><br>v.<br><br>ELY STATE PRISON STAFF, et. al.,<br><br>                Defendants. | Case No. 3:21-CV-00380-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND WITHDRAWING REFERRAL TO *PRO BONO* PROGRAM**<br><br>[ECF No. 145] |

      Plaintiff Ammar Harris ("Plaintiff"), a *pro se* inmate in the custody of the Nevada Department of Corrections, filed a complaint under 42 U.S.C. § 1983. (ECF No. 41). The Court's screening order, (ECF No. 40), describes the claims in the complaint that survived screening. On November 21, 2023, Plaintiff filed a motion for referral to the *Pro Bono* Program, (ECF No. 83), which the Court initially denied, (ECF No. 85). However, the Court ultimately vacated its order denying the motion, finding the motion should have been granted and referred this case to the *Pro Bono* Program ("Program") adopted in Amended General Order 2019-07 for appointment of *pro bono* counsel. (ECF No. 135.) On April 24, 2024, the Court appointed Travis N. Barrick, Esq., ("Barrick") and Nathan E. Lawrence, Esq., ("Lawrence") of Gallian Welker & Associates, L.C., as *pro bono* counsel for Plaintiff. (ECF No. 138.)

      On May 8, 2024, *pro bono* counsel Barrick and Lawrence filed a motion to withdraw as counsel for Plaintiff based on a deterioration of their relationship. (ECF No. 145.) Plaintiff did not oppose or otherwise respond to the motion. Barrick and Lawrence certify that the motion to withdraw was served on Plaintiff by U.S. mail. (*Id.* at 3.) Based on the representations made in the motion and Harris's own statements regarding his desire to represent himself at the status conference on March 7, 2024, the Court's referral to the Program is withdrawn.

      Good cause appearing, and based on the lack of opposition, **IT IS ORDERED** that the motion to withdraw, (ECF No. 145), is **GRANTED**. The Clerk shall update the docket

to reflect the following information for Plaintiff:

**Ammar Harris**
**#1116547**
**High Desert State Prison**
**P.O. Box 650**
**Indian Springs, NV 89070**

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** a copy of this order to Plaintiff at the above address.

**IT IS FURTHER ORDERED** that the referral to the *Pro Bono* Program is withdrawn.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove the PROBONO case flag and remove Travis N. Barrick, Esq., and Nathan E. Lawrence, Esq., of Gallian Welker & Associates, L.C. from the docket as counsel of record for Plaintiff.

**IT IS FURTHER ORDERED** that within **fourteen (14) days** of this order, Travis N. Barrick, Esq., and Nathan E. Lawrence, Esq., of Gallian Welker & Associates, L.C. shall submit a Notice of Completion Form to the *Pro Bono* Liaison.

**IT IS FURTHER ORDERED** that the Court will address the previously filed motions at ECF Nos. 103, 118, and 128, in due course.

**IT IS SO ORDERED.**

**DATED**: __May 23, 2024_____.

_____
**UNITED STATES MAGISTRATE JUDGE**