UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMMAR HARRIS,<br><br>                Plaintiff,<br><br>   v.<br><br>ELY STATE PRISON STAFF, *et al.*,<br><br>                Defendants. | Case No. 3:21-CV-00380-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

      On October 10, 2023, the Court ordered the Office of the Attorney General to notify Plaintiff and the Court whether it could accept service on behalf of Defendant Joshua Boyd. (ECF No. 73.) The Office of the Attorney General did not accept service of process on behalf of **Joshua Boyd,** who is no longer an employee of the Nevada Department of Corrections. (ECF No. 164.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 165.)

      Accordingly, the Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 165.) The Clerk shall also **SEND** sufficient copies of the third amended complaint, (ECF No. 41), the screening order, (ECF No. 40), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

      Plaintiff is reminded that if the above-named Defendant is not served by January 21, 2025, he will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: October 23, 2024.

                                                                       _____
                                                                       **UNITED STATES MAGISTRATE JUDGE**