# EXHIBIT C

# SUBMITTED UNDER SEAL

Overhead Video Disclosure NDOC000456

# EXHIBIT C

