UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| AMMAR HARRIS, | ) | 3:21-cv-00308-CLB |
| | ) | |
| Plaintiff(s), | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | DATE: June 25, 2025 |
| | ) | |
| ELY STATE PRISON STAFF, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE CARLA BALDWIN,   U.S. MAGISTRATE JUDGE

Deputy Clerk:   Lisa Mann        Court Reporter:   Liberty Recorder

Counsel for Plaintiff(s):   Ammar Harris (By telephone)

Counsel for Defendant(s):   Leo Hendges and Randall Gilmer (In person)

PROCEEDINGS: MOTIONS HEARING

10:00 a.m. Court convenes.

The Court addresses the parties regarding the purpose of this hearing and advises the parties of the papers the Court reviewed in preparation for this motions hearing.

In addition, the Court notes this hearing is to insure all are on the same page with the screening order regarding what claims are proceeding and which defendants are proceeding on what claims in this case.

The Court discusses with defense counsel the Defendants' Motion for Reconsideration of Order Denying Motion to Seal ECF No. 186 (ECF No. 192). Counsel advise they withdraw the motion; therefore, Defendants' Motion for Reconsideration of

Order Denying Motion to Seal ECF No. 186 (ECF No. 192) is deemed WITHDRAWN.

The Court discusses with Plaintiff his Motion for Rule 56(f) Hearing and/or Discovery Sanctions (ECF No. 182). The Court finds Plaintiff's Motion for Rule 56(f) Hearing and/or Discovery Sanctions (ECF No. 182) is GRANTED in part and DENIED in part. The motion is granted insofar as a hearing is being conducted today and is DENIED regarding the issuance of discovery sanctions.

Mr. Harris advises the Court that he withdraws his Motion to Compel Discovery and/or Disclosure (ECF No. 191); therefore, the Court finds this motion is deemed WITHDRAWN.

Mr. Harris advises the Court that the parties have been discussing settlement. The Court advises the parties that if they wish to have a court-sponsored settlement conference that they shall file a stipulation for settlement conference, and one will be scheduled. In light of settlement discussions, the Court and the parties find that a stay of the case would be beneficial. Therefore, this case is STAYED for thirty (30) days to allow time for the parties to discuss settlement. In addition, the Court finds that the Defendants' Motion for Summary Judgment (ECF. 175) is DENIED without prejudice. If this case does not settle, the Court will renew the Defendants' Motion for Summary Judgment (ECF No. 175) consider and issue a ruling.

The Court and the parties schedule a Telephonic Status Conference for **Wednesday, August 6, 2025**, at **9:00 a.m.** Defense Counsel is directed to make the necessary arrangements for Plaintiff's telephonic appearance at this hearing and shall provide the Courtroom Deputy at lisa_mann@nvd.uscourts.gov with the telephone number at which Mr. Harris can be reached for this conference. Defense Counsel shall

dial **1-855-244-8681** to be properly connected into the courtroom. The **access code** is **2319 945 8106**.

IT IS SO ORDERED.

10:50 a.m. Court adjourns.

                                                DEBRA K. KEMPI, CLERK

                                                By:_____/s/_____
                                                    Lisa Mann, Deputy Clerk