AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendant*
*Joshua Boyd*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMMAR HARRIS,<br><br>  Plaintiff,<br><br>vs.<br><br>ELY STATE PRISON STAFF, et al.,<br><br>  Defendants. | Case No. 3:21-cv-00380-CLB<br><br>**DEFENDANT'S NOTICE OF APPEAL**<br>**(ECF NO. 201)** |

Notice is hereby given that Defendant Joshua Boyd, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, pursuant to FED. R. APP. P. 3 & 4 and 28 U.S.C. § 1291, hereby appeals this Court's Order (ECF No. 201), filed on October 2, 2025, denying in part Defendants' Motion for Summary Judgment (ECF No. 175), asserting Defendant Joshua Boyd's entitlement to qualified immunity as to Plaintiff's Eighth Amendment failure to protect claim, which ruling is immediately appealable to the Ninth Circuit Court of Appeals as an interlocutory appeal.[1]

///

///

---

[1] *Mitchell v. Forsyth*, 472 U.S. 511, 526–27 (1985) (providing for interlocutory appeal of order denying qualified immunity).

The filing of this interlocutory appeal divests the district court of jurisdiction over the entirety of the claims that remain, as this Eighth Amendment failure to protect claim against Defendant Joshua Boyd is the only claim that survived summary judgment.[2]

DATED this 10th day of October, 2025.

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General

*Attorneys for Defendant*

---

[2] *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56 (1982) (noting that the filing of a notice of appeal is an event of jurisdictional significance that divests the district court of jurisdiction over those aspects of the case involved in the appeal); *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir. 1992) (confirming that in Ninth Circuit the filing of an interlocutory appeal based on qualified immunity divests the district court of jurisdiction).

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on October 10, 2025, I electronically filed the foregoing **DEFENDANT'S NOTICE OF APPEAL (ECF NO. 201)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Ammar Harris, #1116547
High Desert State Prison
P. O. Box 650
Indian Springs, Nevada 89070
Email: HDSP_LawLibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General